*United States District Court* 

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

V.

DIANA JING JING HOJSAK,
a/k/a JING JING LU

E-filing     **CR 07    0325**

DEFENDANT.

---

INDICTMENT                                            **PJH**

---

A TRUE BILL.

_____
                                    FOREMAN

Filed in open court this _____ 24TH Day of May 2007

_____
                                    Clerk

Bail, $ Summons with return date of May 31, 2007

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----
26 USC § 7201 - 2 counts -
Tax Evasion
26 USC § 7206(1) - 2 counts -
False Tax Return

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
26 USC § 7201 - 5 yrs imprisonment; $250 fine; 3 yrs SR;
$100 SA    26 USC § 7206(1) - 3 yrs imprisonment;
$250,000 fine; 1 yr SR; $100 SA

E-filing

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ DIANA JING JING HOJSAK a/k/a JING JING LU

DISTRICT COURT NUMBER

CR 07 0325  PJH

---- DEFENDANT ----
IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons
       was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----
Name of Complainant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on        SHOW
  motion of:                     DOCKET NO.
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a
  pending case involving this same
  defendant                      MAGISTRATE
☐ prior proceedings or appearance(s)  CASE NO.
  before U.S. Magistrate regarding
  this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on   SCOTT N. SCHOOLS
THIS FORM
                 ☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   CYNTHIA L. STIER, AUSA, TAX DIV.

Has detainer    ☐ Yes   } If "Yes"
been filed?     ☒ No    } give date filed
                          Month/Day/Year

DATE OF  ▶
ARREST
                Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----
PROCESS:
  ☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:
  If Summons, complete following:
  ☐ Arraignment  ☒ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
  Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment
  111 Chestnut Street, #611
  San Francisco, CA 94111                Date/Time: Thursday, May 31, 2007, 9:30 a.m.

                                         Before Judge: Laporte

Comments: Contact IRS Special Agent Andrea Bishop re service of Summons (415) 522-6373

```
 1  SCOTT SCHOOLS (SCSBN 9990)
    United States Attorney
 2
 3
 4
 5
 6                                    E-filing
 7             UNITED STATES DISTRICT COURT
 8             NORTHERN DISTRICT OF CALIFORNIA
 9             SAN FRANCISCO DIVISION
10
11  UNITED STATES OF AMERICA,        CR 07 0325 PJH
12      Plaintiff,                 ) INDICTMENT
                                   )
13      v.                         )
                                   ) VIOLATIONS: 26 U.S.C. §7201 - Tax
14  DIANA JING JING HOJSAK,        ) Evasion; 26 U.S.C. § 7206(1) -
    a/k/a JING JING LU,            ) Making and Subscribing False Tax Returns
15                                 )
        Defendant.                 )
16                                 ) SAN FRANCISCO VENUE
                                   )
17                                 )
18                             INDICTMENT
19  The Grand Jury charges:
20  COUNT ONE: (26 U.S.C. § 7201 - Tax Evasion - 2000 Tax Year)
21      On or about July 23, 2001, in the Northern District of California, the defendant
22                      DIANA JING JING HOJSAK,
23                          a/k/a Jing Jing Lu,
24  then a resident of San Francisco, California, did willfully and knowingly attempt to evade and
25  defeat a part of the income tax due and owing by defendant to the United States of America for
26  the tax year of 2000 by preparing, signing, and mailing or otherwise delivering, and causing to
27  be prepared, signed, and mailed or otherwise delivered, a false and fraudulent individual income
28  tax return, which return was filed with the Internal Revenue Service, wherein it was stated that
    the tax due to the United States for the tax year 2000 was $3,739.00, whereas, as she then and
```

1  there well knew and believed, her taxable income for the said tax year was substantially in
2  excess of that stated thereon and that upon said additional taxable income a substantial additional
3  tax was due and owing to the United States of America.
4      All in violation of Title 26, United States Code, Section 7201.
5  COUNT TWO: (26 U.S.C. § 7201 - Tax Evasion - 2001 Tax Year)
6      On or about October 15, 2002, in the Northern District of California, the defendant
7                  DIANA JING JING HOJSAK,
                  a/k/a Jing Jing Lu,
8
9  then a resident of San Francisco, California, did willfully and knowingly attempt to evade and
10 defeat a part of the income tax due and owing by defendant to the United States of America for
11 the tax year of 2001 by preparing, signing, and mailing or otherwise delivering, and causing to
12 be prepared, signed, and mailed or otherwise delivered, a false and fraudulent individual income
13 tax return, which return was filed with the Internal Revenue Service, wherein it was stated that
14 the tax due to the United States for the tax year 2001 was $0, whereas, as she then and there well
15 knew and believed, her taxable income for the said tax year was substantially in excess of that
16 stated thereon and that upon said additional taxable income a substantial additional tax was due
17 and owing to the United States of America.
    All in violation of Title 26, United States Code, Section 7201.
18 COUNT THREE: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return - 2000 Tax
19 Year)
20     On or about September 17, 2001, in the Northern District of California, the defendant
21                 DIANA JING JING HOJSAK,
22                   a/k/a Jing Jing Lu,
23 did willfully make and subscribe the Form 1120 - U.S. Corporate Income Tax Return for Allied
24 Telecom International, Inc., an C corporation, for the tax year 2000, which was filed with the
25 Internal Revenue Service and verified by the defendant in a written declaration that it was made
26 under the penalties of perjury, which income tax return she did not believe to be true and correct
27 as to every material matter in that the defendant willfully omitted material information
28 concerning the gross receipts reported on line 1(a) of that tax return which reports $481,751 in

INDICTMENT                                      2

gross receipts for Allied Telecom International, Inc., when in truth and in fact, as the defendant well knew and believed, the gross receipts for FRM for Allied Telecom International, Inc. for the 2000 tax year were greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

COUNT FOUR: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return - 2001 Tax Year)

On or about October 15, 2002, in the Northern District of California, the defendant

DIANA JING JING HOJSAK,<br>a/k/a Jing Jing Lu,

did willfully make and subscribe the Form 1120 - U.S. Corporate Income Tax Return for Allied Telecom International, Inc., an C Corporation, for the tax year 2001, which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under the penalties of perjury, which income tax return he did not believe to be true and correct as to every material matter in that the defendant willfully omitted material information concerning the gross receipts reported on line 1(a) of that tax return which reports $124,793 in gross receipts for Allied Telecom International, Inc., when in truth and in fact, as the defendant well knew and believed, the gross receipts for FRM for Allied Telecom International, Inc. for the 2001 tax year were greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

A True Bill

Dated: May 24, 2007

_____
FOREPERSON

SCOTT SCHOOLS
United States Attorney

_____
Mark Krotoski
Chief, Criminal Section

Approved as to Form:

AUSA: _____
AUSA STIER

INDICTMENT                              3