1    SCOTT SCHOOLS (SCSBN 9990)
     United States Attorney

2

3    MARK L. KROTOSKI (CASBN 138549)
     Chief, Criminal Division

4    JAY WEILL (CSBN 185358)
     CYNTHIA STIER (DCBN 423256)

5    Assistant United States Attorneys
         450 Golden Gate Avenue, Box 36055

6        San Francisco, California 94102-3495
         Telephone: (415) 436-7534

7        FAX: (415) 436-7234
     Attorneys for Plaintiff

8
                        UNITED STATES DISTRICT COURT

9
                       NORTHERN DISTRICT OF CALIFORNIA

10
                          SAN FRANCISCO DIVISION

11

12

13   UNITED STATES OF AMERICA,        )        No. CR 07- 0325 - PJH
                                       )
           Plaintiff,                  )
14                                     )
                                       )
        v.                             )
15                                     )        **STIPULATION AND**
                                       )        **[PROPOSED] ORDER REGARDING**
16   DIANA JING JING HOJSAK,           )        **EXCLUSION OF TIME**
     a/k/a JING JING LU,               )
17                                     )
                                       )
18         Defendant.                  )
                                       )
19   _____)

20

21       The defendant came before the Court for an initial status appearance on July 11, 2007.  The

22   matter was set over until September 5, 2007, at 2:30 p.m. before the Court for a status hearing.

23   The parties agreed, and the Court found, that the time between July 6, 2007, and September 5,

24   2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections

25   3161(h)(8)(A) and (h)(B)(ii) and (iv).  The parties agreed, and the Court found that, that the case

26   was complex, due to the nature of the crime, and the volume of discovery which the defense

27   needs to review.  Due to the complexity of this matter, failure to grant the requested continuance

28   would unreasonably deny the defense the reasonable time necessary for effective preparation.

     The parties agree that the continuance from July 11, 2007 until September 5, 2007 is also

     necessary due to continuity of defense counsel, given the need for defense counsel to spend time

1  preparing other cases during this time period.  The parties agree that the ends of justice served by

2  granting the requested continuance outweigh the best interest of the public and the defendants in

3  a speedy trial.

4

5  DATED: July 11, 2007                    /s/ Cynthia Stier
                                           CYNTHIA STIER
6                                          Assistant United States Attorney

7
   DATED: July 11, 2007                    /s/ Christopher Cannon
8                                          CHRISTOPHER CANNON
                                           Counsel for Defendant, Diana Hojsak
9

10                                   ORDER

11      For the foregoing reasons, and as stated on the record at the July 11, 2007 hearing in this

12  matter, the Court HEREBY ORDERS the period between July 6, 2007 and September 5, 2007

13  excluded from the speedy trial calculation under Title 18, United States Code, Sections

14  3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested

15  continuance would unreasonably deny defense counsel the reasonable time necessary for

16  effective preparation, given the complexity of this case and the need for continuity of counsel.

17  The Court finds that the ends of justice served by granting the requested continuance outweigh

18  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of

19  criminal cases.

20  IT IS SO ORDERED.

21  DATED:                                 _____

22                                         PHYLLIS J. HAMILTON
                                           United States District Judge
23

24

25

26

27

28

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0325 - PJH          2