UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

Date: July 11, 2007                                    JUDGE:  Phyllis J. Hamilton

Case No:  CR-07-0325 PJH

Case Name:    UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:    Cynthia Stier**
**Attorney for Defendant:  Chris Cannon**

**Deputy Clerk:**  Nichole Heuerman                    **Court Reporter**: Sylvia Russo

### PROCEEDINGS

Trial Setting-Held. The defendant's true name is Diana Lew. The parties update the court regarding discovery. Defense counsel's request for a 60 day continuance is granted by the court. The court informs the parties that at the next hearing a trial date or briefing schedule for motions will be set. Time is excluded from 7/11/07 to 9/5/07 for effective preparation of counsel. The government submits order re: speedy trial exclusion in court.

**CASE CONTINUED TO: September 5, 2007 at 2:30 p.m.  for Trial/Motion Setting** .

_____
_____

**EXCLUDABLE DELAY:** Category  Begins 7/11/07   Ends 9/5/07

_____

**cc:** chambers