```
SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JAY WEILL (CSBN 185358)
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>    Defendant. | No. CR 07- 0325 - PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |

The defendant came before the Court for an initial status appearance on July 11, 2007. The matter was set over until September 5, 2007, at 2:30 p.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between July 6, 2007, and September 5, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that, that the case was complex, due to the nature of the crime, and the volume of discovery which the defense needs to review. Due to the complexity of this matter, failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the continuance from July 11, 2007 until September 5, 2007 is also necessary due to continuity of defense counsel, given the need for defense counsel to spend time

1  preparing other cases during this time period.  The parties agree that the ends of justice served by
2  granting the requested continuance outweigh the best interest of the public and the defendants in
3  a speedy trial.

5  DATED: July 11, 2007                /s/ Cynthia Stier
                                       CYNTHIA STIER
6                                      Assistant United States Attorney

7  DATED: July 11, 2007                /s/ Christopher Cannon
                                       CHRISTOPHER CANNON
8                                      Counsel for Defendant, Diana Hojsak

### ORDER

For the foregoing reasons, and as stated on the record at the July 11, 2007 hearing in this matter, the Court HEREBY ORDERS the period between July 6, 2007 and September 5, 2007 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:  7/11/07



PHYLLIS J. HAMILTON
United States District Judge

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0325 - PJH                2