1  CHRISTOPHER J. CANNON, State Bar No. 88034
2  Sugarman & Cannon
3  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
4  Telephone: 415/362-6252
   Facsimile: 415/677-9445
5
6  Attorney for Defendant DIANA JING JING HOJSAK LU
7
8
9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11 UNITED STATES OF AMERICA      )    No. CR 07-0325-PJH
12                               )
          Plaintiff,              )    **STIPULATION AND**
13                               )    **[PROPOSED] ORDER**
      v.                          )    **ALLOWING TRAVEL**
14                               )
15 DIANA JING JING HOJSAK,       )
   a/k/a JING JING LU,           )
16                               )
17                               )
          Defendant.              )
18                               )
19 _____ )
20
21 So that Diana Hojsak Lu may attend to business, IT IS HEREBY ORDERED THAT:
22     She may travel within the United States and internationally, provided that she
23
24 provides pretrial with an itinerary in advance of her travel.
25     Three days prior to her departure for international travel, the clerk is directed to
26
27 return her passport to her. Ms. Lu shall return that passport to the Clerk upon her return to
28 the United States.

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

While outside of the United States, Ms. Lu may not discuss matters pertaining to the indictment in this case.

Date: July 26, 2007      _____/S/_____
Christopher J. Cannon
Counsel for Diana Hojsak Lu


Date:  July 26, 2007      /s/ Cynthia Stier_____
Cynithia Stier
Assistant United States Attorney


SO ORDERED.


Date:  July 30, 2007      _____
The Honorable James Larson
United States Magistrate Judge

*IT IS SO ORDERED — Judge Bernard Zimmerman* (seal, United States District Court, Northern District of California)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

3 of 2