CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant DIANA JING JING HOJSAK LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0325-PJH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | ~~**[PROPOSED]**~~ **ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| DIANA JING JING HOJSAK, | ) | |
| a/k/a JING JING LU, | ) | |
| | ) | |
| Defendant. | ) | |

So that Diana Hojsak Lu may attend to business, IT IS HEREBY ORDERED THAT:

She may travel within the United States and internationally, provided that she provides pretrial with an itinerary in advance of her travel.

Three days prior to her departure for international travel, the clerk is directed to return her passport to her. Ms. Lu shall return that passport to the Clerk upon her return to the United States.

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW

While outside of the United States, Ms. Lu may not discuss matters pertaining to the indictment in this case.

Date: July 26, 2007            /S/
Christopher J. Cannon
Counsel for Diana Hojsak Lu

Date: July 26, 2007            /s/ Cynthia Stier
Cynithia Stier
Assistant United States Attorney

SO ORDERED.

Date: July 30, 2007            _____
The Honorable James Larson
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 05-00655-JSW