1 | SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys

5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

6 |     Telephone: (415) 436-7534
    FAX: (415) 436-7234

7 | Attorneys for Plaintiff

8 |              UNITED STATES DISTRICT COURT

9 |             NORTHERN DISTRICT OF CALIFORNIA

10 |                 SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        )   No. CR 07- 0325 - PJH
13 |         Plaintiff,               )
14 |     v.                           )
                                      )   **STIPULATION AND**
15 |                                  )   **[PROPOSED] ORDER REGARDING**
    DIANA JING JING HOJSAK,           )   **EXCLUSION OF TIME**
16 | a/k/a JING JING LU,              )
17 |                                  )
         Defendant.                   )
18 |                                  )
                                      )
19

20 | The defendant came before the Court for a status hearing on September 5, 2007. The matter

21 | was set over until October 3, 2007, at 2:30 p.m. before the Court for a status hearing. The parties

22 | agreed, and the Court found, that the time between September 5, 2007, and October 3, 2007, is

23 | properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections

24 | 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that, that the case

25 | was complex, due to the nature of the crime, and that counsel for the defendant needed additional

26 | time to obtain banking records from China. Due to the complexity of this matter, failure to grant

27 | the requested continuance would unreasonably deny the defense the reasonable time necessary

28 | for effective preparation. The parties agree that the ends of justice served by granting the
requested continuance outweigh the best interest of the public and the defendants in a speedy

1 | trial.

3 | DATED: September 5, 2007                /s/ Cynthia Stier
                                            CYNTHIA STIER
4 |                                         Assistant United States Attorney

6 | DATED: September 5, 2007                /s/ Christopher Cannon
                                            CHRISTOPHER CANNON
                                            Counsel for Defendant, Diana Hojsak

## ORDER

For the foregoing reasons, and as stated on the record at the September 5, 2007 hearing in this matter, the Court HEREBY ORDERS the period between September 5, 2007, and October 3, 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:                                      _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge