UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 5, 2007          **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-07-325 PJH

**Case Name:**   UNITED STATES   v.  DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Sahar McVickar

**PROCEEDINGS**

  Trial/Motion Setting-Held. Defense counsel's request for an additional 30 days to review discovery is granted by the court. The parties stipulate to excluding time from 9/5/07 to 10/3/07 for effective preparation of counsel. The government to prepare order re: exclusion of time.

**CASE CONTINUED TO:** October 3, 2007 at 2:30 p.m. for Trial/Motion Setting.

-----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 9/5/07 Ends 10/3/07
-----------------------------------------------------------------------------------------------------------------

**cc:**    chambers