UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 3, 2007        **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**   UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:** Nichole Heuerman        **Court Reporter**: Belle Ball

**PROCEEDINGS**

Trial/Motion Setting-Held.  Defense counsel informs the court that additional discovery has been produced by the government today.  Defense counsel's request for an additional 30 days to review the additional discovery is granted by the court.  Time is excluded from 10/3/07 to 11/14/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** November 14, 2007 at 2:30 p.m. for Trial/Motion Setting.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 10/3/07  Ends 11/14/07
-------------------------------------------------------------------------------------------------------------------

**cc:**     chambers