```
 1  SCOTT SCHOOLS (SCSBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  CYNTHIA STIER (DCBN 423256)
    Assistant United States Attorneys
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-7534
       FAX: (415) 436-7234
 7  Attorneys for Plaintiff
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | ) | No. CR 07- 0325 - PJH |
|---|---|---|---|
| 13 | Plaintiff, | ) | |
| 14 | v. | ) | |
| 15 | | ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| 16 | DIANA JING JING HOJSAK, a/k/a JING JING LU, | ) | |
| 17 | | ) | |
| 18 | Defendant. | ) | |
| 19 | | ) | |

20     The defendant came before the Court for a status hearing on October 3, 2007. The matter

21 was set over until November 14, 2007, at 2:30 p.m. before the Court for a status hearing. The

22 parties agreed, and the Court found, that the time between October 3, 2007 and November 14,

23 2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections

24 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that, that the case

25 was complex, due to the nature of the crime, and that counsel for the defendant needed additional

26 time to review discovery recently provided by the United States. Due to the complexity of this

27 matter, failure to grant the requested continuance would unreasonably deny the defense the

28 reasonable time necessary for effective preparation.  The parties agree that the ends of justice

served by granting the requested continuance outweigh the best interest of the public and the

1  defendants in a speedy trial.

3  DATED: October 3, 2007          /s/ Cynthia Stier
                                   CYNTHIA STIER
4                                  Assistant United States Attorney

6                                  ORDER

7     For the foregoing reasons, and as stated on the record at the October 3, 2007, hearing in this matter, the Court HEREBY ORDERS the period between October 3, 2007 and November 14, 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

17  IT IS SO ORDERED.

DATED:                             _____
                                   PHYLLIS J. HAMILTON
                                   United States District Judge

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0325 - PJH          2