UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 14, 2007                                                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**    UNITED STATES    v.    DIANA HOJSAK (Present)

**Attorney for Plaintiff:**    Cynthia Stier
**Attorney for Defendant:**    Chris Cannon

**Deputy Clerk:** Nichole Heuerman                                **Court Reporter:** Catherine Edwards

### PROCEEDINGS

Trial/Motion Setting-Held.  Defense counsel informs the court that he plans to file a motion to take a foreign deposition and a motion to attack the face of the indictment.  The government informs the court that she plans to file a superseding indictment around 11/29/07.  Defense counsel to file the motion to take a foreign deposition by 11/21/07; opposition to be filed by 12/5/07; reply to be filed by 12/12/07 with a hearing to be noticed for 12/19/07 at 2:30 p.m.  Defense counsel shall file the second motion after the superseding indictment is filed with the court. Time is excluded from 11/14/07 to 12/19/07 for effective preparation of counsel and continuity of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** December 19, 2007 at 2:30 p.m. for Motion Hearing.

------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 11/14/07  Ends 12/19/07
------------------------------------------------------------------------------------------------------------

**cc:**    chambers; Wendy