```
 1  SCOTT SCHOOLS (SCSBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  CYNTHIA STIER (DCBN 423256)
    Assistant United States Attorneys
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-7534
       FAX: (415) 436-7234
 7  Attorneys for Plaintiff
```

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )      No. CR 07- 0325 - PJH
                                       )
13          Plaintiff,                 )
                                       )
14       v.                            )
                                       )      **STIPULATION AND**
15                                     )      **[PROPOSED] ORDER REGARDING**
    DIANA JING JING HOJSAK,            )      **EXCLUSION OF TIME**
16  a/k/a JING JING LU,                )
                                       )
17                                     )
            Defendant.                 )
18                                     )
    _____)
19

20      The defendant came before the Court for a status hearing on November 14, 2007. The Court

21  set December 19, 2007, at 2:30 as the hearing date for motions and the matter has been set over

22  until December 19, 2007, at 2:30 for a status hearing. The parties agreed, and the Court found,

23  that the time between November 14, 2007 and December 19, 2007, is properly excluded under

24  the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and

25  (iv). The parties agreed, and the Court found that failure to grant the requested continuance

26  would unreasonably deny the defense the reasonable time necessary for effective preparation due

27  to the complex nature of the case. The parties agree that the ends of justice served by granting

28  the requested continuance outweigh the best interest of the public and the defendants in a speedy

    trial.

DATED: November 14, 2007         /s/ Cynthia Stier
                                 CYNTHIA STIER
                                 Assistant United States Attorney

DATED: November 15, 2007         /s/ Christopher Cannon
                                 CHRISTOPHER CANNON
                                 Sugarman & Cannon
                                 44 Montgomery Street, Suite 2080
                                 San Francisco, CA 94104

## ORDER

For the foregoing reasons, and as stated on the record at the November 14, 2007, hearing in this matter, the Court HEREBY ORDERS the period between November 14, 2007 and December 19, 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: _____
                                 PHYLLIS J. HAMILTON
                                 United States District Judge

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0325 - PJH           2