```
SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>    Defendant. | No. CR 07- 0325 - PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |

The defendant came before the Court for a status hearing on November 14, 2007. The Court set December 19, 2007, at 2:30 as the hearing date for motions and the matter has been set over until December 19, 2007, at 2:30 for a status hearing. The parties agreed, and the Court found, that the time between November 14, 2007 and December 19, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation due to the complex nature of the case. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 14, 2007 | /s/ Cynthia Stier<br>CYNTHIA STIER |
| 3 | | Assistant United States Attorney |
| 4 | | |
| 5 | DATED: November 15, 2007 | /s/ Christopher Cannon<br>CHRISTOPHER CANNON |
| 6 | | Sugarman & Cannon<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104 |

### ORDER

For the foregoing reasons, and as stated on the record at the November 14, 2007, hearing in this matter, the Court HEREBY ORDERS the period between November 14, 2007 and December 19, 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 11/16/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court
Northern District of California