CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-677-9445

Attorney for Defendant DIANA JING JING HOJSAK,
a/k/a JING JING LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>**NOTICE OF MOTION AND MOTION TO DEPOSE A FOREIGN WITNESS** |

TO THE UNITED STATES OF AMERICA, PLAINTIFF, UNITED STATES ATTORNEY SCOTT SCHOOLS AND TO ASSISTANT UNITED STATES ATTORNEY CYNTHIA STIER, ATTORNEYS FOR PLAINTIFF:

PLEASE TAKE NOTICE, that on December 19, 2007 at 2:30 p.m., before the Honorable Phyllis Hamilton, United States District Judge, for the Northern District of California, defendant Diana Hojsak, through counsel, Christopher J. Cannon, will and does hereby move for an order to depose a foreign witness. This motion is based on the Fifth

MOTION TO DEPOSE FOREIGN WITNESS
No. CR 07-0325-PJH

1 and Sixth Amendments to the United States Constitution, the file and records in this action,
2 this motion, the memorandum of points and authorities and declaration filed therewith, and
3 such other argument and evidence as counsel may present prior to a decision in this matter.

6 Dated: November 21, 2007          Respectfully submitted,

8                                    /s/ Christopher Cannon
9                                    Christopher J. Cannon

MOTION TO DEPOSE FOREIGN WITNESS
No. CR 07-0325-PJH