CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street
Suite 2080
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-677-9445

Attorney for Defendant DIANA JING JING HOJSAK,
a/k/a JING JING LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>　　　　Defendant. | No. CR 07-0325-PJH<br><br>**DECLARATION OF CHRISTOPHER CANNON IN SUPPORT OF A MOTION TO DEPOSE A FOREIGN WITNESS** |

I, Christopher J. Cannon, declare under penalty of perjury:

I am counsel for Diana Hojsak.

One of the primary issues in this case will be whether approximately $1.7 million dollars transferred to HSBC is income to Diana Hojsak.

Another issue is whether Diana Hojsak had assets, accumulated prior to her arrival

DECLARATION OF CHRISTOPHER J. CANNON IN SUPPORT OF MOTION TO DEPOSE FOREIGN WITNESS
No. CR 07-0325-PJH

in the United States, which would not be taxable by the United States and could serve as an untaxable source of funds for expenses incurred in the United States.

I have spoken to Michael Yell and he has informed me that he can provide evidence on both of these subjects. I received an email from him on November 19, 2007, informing me he is traveling in China. I forwarded a copy of this declaration to him and am awaiting his written response indicating that he agrees to the facts I have set out in this declaration and when I receive that response, I will forward it to the Court.

Michael Yell is a foreign consultant and is not subject to subpoena. He has lived and worked in Asia for more than the last 20 years. He is not a United States citizen.

Michael Yell is unwilling to travel to the United States to provide testimony. He is however, willing to be deposed in Singapore or another mutually agreeable country and provide a deposition under oath.

Michael Yell has informed me that he has had a business relationship with Diana Hojsak dating from sometime in the 1990s.

Prior to Diana Hojsak's arrival in the United States, he and Ms. Hojsak entered into an investment partnership that resulted in him owing several million dollars to Ms. Hojsak.

He made substantial payments toward that debt during the tax years charged in this indictment.

In addition to the money he owned Ms. Hojsak, he and Ms. Hojsak and IGI entered into a consulting agreement in 1999.

DECLARATION OF CHRISTOPHER J. CANNON IN SUPPORT OF MOTION TO DEPOSE FOREIGN WITNESS
No. CR 07-0325-PJH

That agreement provided that in return for his consulting services; Yell was entitled to consulting fees of a minimum of $400,000.00 to $800,000.00 annually.

I have viewed a copy of this agreement, and it contains a fax header and signature indicating that it was created and signed in August of 1998, long before there was any calculation, much less any claim of evasion of taxes, for the tax years charged in this indictment

Accordingly, I believe that as described above, Michael Yell can provide substantial, relevant, exculpatory information which will tend to prove that Ms. Hojsak had non taxable assets prior to moving to the United States; that the transfers she made to a Hong Kong HSBC account which the government contends are evidence of an intent to evade, are instead evidence of legitimate expenses reducing her income for the years in question; and that funds she received from Michael Yell during the years in question were the payments of a preexisting debt rather than income to her.

Dated: November 19, 2007        Respectfully submitted,

/s/ Christopher Cannon

Christopher J. Cannon

DECLARATION OF CHRISTOPHER J. CANNON IN SUPPORT OF MOTION TO DEPOSE FOREIGN WITNESS
No. CR 07-0325-PJH