Case 3:07-cr-00325-PJH   Document 24   Filed 11/29/2007   Page 1 of 6

*United States District Court*

FILED
07 NOV 29 PM 3: 42
CHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

V.

DIANA LU, aka Diana Jing Jing
Hojsak, aka Jing Jing Lu, aka Diana
Hojsak,

CR 07 325 PJH

DEFENDANT.

---

**SUPERSEDING INDICTMENT**

INDICT

A TRUE BILL.

FOREMAN

Filed in open court this _29_ Day of _NOV. 2007_

Clerk

Bail, $

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☑ SUPERSEDING

### OFFENSE CHARGED

26 USC § 7201- 2 counts, Tax Evasion
26 USC § 7206(1) - 2 counts, False Tax Return

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

26 USC § 7201 - 5 yrs impris., $250,000 fine, 3 yr superv. rel., $100 assessessment
26 USC § 7206(1) - 3 yrs impris., $250,000 fine, 1 yr superv. rel., $100 assessessment

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CYNTHIA STIER, AUSA, TAX DIV.

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

► Diana Lu, aka Diana Jing Jing Hojsak, aka Jing Jing Lu

DISTRICT COURT NUMBER
CR-07-0325-PJH

FILED
NOV 29 PM 3: 43

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
111 Chestnut Street, #611
San Francisco, CA 94111

Date/Time:

Before Judge:

Comments: Contact IRS Special Agent Andrea Bishop re service of Summons (415) 522-6373

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
3
4



5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,          )       No. CR-07-0325-PJH
                                       )
13          Plaintiff,                 )
                                       )       VIOLATIONS: 26 U.S.C. §7201 - Tax
14          v.                         )       Evasion; 26 U.S.C. § 7206(1) -
                                       )       Making and Subscribing False Tax Returns
15  DIANA LU,                          )
    a/k/a Diana Jing Jing Hojsak,      )
16  a/k/a Jing Jing Lu,                )
    a/k/a Diana Hojsak,                )
17                                     )       SAN FRANCISCO VENUE
            Defendant.                 )
18  _____)
19                    S U P E R S E D I N G   I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE: (26 U.S.C. § 7201 - Tax Evasion - 2000 Tax Year)
22      On or about July 23, 2001, in the Northern District of California, the defendant
23                              DIANA LU,
                        a/k/a Diana Jing Jing Hojsak,
24                          a/k/a Jing Jing Lu,
                           a/k/a Diana Hojsak,
25
    then a resident of San Francisco, California, did willfully and knowingly attempt to evade and
26
    defeat a part of the income tax due and owing by defendant to the United States of America for
27
    the tax year 2000 by preparing, signing, and mailing or otherwise delivering, and causing to be
28
    prepared, signed, and mailed or otherwise delivered, a false and fraudulent individual income tax

1  return, Form 1040, which was filed with the Internal Revenue Service, wherein it was stated that

2  defendant's taxable income for the tax year 2000 was the sum of $24,915 and the tax due and

3  owing was the sum of 3,739, whereas, as she then and there well believed, her taxable income for

4  the said tax year was in excess of that hereto stated and that upon said additional taxable income

5  some additional tax was due and owing to the United States of America.

6      All in violation of Title 26, United States Code, Section 7201.

7  COUNT TWO: (26 U.S.C. § 7201 - Tax Evasion - 2001 Tax Year)

8      On or about October 15, 2002, in the Northern District of California, the defendant

9  DIANA LU,<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Hojsak,

10

11

12  then a resident of San Francisco, California, did willfully and knowingly attempt to evade and

defeat a part of the income tax due and owing by defendant to the United States of America for

13  the tax year 2001 by preparing, signing, and mailing or otherwise delivering, and causing to be

14  prepared, signed, and mailed or otherwise delivered, a false and fraudulent individual income tax

15  return, Form 1040, which was filed with the Internal Revenue Service, wherein it was stated that

16  defendant's taxable income for the tax year 2001 was the sum of $ 0 and the tax due and owing

17  was the sum of $ 0, whereas, as she then and there well believed, her taxable income for the said

18  tax year was in excess of that hereto stated and that upon said additional taxable income some

19  additional tax was due and owing to the United States of America.

20      All in violation of Title 26, United States Code, Section 7201.

21  COUNT THREE: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return - 2000 Tax

22  Year)

23      On or about September 17, 2001, in the Northern District of California, the defendant

24  DIANA LU,<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Hojsak,

25

26  then a resident of San Francisco, California, did willfully make and subscribe a Form 1120 - U.S.

27  Corporate Income Tax Return for Allied Telecom International, Inc., a C corporation, for the tax

28

SUPERSEDING INDICTMENT
Case No. CR-07-0325-PJH

2

1  year 2000, which was verified by a written declaration that it was made under the penalties of

2  perjury and was filed with the Internal Revenue Service, which said U.S. Corporate Income Tax

3  Return she did not believe to be true and correct as to every material matter in that the said U.S.

4  Corporate Income Tax Return reported gross receipts in the amount of $481,751 for Allied

5  Telecom International, Inc., whereas as she then and there well knew and believed, the gross

6  receipts for Allied Telecom International, Inc. for the 2000 tax year were greater than the amount

7  reported.

8      All in violation of Title 26, United States Code, Section 7206(1).

9  COUNT FOUR:  (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return - 2001 Tax
   Year)

10

   On or about October 15, 2002, in the Northern District of California, the defendant
11

                          DIANA LU,
12                a/k/a Diana Jing Jing Hojsak,
                      a/k/a Jing Jing Lu,
13                    a/k/a Diana Hojsak,

14  then a resident of San Francisco, California, did willfully make and subscribe a Form 1120 - U.S.

15  Corporate Income Tax Return for Allied Telecom International, Inc., a C corporation, for the tax

16  year 2001, which was verified by a written declaration that it was made under the penalties of

17  perjury and was filed with the Internal Revenue Service, which said U.S. Corporate Income Tax

18  Return she did not believe to be true and correct as to every material matter in that the said U.S.

19  Corporate Income Tax Return reported gross receipts in the amount of $124,793 for Allied

20

21

22

23

24

25

26  //

27  //

28

SUPERSEDING INDICTMENT
Case No. CR-07-0325-PJH
                                    3

1  Telecom International, Inc., whereas as she then and there well knew and believed, the gross

2  receipts for Allied Telecom International, Inc. for the 2001 tax year were greater than the amount

3  reported.

4      All in violation of Title 26, United States Code, Section 7206(1).

5                                                    A True Bill

6

7  Dated: /1- 29- 07                                 James E. Vadach
                                                     FOREPERSON
8

9
   SCOTT N. SCHOOLS
10 United States Attorney

11

12 BRIAN STRETCH
   Chief, Criminal Division
13

14 (Approved as to form: _____ )
15                        AUSA STIER

16

17

18

19

20

21

22

23

24

25

26

27

28
   SUPERSEDING INDICTMENT
   Case No. CR-07-0325-PJH
                                      4