SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
Assistant United States Attorney
    E-Mail: cynthia.stier@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIANA LU <br> a/k/a Diana Jing Jing Hojsak, <br> a/k/a Jing Jing Lu, <br> a/k/a Diana Hojsak, <br><br> Defendant. | No. CR-07-0325-PJH <br><br> **DECLARATION OF ANDREA BISHOP IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO DEPOSE A FOREIGN WITNESS** <br><br> Date: December 19, 2007 <br> Time: 2:30 p.m. |

**DECLARATION OF ANDREA BISHOP**

I, Andrea Bishop, do hereby declare as follows:

1. I am a Special Agent with the Criminal Investigation Division of the Internal Revenue Service. My post of duty is San Francisco, California. As a Special Agent, I investigate tax crimes. In the course of my duties, I was assigned to investigate the tax returns of the Defendant for the tax years 2000 and 2001. In the course of my duties I was requested by AUSA Cynthia Stier to investigate whether Michael Yell, an Australian citizen, has traveled to the United States since 2001.

2. In furtherance of this request, I obtained records from the Treasury Enforcement

1  Communication System Database which shows International Inbound and International
2  Outbound flights. These records are maintained in the ordinary course of business and are used
3  by the Criminal Investigation Division and other law enforcement agencies. For this search, I did
4  not have other identifiers for Michael Jon Yell such as Social Security Number or Date of Birth.

5     3. A search of the database described in paragraph 2 above for international flights for
6  Michael Jon Yell since 2001 produced the attached printout. The information can be
7  summarized as follows:

| Arrival Location | Departure Location | Arrival in US | Departure from US |
|---|---|---|---|
| San Francisco, CA | Sydney, Australia | 11/4/2007 | 11/08/2007 |
| Los Angeles, CA | Sydney, Australia | 06/25/2007 | 07/01/2007 |
| Los Angeles, CA | Sydney, Australia | 10/14/2006 | 10/18/2006 |
| Los Angeles, CA | Sydney, Australia | 04/18/2006 | 04/23/2006 |
| Los Angeles, CA | Sydney, Australia | 12/11/2005 | 12/172005 |
| Awaiting Information | | 10/29/2004 | 11/03/2004 |
| Awaiting Information | | 08/12/2003 | 08/22/2003 |
| Awaiting Information | | 09/01/2001 | 09/11/2001 |

17     4. I have personal knowledge of the facts set forth in this declaration and, if called upon to
18  do so, could and would testify competently thereto.
19       I declare under penalty of perjury that the foregoing is true and correct to the best of my
20  knowledge.

22     Executed on December 4, 2007.

*(signature)*
ANDREA BISHOP

Declaration of Andrea Bishop,
Case No. CR-07-0325-PJH

2

```
17:03                    PQH API/HIT DATA                    120307      T2MR9
TID=A8VZ                                                                 T2PR9


                                   ------ QUERY ------  LNE            TERM/
            NAME              DOB    DATE TIME AGN RSLT TYP    REF     LANE
   YELL, MICHAEL J           110862 121105 1338 CUS NOMA API            B/16
   LAX -LOS ANGELES, CA INTL   DOC: E7545115              AU P  INSP: 075580


              TECS RECORD ID        : BF200409419416

              API DATA ----
                  INDICATOR         : C              CONFIRMED
                  CARRIER CODE      : UA             UNITED AIRLINES, INC.
                  FLT/VES NUMBER    : 840
                  ARRIVAL LOCATION  : LAX            LOS ANGELES, CA INTL
                  DEPARTURE LOCATION: SYD            KINGSFORD SMITH-SYDNEY
                  TRANSMITTED BY    : APOLLO         UNITED AIRLINES (COVEA
                  INBOUND/OUTBOUND  : INBOUND


     (PF3=MAIN MENU)                                    (PF4=PREV MENU)
```

```
17:03                       PQH API/HIT DATA                120307      T2MR9
TID=A8VZ                                                                T2PR9


                                    ------ QUERY ------  LNE           TERM/
             NAME              DOB    DATE  TIME AGN RSLT TYP   REF    LANE
      YELL, MICHAEL          110862  121705 0000     NOMA API
      YVR -VANCOUVER INTL         DOC: E7545115             AU P  INSP: APIS Q


              TECS RECORD ID       : BF200409419416

              API DATA ----
                  INDICATOR        : R           REPORTED
                  CARRIER CODE     : AC          AIR CANADA
                  FLT/VES NUMBER   : 561
                  ARRIVAL LOCATION : YVR         VANCOUVER INTL
                  DEPARTURE LOCATION : SFO       SAN FRANCISCO INTL AIR
                  TRANSMITTED BY   : RESIII      CANADIAN AIRLINES INTE
                  INBOUND/OUTBOUND : OUTBOUND


     (PF3=MAIN MENU)                                      (PF4=PREV MENU)
```

```
       17:15            TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY     120307    T2MRM
 TID= A8VZ                            DETAIL VIEW                              T2PRM
                                                          ADMN REC  001   OF 001
 ADMISSION/DEPARTURE NBR   42573955512     ADMISSION CODE   WB   VALID TO  020220
 NAME (LAST, FIRST)  YELL, MICHAEL
 CITIZENSHIP   AU AUSTRALIA                DOB   11081962 GENDER M          MISC _
 PASSPORT NBR   E7545115
 COUNTRY OF RESIDENCE   AU AUSTRALIA
 ALIAS LN                              ALIAS DOB
 ALIAS FN                              ALIAS COC
                    *********** ARRIVAL INFORMATION ***********
 AIRLINE   QF  QANTAS AIRWAYS LTD.     FLIGHT NBR   00073  ARRIVAL DATE    1104200
 VISA ISSUE CITY                       VISA ISSUE DATE          PORT OF ENTRY  SFR
 U.S. ADDRESS- STREET   CYPRESS HTL              CITY  CUPERTINO         STATE   C
 INSPECTOR NUMBER 1623     MICROFILM NUMBER 07308004604     TRAVEL MODE  AIR
 COMMENTS                                                   STATUS CODE   AD

                    ********** DEPARTURE INFORMATION **********
 PORT   LOS           DEPARTURE DATE  11082007            TRAVEL MODE
 CARRIER   QF  QANTAS AIRWAYS L  FLIGHT NBR/SHIP NAME  12


 (F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
 (F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
        17:14            TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY          120307    T2MRM
TID= A8VZ                           DETAIL VIEW                                      T2PRM
                                                                  ADMN REC 001   OF 001
ADMISSION/DEPARTURE NBR   73176608102      ADMISSION CODE   WT   VALID TO   113020
NAME (LAST, FIRST)  YELL, MICHAEL JON
CITIZENSHIP  AU AUSTRALIA                  DOB   11081962 GENDER M            MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                          ALIAS DOB
ALIAS FN                          ALIAS COC
                  *********** ARRIVAL INFORMATION ***********
AIRLINE   QF   QANTAS AIRWAYS LTD.    FLIGHT NBR   00007  ARRIVAL DATE   0901200
VISA ISSUE CITY                       VISA ISSUE DATE           PORT OF ENTRY LOS
U.S. ADDRESS- STREET   1107 TAYLOR ST         CITY   SAN JOSE            STATE   C
INSPECTOR NUMBER 5612      MICROFILM NUMBER 01260119944754  TRAVEL MODE AIR
COMMENTS                                                      STATUS CODE AD

                  ********** DEPARTURE INFORMATION **********
PORT    LOS          DEPARTURE DATE 09112001              TRAVEL MODE
CARRIER   QF   QANTAS AIRWAYS L FLIGHT NBR/SHIP NAME   12


(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
     17:14           TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY       120307   T2MRM
TID= A8VZ                         DETAIL VIEW                                T2PRM
                                                             ADMN REC 001  OF 001
ADMISSION/DEPARTURE NBR   09011448507     ADMISSION CODE  WT   VALID TO   111120
NAME (LAST, FIRST)  YELL, MICHAEL
CITIZENSHIP  AU AUSTRALIA                 DOB   11081962 GENDER M          MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                            ALIAS DOB
ALIAS FN                            ALIAS COC
                  *********** ARRIVAL INFORMATION ***********
AIRLINE  QF  QANTAS AIRWAYS LTD.     FLIGHT NBR   00107 ARRIVAL DATE   0812200
VISA ISSUE CITY                      VISA ISSUE DATE       PORT OF ENTRY LOS
U.S. ADDRESS- STREET   9635 TELSTAR AVE      CITY  EL MONTE        STATE  C
INSPECTOR NUMBER 5828     MICROFILM NUMBER 03224066350    TRAVEL MODE AIR
COMMENTS                                                  STATUS CODE AD

                 ********** DEPARTURE INFORMATION **********
PORT    LOS          DEPARTURE DATE  08222003              TRAVEL MODE
CARRIER   QF  QANTAS AIRWAYS L FLIGHT NBR/SHIP NAME   12


(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
         17:14           TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY      120307   T2MRM
  TID= A8VZ                         DETAIL VIEW                                 T2PRM
                                                                ADMN REC 001 OF 001
ADMISSION/DEPARTURE NBR   74418678710      ADMISSION CODE   WT   VALID TO   012820
NAME (LAST, FIRST)   YELL, MICHAEL JON
CITIZENSHIP   AU AUSTRALIA                 DOB   11081962 GENDER M         MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                              ALIAS DOB
ALIAS FN                              ALIAS COC
                    *********** ARRIVAL INFORMATION ***********
AIRLINE   QF   QANTAS AIRWAYS LTD.     FLIGHT NBR   00011   ARRIVAL DATE   1029200
VISA ISSUE CITY                       VISA ISSUE DATE              PORT OF ENTRY LOS
U.S. ADDRESS- STREET   111 CHESTNUT             CITY   SAN FRANCISCO     STATE  C
INSPECTOR NUMBER 5827       MICROFILM NUMBER 04303035933       TRAVEL MODE AIR
COMMENTS                                                       STATUS CODE AD


                    ********** DEPARTURE INFORMATION **********
PORT    LOS           DEPARTURE DATE 11032004              TRAVEL MODE
CARRIER   QF   QANTAS AIRWAYS L  FLIGHT NBR/SHIP NAME   12


(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
     17:14          TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY       120307   T2MRM
TID= A8VZ                         DETAIL VIEW                                T2PRM
                                                            ADMN REC 001  OF 001
ADMISSION/DEPARTURE NBR  12885389010     ADMISSION CODE  WB   VALID TO   031120
NAME (LAST, FIRST)  YELL, MICHAEL JON
CITIZENSHIP  AU AUSTRALIA               DOB   11081962 GENDER M          MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                            ALIAS DOB
ALIAS FN                            ALIAS COC
                  *********** ARRIVAL INFORMATION ***********
AIRLINE   UA   UNITED AIRLINES, INC   FLIGHT NBR  00840  ARRIVAL DATE  1211200
VISA ISSUE CITY                     VISA ISSUE DATE          PORT OF ENTRY LOS
U.S. ADDRESS- STREET   DOUBLETREE HTL          CITY  SANTA MONICA     STATE  C
INSPECTOR NUMBER 1504       MICROFILM NUMBER 05345006957     TRAVEL MODE AIR
COMMENTS                                                     STATUS CODE AD


              ********** DEPARTURE INFORMATION **********
PORT    SFR            DEPARTURE DATE 12172005             TRAVEL MODE
CARRIER   AC   AIR CANADA          FLIGHT NBR/SHIP NAME   561



(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

Date: 12/3/2007 Time: 2:14:52 PM

```
     17:14            TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY       120307   T2MRM
TID= A8VZ                          DETAIL VIEW                                T2PRM
                                                            ADMN REC 001  OF 001
ADMISSION/DEPARTURE NBR  70593098711     ADMISSION CODE  WT   VALID TO   071720
NAME (LAST, FIRST)  YELL, MICHAEL JON
CITIZENSHIP  AU AUSTRALIA                DOB   11081962 GENDER M          MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                             ALIAS DOB
ALIAS FN                             ALIAS COC
                  *********** ARRIVAL INFORMATION ***********
AIRLINE   QF  QANTAS AIRWAYS LTD.     FLIGHT NBR   00149  ARRIVAL DATE  0418200
VISA ISSUE CITY                       VISA ISSUE DATE        PORT OF ENTRY LOS
U.S. ADDRESS- STREET   VENITIAN HTL            CITY  LAS VEGAS        STATE  N
INSPECTOR NUMBER 1165        MICROFILM NUMBER 06108028329     TRAVEL MODE AIR
COMMENTS                                                      STATUS CODE AD


              ********** DEPARTURE INFORMATION **********
PORT    LOS             DEPARTURE DATE 04232006           TRAVEL MODE
CARRIER   QF  QANTAS AIRWAYS L FLIGHT NBR/SHIP NAME   108



(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
     17:15            TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY       120307   T2MRM
TID= A8VZ                         DETAIL VIEW                                 T2PRM
                                                          ADMN REC 001   OF 001
ADMISSION/DEPARTURE NBR  42507551212      ADMISSION CODE  WB   VALID TO   011220
NAME (LAST, FIRST)  YELL, MICHAEL JON
CITIZENSHIP   AU AUSTRALIA                DOB   11081962 GENDER M          MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                             ALIAS DOB
ALIAS FN                             ALIAS COC
                    *********** ARRIVAL INFORMATION ***********
AIRLINE   QF  QANTAS AIRWAYS LTD.    FLIGHT NBR  00149   ARRIVAL DATE   1014200
VISA ISSUE CITY                      VISA ISSUE DATE           PORT OF ENTRY LOS
U.S. ADDRESS- STREET  HILTON GARDEN INN      CITY  CUPERTINO           STATE  C
INSPECTOR NUMBER 1487      MICROFILM NUMBER 06287009632     TRAVEL MODE AIR
COMMENTS                                                    STATUS CODE AD

                    ********** DEPARTURE INFORMATION **********
PORT    LOS           DEPARTURE DATE  10172006             TRAVEL MODE
CARRIER   CX  CATHAY PACIFIC A  FLIGHT NBR/SHIP NAME   883


(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

Date: 12/3/2007 Time: 2:15:04 PM

```
       17:15            TECS II - I-94 ARRIVAL/DEPARTURE DISPLAY       120307   T2MRM
TID= A8VZ                         DETAIL VIEW                                   T2PRM
                                                              ADMN REC 001  OF 001
ADMISSION/DEPARTURE NBR   70743079011      ADMISSION CODE   WT   VALID TO  092420
NAME (LAST, FIRST)   YELL, MICHAEL JON
CITIZENSHIP  AU AUSTRALIA                DOB   11081962 GENDER M          MISC _
PASSPORT NBR   E7545115
COUNTRY OF RESIDENCE   AU AUSTRALIA
ALIAS LN                               ALIAS DOB
ALIAS FN                               ALIAS COC
                  *********** ARRIVAL INFORMATION ***********
AIRLINE   QF  QANTAS AIRWAYS LTD.    FLIGHT NBR   00011  ARRIVAL DATE   0625200
VISA ISSUE CITY                        VISA ISSUE DATE         PORT OF ENTRY LOS
U.S. ADDRESS- STREET   SHERATON HTL SANTA      CITY  SANTA MONICA      STATE  C
INSPECTOR NUMBER 1336       MICROFILM NUMBER 07176062985      TRAVEL MODE AIR
COMMENTS                                                     STATUS CODE AD


                  ********** DEPARTURE INFORMATION **********
PORT    LOS           DEPARTURE DATE  07012007            TRAVEL MODE
CARRIER   QF  QANTAS AIRWAYS L  FLIGHT NBR/SHIP NAME   12



(F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
(F7=PRIOR PAGE) (F8=NEXT PAGE) (F10=FIRST PAGE) (F11=LAST PAGE) (F12=INQUIRY
```

```
  17:02                       PQH API/HIT DATA                120307      T2MR9
  TID=A8VZ                                                                T2PR9


                                    ----- QUERY -----   LNE          TERM/
          NAME               DOB    DATE  TIME AGN RSLT TYP    REF   LANE
  YELL, MICHAEL JON         110862  110407 1314 CUS NOMA API          NG31
   SFO -SAN FRANCISCO INTL AIRP  DOC: E7545115          AU P   INSP: 571020


  TECS RECORD ID : BF200409419416       COA : WB       ADMIT UNTIL : 02/02/2008

              API DATA ----
                INDICATOR          : C           CONFIRMED
                CARRIER CODE       : QF          QANTAS AIRWAYS LTD.
                FLT/VES NUMBER     : 73
                ARRIVAL LOCATION   : SFO         SAN FRANCISCO INTL AIR
                DEPARTURE LOCATION : SYD         KINGSFORD SMITH-SYDNEY
                TRANSMITTED BY     : QANTAS      QANTAS AIRWAYS
                INBOUND/OUTBOUND   : INBOUND


     (PF3=MAIN MENU)                                    (PF4=PREV MENU)
```

Date: 12/3/2007 Time: 2:02:39 PM

```
17:02                       PQH API/HIT DATA                 120307      T2MR9
TID=A8VZ                                                                 T2PR9


                                    ------ QUERY  ----- LNE          TERM/
         NAME                DOB   DATE   TIME AGN RSLT  TYP  REF    LANE
  YELL, MICHAEL JON         110862 110807 0000     NOMA  API
  SYD -KINGSFORD SMITH-SYDNEY     DOC: E7545115         AU P  INSP: APIS Q


        TECS RECORD ID          : BF200409419416

        API DATA ----
            INDICATOR           : R          REPORTED
            CARRIER CODE        : QF         QANTAS AIRWAYS LTD.
            FLT/VES NUMBER      : 12
            ARRIVAL LOCATION    : SYD        KINGSFORD SMITH-SYDNEY
            DEPARTURE LOCATION  : LAX        LOS ANGELES, CA INTL
            TRANSMITTED BY      : QANTAS     QANTAS AIRWAYS
            INBOUND/OUTBOUND    : OUTBOUND


     (PF3=MAIN MENU)                                    (PF4=PREV MENU)
```

```
17:03                        PQH API/HIT DATA                120307      T2MR9
TID=A8VZ                                                                 T2PR9


                                    ------ QUERY ------  LNE          TERM/
         NAME                  DOB    DATE TIME AGN RSLT  TYP  REF    LANE
   YELL, MICHAEL JON          110862 062507 1339 CUS NOMA  API         HN13
   LAX -LOS ANGELES, CA INTL   DOC: E7545115              AU P  INSP: 293662


   TECS RECORD ID : BF200409419416      COA : WB     ADMIT UNTIL : 09/23/2007

            API DATA ----
              INDICATOR            : C         CONFIRMED
              CARRIER CODE         : QF        QANTAS AIRWAYS LTD.
              FLT/VES NUMBER       : 11
              ARRIVAL LOCATION     : LAX       LOS ANGELES, CA INTL
              DEPARTURE LOCATION   : SYD       KINGSFORD SMITH-SYDNEY
              TRANSMITTED BY       : QANTAS    QANTAS AIRWAYS
              INBOUND/OUTBOUND     : INBOUND


    (PF3=MAIN MENU)                                    (PF4=PREV MENU)
```

```
17:04                          PQH API/HIT DATA                  120307        T2MR9
TID=A8VZ                                                                       T2PR9


                                          ------ QUERY ------   LNE            TERM/
           NAME                   DOB     DATE   TIME AGN RSLT  TYP   REF      LANE
    YELL, MICHAEL JON            110862   070107 0000     NOMA  API
     SYD -KINGSFORD SMITH-SYDNEY   DOC: E7545115                 AU P  INSP: APIS Q


                  TECS RECORD ID          : BF200409419416

                  API DATA ----
                      INDICATOR           : R           REPORTED
                      CARRIER CODE        : QF          QANTAS AIRWAYS LTD.
                      FLT/VES NUMBER      : 12
                      ARRIVAL LOCATION    : SYD         KINGSFORD SMITH-SYDNEY
                      DEPARTURE LOCATION  : LAX         LOS ANGELES, CA INTL
                      TRANSMITTED BY      : QANTAS      QANTAS AIRWAYS
                      INBOUND/OUTBOUND    : OUTBOUND


     (PF3=MAIN MENU)                                           (PF4=PREV MENU)
```

```
17:03                      PQH API/HIT DATA                    120307        T2MR9
TID=A8VZ                                                                     T2PR9


                                    ------ QUERY ------  LNE              TERM/
         NAME                DOB     DATE  TIME AGN RSLT  TYP     REF     LANE
YELL, MICHAEL JON           110862  101406 0959 CUS NOMA  API             HN01
LAX -LOS ANGELES, CA INTL     DOC: E7545115               AU P    INSP:  555746


          TECS RECORD ID         : BF200409419416

          API DATA ----
               INDICATOR         : C              CONFIRMED
               CARRIER CODE      : QF             QANTAS AIRWAYS LTD.
               FLT/VES NUMBER    : 149
               ARRIVAL LOCATION  : LAX            LOS ANGELES, CA INTL
               DEPARTURE LOCATION: SYD            KINGSFORD SMITH-SYDNEY
               TRANSMITTED BY    : QANTAS         QANTAS AIRWAYS
               INBOUND/OUTBOUND  : INBOUND


    (PF3=MAIN MENU)                                     (PF4=PREV MENU)
```

```
17:03                    PQH API/HIT DATA                    120307      T2MR9
TID=A8VZ                                                                 T2PR9


                                ------ QUERY ------  LNE              TERM/
              NAME        DOB    DATE  TIME AGN RSLT  TYP   REF       LANE
   YELL, MICHAEL J      110862  101806 0000      NOMA API
   HKG -HONG KONG         DOC: E7545115                AU P  INSP: APIS Q


              TECS RECORD ID       : BF200409419416

              API DATA ----
                  INDICATOR          : R          REPORTED
                  CARRIER CODE       : CX         CATHAY PACIFIC AIRWAYS
                  FLT/VES NUMBER     : 881
                  ARRIVAL LOCATION   : HKG        HONG KONG
                  DEPARTURE LOCATION : LAX        LOS ANGELES, CA INTL
                  TRANSMITTED BY     : APIS*CX    CATHAY PACIFIC
                  INBOUND/OUTBOUND   : OUTBOUND


   (PF3=MAIN MENU)                                      (PF4=PREV MENU)
```

```
17:03                        PQH API/HIT DATA                120307      T2MR9
TID=A8VZ                                                                 T2PR9


                                   ------ QUERY ------  LNE              TERM/
         NAME                DOB    DATE  TIME AGN RSLT  TYP    REF      LANE
  YELL, MICHAEL JON         110862 041806 1001 CUS NOMA  API             HN15
  LAX -LOS ANGELES, CA INTL    DOC: E7545115             AU P   INSP: 056562


           TECS RECORD ID         : BF200409419416

           API DATA ----
               INDICATOR          : C         CONFIRMED
               CARRIER CODE       : QF        QANTAS AIRWAYS LTD.
               FLT/VES NUMBER     : 149
              .ARRIVAL LOCATION   : LAX       LOS ANGELES, CA INTL
               DEPARTURE LOCATION : SYD       KINGSFORD SMITH-SYDNEY
               TRANSMITTED BY     : QANTAS    QANTAS AIRWAYS
               INBOUND/OUTBOUND   : INBOUND


     (PF3=MAIN MENU)                                        (PF4=PREV MENU)
```

```
17:03                        PQH API/HIT DATA                 120307      T2MR9
TID=A8VZ                                                                  T2PR9


                                      ------ QUERY ------ LNE            TERM/
           NAME                 DOB    DATE  TIME AGN RSLT TYP   REF      LANE
   YELL, MICHAEL JON           110862 042306 0000     NOMA API
   SYD -KINGSFORD SMITH-SYDNEY   DOC: E7545115              AU P  INSP: APIS Q


               TECS RECORD ID       : BF200409419416

               API DATA ----
                   INDICATOR          : R          REPORTED
                   CARRIER CODE       : QF         QANTAS AIRWAYS LTD.
                   FLT/VES NUMBER     : 108
                   ARRIVAL LOCATION   : SYD        KINGSFORD SMITH-SYDNEY
                   DEPARTURE LOCATION : LAX        LOS ANGELES, CA INTL
                   TRANSMITTED BY     : QANTAS     QANTAS AIRWAYS
                   INBOUND/OUTBOUND   : OUTBOUND


    (PF3=MAIN MENU)                                      (PF4=PREV MENU)
```