IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**USA,**

        Plaintiff(s),

  v.

**Diana Jing Jing Hojsak,**

        Defendant(s),
_____/

No. CR07-0325 PJH

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** Defendant's Motion for Release of Funds is set for Wednesday, January 2, 2008 at 1:30 p.m. The government shall file an opposition no later than Friday, November 21, 2007 by noon.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy