UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: December 19, 2007        JUDGE: Phyllis J. Hamilton

Case No: CR-07-325 PJH

Case Name: UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman      **Court Reporter**: Kathy Wyatt

**PROCEEDINGS**

    Defendant's Motion to Depose a Foreign Witness-DENIED without prejudice as stated on the record. The government shall provide the tax loss information to defendant no later than two weeks after the deposition of foreign witness is taken. The parties shall meet and confer re: outstanding discovery issues and submit a joint status statement to the court by 1/9/08. Time is excluded from 12/19/07 to 1/16/08 for the reasons stated on the record. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: January 16, 2008 at 2:30 p.m. for Status/Trial Setting**.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 12/19/07  Ends 1/16/08
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers