# EXHIBIT 1

**Stier, Cynthia**

From: Powpowpg@aol.com
Sent: Wednesday, July 25, 2007 12:47 PM
To: Stier, Cynthia
Subject: Travel for Lu

## Diana Business and Personal Travel Plan July - Dec. 2007

| Month | Date | Activity |
|---|---|---|
| July | 24 | Fly to New York meeting David Ho for Aids Initiative Project |
| Aug. | 2d- 3d | Fly to Hong Kong, arrive in Shenzhen China |
| | 4 | Meeting IGI team in Shenzhen |
| | 5 | Review operation |
| | | Visiting manufacturing (IGI clothing line for US market) |
| | 6 | Visiting IGI clients for US market |
| | 7 | Meeting with Fesco bureau & TV producer for the book " Daughter of the Yellow River" |
| | 8 | Hangzhou Alibaba Media interview |
| | 9 | From Shanghai fly back to SFO |
| | 22 | Fly to Paris |
| | 23 | meeting designers and visiting more boutique stores in Paris meeting publisher |
| Aug | 24- 28 | Prague Vacation |
| | 29 | Fly back to SFO |
| Parents visit in US( ten years for the first time) | | |
| Sept | 12 | LA with parents for application of their VISA of visting Canada |
| | 13 | Vegas with Parents |
| | 14 | NEW YORK with Parents |
| | 15 | NEW YORK with Parents |
| | 16 | Montreal with Parents |
| | 17 | Toronto   with Parents |
| | 25-27 | Fly To Beijing for Beijing International Woman Entrepreneur conference as speaker |
| | 27-28 | Fly to Lanzhou, Visiting poor and uneducated children in rural areas in Qinshui, Gannar |
| | 29 | Fly to Beijing then back to SFO |
| Oct. | 10/10-10/14 | Frankfurt book affair  Pending? |

Get a sneak peek of the all-new AOL.com.

7/25/2007

# EXHIBIT 2

3

RECORDING REQUESTED BY
Alliance Title Company
AND WHEN RECORDED MAIL TO

Name: John Dukellis
Street Address: 403 Main Street, #415N
City, State Zip: San Francisco, CA 94105

Order No. 11477547-505-JSK
APN No: Lot 211; Block 3768

#11477547
403 MAIN STREET, #415N

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2006-I246165-00
Acct 7-Alliance Title
Thursday, SEP 07, 2006 08:00:00
Ttl Pd $5,429.00    Nbr-0003071608
REEL J220 IMAGE 0042
ofa/FT/1-3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
City of San Francisco
Conveyance Tax is $5,406.00
Parcel No. Lot 211; Block 3768

Documentary Transfer Tax is $0.00
☒ computed on full value of interest or property conveyed, or
☐ full value less value of liens or encumbrances remaining at the time of sale

Jing Jing Lu, Declarant or Agent Determining Tax

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Jing Jing Lu, also known as Diana A. Hojsak, also known as Diana J. Hojsak, an unmarried woman

hereby GRANT(s) to

John Dukellis, a single man

the following real property in the city of San Francisco

county of San Francisco, state of California:

See Exhibit A attached hereto and made a part hereof.

Dated: August 24, 2006

STATE OF CALIFORNIA    COMMONWEALTH OF AUSTRALIA
COUNTY OF San Francisco    STATE OF NEW SOUTH WALES
                            CITY OF SYDNEY           } S.S.    } S.S.   Jing Jing Lu
                            CONSULATE GENERAL OF THE
                            UNITED STATES OF AMERICA

On August 31, 2006 before me,
Tanya A. Allen, Vice Consul**************
a Notary Public, personally appeared
JINGJING, LU identified by People's
Republic of China Passport #G13053016
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: Tanya A. Allen
Vice Consul
American Consulate General
Sydney, Australia

(This area for official notorial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

Name    Street Address    City & State

Exhibit A

All that certain real property situate in the City and County of San Francisco, State of California, described as follows:

PARCEL A:

UNIT 415N; Lot 211, as shown on that certain map entitled, "Map of PORTSIDE PHASE II A Residential Condominium Project, Being a Subdivision of Lot 138 as shown on that certain Parcel Map filed October 2, 1997 in Book 43 of Parcel Maps, at Pages 117-120, Official Records, Being a Portion of Assessor's Block No. 3768, Also Being a Portion of 100 Vara Block No. 328", which map was filed for record in the Office of the Recorder of the City and County of San Francisco, State of California, on November 13th, 1997 in Book 54 of Condominium Maps, at Page 216 to 227, inclusive.

EXCEPTING THEREFROM, the following:

(a) Non-exclusive easements through said Units, appurtenant to the Common Area and all other Units, for ingress, egress, support and repair of the Common Area and all Units;
(b) Non-exclusive easements, appurtenant to the Common Area, for encroachment upon the air space of the Unit by those portions of the Common Area located within the Unit.

PARCEL B:

TOGETHER WITH the following appurtenant easements:

(a) A non-exclusive easement for ingress, egress, support and repair through the Common Area, as shown on the Map;
(b) An exclusive easement to use Deck Area No. D415-N, as shown on the Map.

PARCEL C:

AN UNDIVIDED .84% interest, as Tenants in Common with all other Unit owners, in and to the Common Area, as shown on the Map.

EXCEPTING THEREFROM, exclusive easements for use of other than those shown in Parcel "B", above, in favor of the Units, as shown on the Map.

PARCEL D:

TOGETHER WITH the following easements appurtenant to the Common Area:

(a) Non-exclusive easements for encroachments upon the air space of all of the Units by and for the portions of the Common Area lying within the Units.

EXCEPTING From Parcels A, B, C and D above all minerals, including, without limiting the generality thereof, oil, gas and other hydrocarbon substances as well as metallic or other solid minerals, as reserved by The Atchison, Topeka and Santa Fe Railway Company, a Delaware corporation, in that certain Grant Deed recorded August 19th, 1985 in Book D902, at Page 768 of Official Records of the City and County of San Francisco.

SAID Railway Company shall not have the right to go upon or use the surface of said land for the purpose of drilling for, mining, or otherwise removing said materials.

PARCEL E:

A non-exclusive easement for unobstructed ingress and egress so as to provide access to Spear Street, as created in that certain Grant of Easement and License Agreement dated December 9th, 1988, and recorded December 15th, 1988 in Book E765 of Official Records, Page 440, together with First Amendment thereto, recorded October 29th, 1992 in Book F744 of Official Records, Page 406, described as follows:

COMMENCING at the intersection of the southeasterly line of Harrison Street and the southwesterly line of Spear street; thence southeasterly along the southwesterly line of spear Street 188.00 feet to the northerly line of Lot 15; thence continuing southeasterly along the southwesterly line of Spear Street 1.00 feet to the true point of beginning; thence at a right angle northwesterly parallel with and distant 1.00 feet from the northerly line of said Lot 15 157.50 feet to a point on the westerly line of said Lot 15; thence at a right angle southeasterly along the westerly line of said Lot 15 22.00 feet; thence at a right angle northeasterly leaving said westerly line parallel with and distant 23.00 feet from the northerly line of said Lot 15 157.50 feet to the southwesterly line of Spear Street; thence northwesterly along said southwesterly line of 22.00 feet to the true point of beginning.

PARCEL F:

A non-exclusive easement to construct and maintain and access ramp and construct and maintain a satellite parking lot as created in that certain First Amendment to Grant of Easement and License Agreement, dated October 29th, 1992 and recorded October 29th, 1992 in Book F744 of Official Records, at Page 406, as described as follows:

COMMENCING at the intersection of the southeasterly line of Harrison Street and the southwesterly line of Spear Street; thence southeasterly along the southwesterly line of Spear Street 188.00 feet to the northerly line of Lot 15; thence at a right angle northwesterly along said northerly line 157.50 feet to the northwesterly corner of said Lot 15; thence at a right angle southeasterly along the westerly line of said Lot 15 23.00 feet to the true point of beginning; thence continuing southeasterly along said westerly line 200.857 feet to the southwesterly corner of said Lot 15; thence at a right angle southeasterly along the southerly line of said Lot 15 20.00 feet; thence at a r right angle northwesterly parallel with and distant 20.00 feet from the westerly line of said Lot 15 200.857 feet; thence at a right angle northwesterly 20.00 feet to the true point of beginning.

PARCEL G:

Non-exclusive easements for vehicular and pedestrian access and utility easements as set forth within paragraph 3(a) and (b) of that certain Declaration of Covenants, Conditions, Restrictions and Reciprocal Easements made by Hum Baby Associates, a California limited partnership dated October 29th, 1992 and recorded October 29th, 1992 in Book F744 of Official Records, at Page 404, subject to conditions set forth therein.

# EXHIBIT 3

941585.

Recording Requested By:
RESIDENTIAL MORTGAGE CAPITAL

And After Recording Return To:
RESIDENTIAL MORTGAGE CAPITAL
781 LINCOLN AVENUE, STE. 200
SAN RAFAEL, CALIFORNIA 94901
Loan Number: 6016634

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2007-I333995-00
Acct 11-FIDELITY NATIONAL Title Company
Thursday, FEB 08, 2007 08:00:00
Ttl Pd $78.00    Nbr-0003171632
REEL J324  IMAGE 0031
                    ota/ER/1-24

*111 Chestnut St. #611*
*Lot 272, Blk 60* ——— [Space Above This Line For Recording Data] ———

# DEED OF TRUST

**MIN:** 1000956-0006016634-6

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated   FEBRUARY 2, 2007   , together with all Riders to this document.
(B) "Borrower" is   DIANA J. HOJSAK, A SINGLE WOMAN


Borrower is the trustor under this Security Instrument.
(C) "Lender" is   RESIDENTIAL MORTGAGE CAPITAL

Lender is a   CALIFORNIA CORPORATION                                    organized
and existing under the laws of   CALIFORNIA
Lender's address is   781 LINCOLN AVENUE, STE. 200, SAN RAFAEL,
CALIFORNIA 94901

(D) "Trustee" is   FIDELITY NATIONAL TITLE
2001 UNION STREET, STE-590, SAN FRANCISCO, CALIFORNIA 94123

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) "Note" means the promissory note signed by Borrower and dated   FEBRUARY 2, 2007   .
The Note states that Borrower owes Lender   ONE MILLION AND 00/100
                            Dollars (U.S. $   1,000,000.00   ) plus interest.

Borrower Initials: _____

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS     DocMagic *eForms* 800-649-1362
Form 3005 01/01 (02/01/07)              Page 1 of 14                             www.docmagic.com