SCOTT SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br>    Defendant. | No. CR 07- 0325 - PJH<br><br>**REQUEST TO STAY ORDER RELEASING FUNDS AND [PROPOSED] ORDER** |

**REQUEST TO STAY ORDER TO RELEASE FUNDS**

Defendant, Diana Hojsak, filed a Motion to Release Funds which came before the Honorable Magistrate Judge Bernard Zimmerman for hearing on January 2, 2008. The United States filed its Opposition.

At that hearing, the Court granted Defendant's motion, in part, and agreed to release $200,000 of funds being held to insure Defendant's appearance at trial.

As of the filing of this Request, a proposed Order for Release of Funds has not been filed by counsel for the Defendant. The United States anticipates a proposed Order for Release of Funds will be filed today, January 3, 2007, or soon thereafter.

1   The United States intends to appeal this Court's Order releasing $200,000 in funds to the
2   Defendant to the District Court pursuant to 18 U.S.C. §3145(a)(1). Accordingly, the United
3   States requests that this Court stay its ruling and any Order entered thereon pending resolution of
4   the appeal in the District Court.

DATED: January 3, 2008             /s/ Cynthia Stier
                                   CYNTHIA STIER
                                   Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that counsel for Defendant, Diana Hojsak, shall continue to hold all civil settlement funds belonging to the Defendant until the appeal of this Court's Order releasing $200,000 of those funds has been resolved by the District Court.

Date: _____

                                   _____
                                   HONORABLE BERNARD ZIMMERMAN
                                   United States Magistrate Judge