CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant DIANA JING JING HOJSAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 07-0325-PJH |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | **ORDER FOR RELEASE OF** |
| v. | ) | **FUNDS** |
| | ) | |
| DIANA JING JING HOJSAK, | ) | |
| a/k/a JING JING LU, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Based upon the papers filed by the parties and the argument in court on January 2, 2008;

IT IS HEREBY ORDERED that counsel for Diana Hojsak may release to her $200,000.00 of the funds he is holding to insure her appearance.

Date: _____

                                                  The Hon. Bernard Zimmerman,
                                                United States Magistrate Judge