1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CBN 163973)
3  Chief, Criminal Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorneys
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7000
      FAX: (415) 436-6748
7
   Attorneys for Plaintiff
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )    No. CR 07- 0325 - PJH
13                                  )
         Plaintiff,                 )
14                                  )
         v.                         )    **REQUEST TO STAY ORDER**
15                                  )    **RELEASING FUNDS AND**
                                    )    **[PROPOSED] ORDER**
16 DIANA JING JING HOJSAK,          )
   a/k/a JING JING LU,              )
17                                  )
                                    )
18       Defendant.                 )
                                    )
19 _____  )

20              **REQUEST TO STAY ORDER TO RELEASE FUNDS**

21     Defendant, Diana Hojsak, filed a Motion to Release Funds which came before the Honorable

22 Magistrate Judge Bernard Zimmerman for hearing on January 2, 2008. The United States filed

23 its Opposition.

24     At that hearing, the Court granted Defendant's motion, in part, and agreed to release

25 $200,000 of funds being held to insure Defendant's appearance at trial.

26     As of the filing of this Request, a proposed Order for Release of Funds has not been filed by

27 counsel for the Defendant. The United States anticipates a proposed Order for Release of Funds

28 will be filed today, January 3, 2007, or soon thereafter.

Case 3:07-cr-00325-PJH    Document 35    Filed 01/03/2008    Page 2 of 2

1 | The United States intends to appeal this Court's Order releasing $200,000 in funds to the
2 | Defendant to the District Court pursuant to 18 U.S.C. §3145(a)(1). Accordingly, the United
3 | States requests that this Court stay its ruling and any Order entered thereon pending resolution of
4 | the appeal in the District Court.

DATED: January 3, 2008         /s/ Cynthia Stier
                               CYNTHIA STIER
                               Assistant United States Attorney

                               ORDER

IT IS HEREBY ORDERED that counsel for Defendant, Diana Hojsak, shall continue to hold all civil settlement funds belonging to the Defendant until the appeal of this Court's Order releasing $200,000 of those funds has been resolved by the District Court.

Date: 3/Jan 08    Denied

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Request to Stay Order Releasing
Funds and [Proposed] Order,
US v. Diana Hojsak, 07-00325-PJH          2