JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
Assistant United States Attorney
   E-Mail: cynthia.stier@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA HOJSAK,<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Lu,<br><br>    Defendant. | No. CR-07-0325-PJH<br><br>JOINT STATUS STATEMENT |

    Counsel for the United States and for the Defendant, Diana Hojsak, submit this joint status statement pursuant to this Court's Minute Order entered December 19, 2007.

    At the December 19, 2007, status hearing, this Court denied Defendant's Motion to Depose Michael Yell, without prejudice. The parties agreed to meet and confer to determine whether the deposition could be taken in the United States. Counsel for Defendant contacted Michael Yell who has agreed to be deposed in the San Francisco Bay area on April 21, 2008, his next business trip to the United States. See Declaration of Christopher Cannon, submitted as Exhibit 1.

    The parties have prepared a draft Stipulation and proposed Order regarding the terms and conditions of the deposition. The United States seeks the production of documents by Michael

1  Yell pursuant to Rule 15(a) of the Fed.R.Crim.P.  Defendant has no objection in principal to the
2  production of documents but recognizes that the deponent, a citizen of Australia, is not subject to
3  the jurisdiction of this Court and requests that the document production specify that the
4  documents will be produced "to the extent they are available."  The United States does not agree
5  with this language and seeks an Order from the Court directing the deponent to produce the
6  documents.  The United States submits that this Court is the appropriate judge of whether the
7  documents are available based on the deponent's explanation at his deposition for the
8  unavailability of documents.
9      There are no other unresolved discovery matters.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 9, 2008

*/s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Tax Division
Telephone: (415) 436-7000
Attorneys for the Plaintiff, the United States
   of America

Dated: January 9, 2008

/s/
CHRISTOPHER J. CANNON
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone (415) 362-6252
Attorney for Defendant Diana Hojsak

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street
Suite 2080
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-677-9445

Attorney for Defendant DIANA JING JING HOJSAK,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DIANA JING JING HOJSAK, <br> a/k/a JING JING LU, <br><br> Defendant. | No. CR 07-0325-PJH <br><br> **DECLARATION OF CHRISTOPHER CANNON REGARDING FOREIGN WITNESS** |

I, Christopher J. Cannon, declare under penalty of perjury:

I am counsel for Diana Lu.

On January 8, 2008, I had a conversation with Michael Yell. He told me that he had tentative plans to be in the Bay Area on April 22, 23 and 24 and that he would agree to be deposed the day prior to that, or on April 21, 2008.

DECLARATION OF CHRISTOPHER J. CANNON REGARDING FOREIGN WITNESS
No. CR 07-0325-PJH

EXHIBIT 1

| | | |
|---|---|---|
| 1 | Dated January 9, 2008 | Respectfully submitted, |
| 2 | | /s/ |
| 3 | | |
| 4 | | Christopher J. Cannon |

DECLARATION OF CHRISTOPHER J. CANNON REGARDING FOREIGN WITNESS
No. CR 07-0325-PJH