UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR 07-0325 PJH |
| v. | **CLERK'S NOTICE** |
| DIANA HOJSAK, | |
| Defendant(s). | |

YOU ARE HEREBY NOTIFIED that the Status/Trial Setting Hearing currently set for January 16, 2008 **will begin at 1:30 p.m. instead of 2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  January 11, 2008