1  CHRISTOPHER J. CANNON, State Bar No. 88034
2  Sugarman & Cannon
3  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104-6702
4  Telephone: 415/362-6252
5  Facsimile: 415/677-9445

6  Attorney for Defendant DIANA JING JING HOJSAK

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA            )    No. CR 07-0325-PJH
12 |                                     )
   |        Plaintiff,                   )    **STIPULATION AND**
13 |                                     )    **[PROPOSED] ORDER FOR**
14 |        v.                           )    **CONTINUANCE**
   |                                     )
15 | DIANA JING JING HOJSAK,             )
16 | a/k/a JING JING LU,                 )
   |                                     )
17 |                                     )
18 |        Defendant.                   )
   |                                     )
19 | _____     )

20

21      A status has been set for January 16, 2008 in the above referenced matter. Due to

22 the unavailability of defense counsel, that status conference set for January 16, 2008 is

23
   hereby continued until January 23, 2008.
24

25

26 Date: January 15, 2008                          _____/S/_____
27                                                 Christopher J. Cannon
                                                   Counsel for Diana Hojsak
28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
No. CR 05-00655-JSW

1
2  Date: January 15, 2008                    _____/S/_____
3                                            Cynthia Steir
                                             United States Attorney
4
5      SO ORDERED.
6
7
8
   Date:                                     _____
9                                            The Honorable Phyllis J. Hamilton
10                                           United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
No. CR 05-00655-JSW