1  CHRISTOPHER J. CANNON, State Bar No. 88034
2  Sugarman & Cannon
3  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104-6702
4  Telephone: 415/362-6252
   Facsimile: 415/677-9445
5
6  Attorney for Defendant DIANA JING JING HOJSAK
7
8
9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11 UNITED STATES OF AMERICA        )    No. CR 07-0325-PJH
12                                 )
       Plaintiff,                  )    ~~STIPULATION AND~~
13                                 )    ~~[PROPOSED]~~ ORDER FOR
       v.                          )    CONTINUANCE
14                                 )
15 DIANA JING JING HOJSAK,         )
   a/k/a JING JING LU,             )
16                                 )
17                                 )
       Defendant.                  )
18                                 )
19 _____ )
20
21       A status has been set for January 16, 2008 in the above referenced matter. Due to
22 the unavailability of defense counsel, that status conference set for January 16, 2008 is
23
24 hereby continued until January 23, 2008.
25
26 Date: January 15, 2008                    _____/S/_____
27                                           Christopher J. Cannon
                                             Counsel for Diana Hojsak
28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
No. CR 05-00655-JSW

1
2   Date: January 15, 2008                            /S/
3                                                    Cynthia Steir
                                                     United States Attorney
4
5        SO ORDERED.

6
7                                                    IT IS SO ORDERED
8
    Date:   January 15, 2008
9                                                    Judge Phyllis J. Hamilton
10                                                   United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
No. CR 05-00655-JSW