JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   FAX: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07- 0325 - PJH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| DIANA JING JING HOJSAK, a/k/a JING JING LU, | |
| Defendant. | |

    The defendant came before the Court for a status hearing on January 23, 2008. The parties agreed, and the Court found, that the time between January 23, 2008 and April 21, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation due to the complex nature of the case. The parties agree that the ends of justice

//

//

served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: January 23, 2008         /s/ Cynthia Stier
                                CYNTHIA STIER
                                Assistant United States Attorney


DATED: January 23, 3008         /s/ Christopher Cannon
                                CHRISTOPHER CANNON
                                Sugarman & Cannon
                                44 Montgomery Street, Suite 2080
                                San Francisco, CA 94104

## ORDER

For the foregoing reasons, and as stated on the record at the January 23, 2008 hearing in this matter, the Court HEREBY ORDERS the period between January 23, 2008 and April 21, 2008, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:                          _____
                                HONORABLE PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT JUDGE