UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: January 23, 2008                                JUDGE: Phyllis J. Hamilton

Case No:  CR 07-0325PJH

Case Name:   UNITED STATES   v.   Diana Hojsak

Attorney for Plaintiff:    Cynthia Stier
Attorney for Defendant:   Chris Cannon

**Deputy Clerk:** Frank Justiliano             **Court Reporter**: Debra Pas
**Interpreter:** None                          **Probation Officer**: None

**PROCEEDINGS**

**Status/Trial setting held.   Ms. Stier to submit a revised proposed order regarding the deposition of Mr. Yell.**

**CASE CONTINUED TO:** May 7, 2008 at 2:30 p.m. for a pretrial conference and May 19, 2008 at 8:30 a.m. **for** Trial.  Speedy trial exclusion through April 21, 2008 for effective preparation, thereafter clock tolls. Ms. Stier to prepare the order.

**cc:**    chambers