1 | JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

6 | Telephone: (415) 436-7534
FAX: (415) 436-7234

7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07- 0325 - PJH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| DIANA JING JING HOJSAK, a/k/a JING JING LU, | ) | |
| Defendant. | ) | |

The defendant came before the Court for a status hearing on January 23, 2008. The parties agreed, and the Court found, that the time between January 23, 2008 and April 21, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation due to the complex nature of the case. The parties agree that the ends of justice

//

//

1  served by granting the requested continuance outweigh the best interest of the public and the
2  defendants in a speedy trial.
3
4  DATED: January 23, 2008            /s/ Cynthia Stier
                                      CYNTHIA STIER
5                                     Assistant United States Attorney
6
7
8  DATED: January 23, 3008            /s/ Christopher Cannon
                                      CHRISTOPHER CANNON
                                      Sugarman & Cannon
9                                     44 Montgomery Street, Suite 2080
                                      San Francisco, CA 94104
10
11                                    ORDER
12    For the foregoing reasons, and as stated on the record at the January 23, 2008 hearing in this
13  matter, the Court HEREBY ORDERS the period between January 23, 2008 and April 21, 2008,
14  excluded from the speedy trial calculation under Title 18, United States Code, Sections
15  3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested
16  continuance would unreasonably deny defense counsel the reasonable time necessary for
17  effective preparation, given the complexity of this case and the need for continuity of counsel.
18  The Court finds that the ends of justice served by granting the requested continuance outweigh
19  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
20  criminal cases.
21
22  IT IS SO ORDERED.
23
24  DATED:   1/25/08



HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0325 - PJH            2