UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 07-0325-PJH |
| | ) | |
|     Plaintiff, | ) | **EXHIBITS IN SUPPORT OF** |
| | ) | **MOTION FOR RELEASE OF** |
|     v. | ) | **FUNDS** |
| | ) | |
| DIANA JING JING HOJSAK, | ) | |
| a/k/a JING JING LU, | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant DIANA JING JING HOJSAK LU

# Exhibit A

# ALLIANCE TITLE COMPANY

121 Sand Creek Road, Ste. A, Brentwood, CA 94513
Phone: (925) 513-4300　　Fax: (925) 513-4310

## SELLERS CLOSING STATEMENT

### Final

| | |
|---|---|
| Seller: **Diana J. Hojsak** | |

| | |
|---|---|
| Escrow No: | **11477547-505 JSK** |
| Close Date: | **09/07/2006** |
| Proration Date: | |
| Date Prepared: | **09/08/2006** |

Property: **403 Main Street, #415N**
**San Francisco, CA 94105**

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION** | | |
| Total Consideration | | 795,000.00 |
| **RECORDING FEES:** | | |
| Recording Fees to Alliance Title Company | 20.00 | |
| City Transfer Tax to Alliance Title Company | 5,406.00 | |
| **ADDITIONAL CHARGES:** | | |
| Defaulted Property Taxes Due to San Francisco County Tax Colle | 959.28 | |
| Home Warranty to American Home Shield | 330.00 | |
| Natural Hazard Disclosure to JCP Geologist | 65.00 | |
| 3-R Report to Carolyn Adducci | 50.00 | |
| Demand Fee to The Manor Associates, Inc. | 74.00 | |
| Parking to Main & Harrison LLC | 3,912.00 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes　　　　　　From 07/01/06 To 09/07/06 | 1,270.35 | |
| 　　Based on the Semi - Annual amount of $3,464.60 | | |
| HOA Dues　　　　　　From 09/01/06 To 09/07/06 | 90.21 | |
| 　　Based on the Monthly amount of $451.06 | | |
| **COMMISSIONS:** | | |
| Commission | 20,375.00 | |
| 　　$20,375.00　　to Paragon Real Estate Group | | |
| **PAYOFFS:** | | |
| Payoff to Wells Fargo Bank, N.A. | 432,641.73 | |
| 　　$430,312.60　Principal Balance | | |
| 　　　$654.36　Interest From 08/31/2006 to 09/12/2006 | | |
| 　$1,635.77　Interest to 8/31/06 | | |
| 　　　　$9.00　Recording Fees | | |
| 　　　$30.00　Obligation Fee | | |
| Payoff to Betty Roudebush | 192,633.97 | |
| 　$190,000.00　Principal Balance | | |
| 　$2,633.97　Interest From 07/28/2006 to 09/12/2006 | | |
| **ESCROW AND TITLE CHARGES:** | | |
| Delivery/Courier Deliveries to Alliance Title Company | 29.95 | |
| Document Preparation to Alliance Title Company | 75.00 | |
| Sub Totals | 657,932.49 | 795,000.00 |
| Proceeds Due Seller | 137,067.51 | |
| Totals | $795,000.00 | $795,000.00 |

# Exhibit B

# Fidelity National Title Company

2001 Union Street, Suite 590, San Francisco, CA 94123
415 346-2030 • FAX 415 346-0738

**DATE:** January 3, 2008                                                                              **TIME:** 3:52 PM
**ESCROW NO.:** 06-941585-NL
**LOCATE NO.:** CAFNT0938-0938-0006-0000941585
**ESCROW OFFICER:** Nga Losacco                                              **CLOSING DATE:** February 8, 2007

## BORROWER FINAL CLOSING STATEMENT

**LENDER:**        Residential Mortgage Capital
**BORROWER:**    Diana J. Hojsak
**PROPERTY:**    111 Chestnut Street #611, San Francisco, CA 94111

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| New 1st Trust Deed to Residential Mortgage Capital | | 1,000,000.00 |
| | | |
| **TITLE CHARGES:** | | |
| 06-ALTA Loan w/Form 1 - 1992 for $1,000,000.00 | 1,750.00 | |
| Endorsement Fee(s) | 25.00 | |
| Recording Deed | 15.00 | |
| Recording Trust Deed(s) | 78.00 | |
| | | |
| **ESCROW CHARGES:** | | |
| Escrow Fee to Fidelity National Title | 250.00 | |
| Draw Deed Grant Deed | 75.00 | |
| Outside Courier/Special Messenger | 26.47 | |
| Notary Fees | 40.00 | |
| Escrow Fees-AG Settlement Discount 2 credits | | 40.00 |
| Additional Work Charge Email Docs | 75.00 | |
| | | |
| **NEW LOAN CHARGES - Residential Mortgage Capital** | | |
| **Total Loan Charges: $2,507.00** | | |
| Appraisal Fee to Pro Mortgage | 375.00 | |
| Credit Report to Pro Mortgage | 254.25 | |
| lender administration fee to Residential Mortgage Capital | 775.00 | |
| MERS Registration fee to Residential Mortgage Capital | 4.95 | |
| processing fee to Pro Mortgage | 495.00 | |
| yield spread premium paid by lender 12,500.00 POC to Residential Mortgage Capital $12,500.00 POC to Residential Mortgage Capital | | |
| Interest at $27.40 per day from 2/7/2007 to 3/1/2007 to Residential Mortgage Capital | 602.80 | |
| | | |
| **PAYOFFS - Wells Fargo Home Mortgage** | | |
| **Total Payoff $704,763.59** | | |
| Principal Balance to Wells Fargo Home Mortgage | 700,000.00 | |
| Interest to 02/09/2007 | 4,604.73 | |
| Interest on Principal Balance at $119.86 per day from 2/9/2007 thru 2/9/2007 to Wells Fargo Home Mortgage | 119.86 | |
| Forwarding/Demand Fee to Wells Fargo Home Mortgage | 30.00 | |
| Recording Fee to Wells Fargo Home Mortgage | 9.00 | |
| | | |
| **PAYOFFS - Wells Fargo Bank** | | |
| **Total Payoff $150,903.05** | | |
| Principal Balance to Wells Fargo Bank | 150,000.00 | |
| Interest to 02/02/2007 | 550.17 | |
| Interest on Principal Balance at $32.36 per day from 2/2/2007 thru 2/9/2007 to Wells Fargo Bank | 258.88 | |
| Forwarding/Demand Fee to Wells Fargo Bank | 30.00 | |
| Recording Fee to Wells Fargo Bank | 54.00 | |
| FAX Fee to Wells Fargo Bank | 10.00 | |
| | | |
| **MISCELLANEOUS:** | | |
| Wells Fargo of California Insurance Services, Inc. for insurance certificate fee | 25.00 | |
| San Francisco County Tax Collector for 2nd inst 06-07 Lot 272, | 4,777.31 | |

(clsstmtfr)(07-02)

Date:  January 3, 2008
Escrow No.:  06-**941585**-NL
Locate No.:  CAFNT0938-0938-0006-0000941585

Block 60

| | | |
|---|---|---|
| BORROWERS REFUND | $134,729.58 | |
| TOTALS | $1,000,040.00 | $1,000,040.00 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**Exhibit C**

THE ALPHA VALUATION GROUP

File No. S801031S

APPRAISAL OF



LOCATED AT:

111 CHESTNUT STREET
SAN FRANCISCO, CA 94111

FOR:

PROMORTGAGE
101 NELLEN AVENUE #101
CORTE MADERA, CA 94925

BORROWER:

HOJSAK

AS OF:

January 9, 2008

BY:

KEITH J. BALCH

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report
File No. S801031S

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 111 CHESTNUT STREET | Unit # 611 | City SAN FRANCISCO | State CA  Zip Code 94111 |
| Borrower HOJSAK | Owner of Public Record HOJSAK | | County SAN FRANCISCO |

Legal Description PARCEL MAPS 35 PG 99 UNIT 611 LOT 272

| | | |
|---|---|---|
| Assessor's Parcel # 0060-272 | Tax Year 2007 | R.E. Taxes $ 9,554.62 |
| Project Name PARC TELEGRAPH | Phase # | Map Reference 648/A3 | Census Tract 104.00 |

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ 0.00   HOA $ 588.00 [ ] per year [X] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)

Lender/Client PROMORTGAGE   Address 101 NELLEN AVENUE #101, CORTE MADERA, CA 94925

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). LOCAL MLS DATA REVEALS THAT THE SUBJECT WAS NOT OFFERED FOR SALE IN THE LAST TWELVE MONTHS.

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. THE APPRAISAL ASSIGNMENT IS FOR REFINANCING AND THERE IS NO CONTRACT OF SALE INVOLVED.

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.  $ N/A       THIS IS A REFINANCE TRANSACTION AND NO CONCESSIONS ARE NOTED.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | | PRICE $(000) | AGE (yrs) | One-Unit | % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | | 365 Low | 1 | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | | 1,880 High | 25 | Multi-Family | 40 % |
| Neighborhood Boundaries See Attached Addendum. | | | | | | | 800 Pred. | 6 | Commercial | 55 % |
| | | | | | | | | | Other | % |

Neighborhood Description   See Attached Addendum.

Market Conditions (including support for the above conclusions) THE GENERAL REAL ESTATE MARKETPLACE IS STILL APPRECIATING BUT BEGINNING TO STABILIZE.  MULTIPLE OFFERS ARE LESS COMMON IN TODAY'S MARKET.   SUPPLY AND DEMAND ARE CURRENTLY IN BALANCE AND MARKETING TIMES ARE TYPICALLY LESS THAN 60 DAYS.

| | | | |
|---|---|---|---|
| Topography LEVEL | Size RECTANGULAR | Density TYPICAL | View SAN FRANCISCO BAY |
| Specific Zoning Classification C2 | Zoning Description MULTIPLE FAMILY RESIDENTIAL | | |

Zoning Compliance [X] Legal [ ] Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? [X] Yes [ ] No
[ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | [ ] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone NONE   FEMA Map # 060298 / NONE   FEMA Map Date N/A

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No   If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No   If Yes, describe. I HAVE NOT REVIEWED THE LAND RECORD FOR RECORDED EASEMENTS.  NORMAL PUBLIC UTILITY EASEMENTS ARE NOTED.  NO APPARENT EASEMENTS, ENCROACHMENTS AND OTHER APPARENT ADVERSE CONDITIONS ARE NOTED AT THE TIME OF THE APPRAISAL.

Data source(s) for project information   LOCAL MLS, WIN2 DATA, NDC DATA, HOME OWNER ASSOCIATION.

| Project Description [ ] Detached [ ] Row or Townhouse [ ] Garden [ ] Mid-Rise [X] High-Rise [ ] Other (describe) | | | | |
|---|---|---|---|---|
| General Description | General Description | Subject Phase | Project Completed | In Project Incomplete |
| # of Stories 9 | Exterior Walls CONCRETE | # of Units 1 | # of Phases 1 | # of Planned Phases 1 |
| # of Elevators 2 | Roof Surface CONCRETE | # of Units Completed 102 | # of Units 102 | # of Planned Units 102 |
| [X] Existing [ ] Proposed | Total # Parking 102 | # of Units for Sale 0 | # of Units for Sale 0 | # of Units for Sale 0 |
| [ ] Under Construction | Ratio (spaces/units) 1/1 | # of Units Sold 102 | # of Units Sold 102 | # of Units Sold |
| Year Built 1993 | Type GARAGE | # of Units Rented 32 | # of Units Rented 32 | # of Units Rented |
| Effective Age 3 | Guest Parking STREET | # of Owner Occupied Units 70 | # of Owner Occupied Units 70 | # of Owner Occupied Units |

Project Primary Occupancy [X] Principal Residence [ ] Second Home or Recreational [ ] Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [X] No

Management Group [ ] Homeowners' Association [ ] Developer [X] Management Agent – Provide name of management company.   THE JOHN STEWART COMPANY, 1388 SUTTER ST 11TH FLOOR, SAN FRANCISCO 94109  415.345.4400

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? [ ] Yes [X] No   If Yes, describe PER HOME OWNER'S ASSOCIATION

Was the project created by the conversion of an existing building(s) into a condominium? [ ] Yes [X] No   If Yes, describe the original use and the date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? [ ] Yes [ ] No   If No, describe

Is there any commercial space in the project? [X] Yes [ ] No   If Yes, describe and indicate the overall percentage of the commercial space.

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report

File No. S801031S

Describe the condition of the project and quality of construction. **THE COMPLEX IS OF AVERAGE CONDITION WITH AVERAGE QUALITY IF CONSTRUCTION. MARKET APPEAL OF THE COMPLEX IS GOOD.**

Describe the common elements and recreational facilities. **COMMON WALKWAYS, DRIVEWAYS, AND EXTERIOR MAINTENANCE, CLUB ROOM, GYM, SAUNA, SPA/HOT TUB.**

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No  If Yes, describe the rental terms and options. _____

Is the project subject to a ground rent? ☐ Yes ☒ No  If Yes, $ _____ per year (describe terms and conditions) _____

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No  If No, describe and comment on the effect on value and marketability. _____

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed. **NO UNUSUAL CONDITIONS WERE NOTED. CONDOMINIUM DOCUMENTS WERE NOT REVIEWED BY THE APPRAISER, AS THEY WERE NOT PROVIDED TO THE APPRAISER. APPRAISER IS NOT QUALIFIED IN ACCOUNTING ANALYSIS.**

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No  If Yes, report the monthly facility charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low  If High or Low, describe. **HOME OWNER'S ASSOCIATION FEE APPEARS TO BE TYPICAL FOR THE AREA**

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes ☒ No  If Yes, describe and explain the effect on value and marketability.

Unit Charge $ **588.00** per month X 12 = $ **7,056.00** per year  Annual assessment charge per year per square feet of gross living area = $ **5.12**

Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☒ Electricity ☐ Gas ☒ Water ☐ Sewer ☐ Cable ☒ Other (describe)
**EARTHQUAKE INS., SECURITY, EXT BLD MAINT, GROUNDS MAINT, DOOR PERSON**

| GENERAL DESCRIPTION | INTERIOR | materials/condition | AMENITIES | | Appliances | | CAR STORAGE | |
|---|---|---|---|---|---|---|---|---|
| Floor # **6** | Floors **HARDWOOD/AVE** | | Fireplace(s) # | ☐ | ☒ Refrigerator | | ☐ None | |
| # of Levels **1** | Walls **DRYWALL/AVE** | | Woodstove(s) # | ☐ | ☒ Range/Oven | | ☒ Garage ☐ Covered ☐ Open | |
| Heating Type **FAU**  Fuel **GAS** | Trim/Finish **WOOD/AVG** | | Deck/Patio | ☐ | ☒ Disp ☐ Microwave | # of Cars **1** | |
| ☒ Central AC ☐ Individual AC | Bath Wainscot **TILE/AVG** | | Porch/Balcony | ☐ | ☒ Dishwasher | ☐ Assigned ☐ Owned | |
| ☐ Other (describe) | Doors **HOLLOW CORE/AVG** | | Other | ☐ | ☒ Washer/Dryer | Parking Space # | |
| Finished area above grade contains: | | **6** Rooms | **2** Bedrooms | **2** Bath(s) | | **1,377** Square Feet of Gross Living Area Above Grade | | |

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.). **THE SUBJECT IS A 1 STORY SINGLE FAMILY CONDOMINIUM WITH 1 CAR PARKING, AND DOUBLE PANE WINDOWS.**

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). **THE SUBJECT PROPERTY IS A 2 BEDROOM 2 BATH CONDOMINIUM WITH HARDWOOD FLOORS, MARBLE BATHS, GRANITE KITCHEN COUNTERS, FAUX STONE PAINTED WALLS AND VIEWS OF TREASURE ISLAND AND SAN FRANCISCO BAY. NORMAL PHYSICAL DEPRECIATION IS NOTED FOR THE SUBJECTS EFFECTIVE AGE. THERE WERE NO FUNCTIONAL OR EXTERNAL DEPRECIATION FACTORS NOTED. THE SUBJECT IS RATED IN AVERAGE CONDITION.**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe **NO PHYSICAL DEFICIENCIES OR ADVERSE CONDITIONS WERE NOTED IN THE INSPECTION.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe. **THE PROPERTY CONFORMS WELL WITH THE NEIGHBORHOOD. NO FUNCTIONAL OR EXTERNAL DEPRECIATION FACTORS ARE NOTED.**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain **THE SUBJECT AND ALL COMPARABLES HAVE BEEN RESEARCHED FOR PAST SALES, LISTINGS AND TRANSFERS.**

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) **NDCDATA AND LOCAL MULTIPLE LISTING SERVICE**
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) **NDCDATA AND LOCAL MULTIPLE LISTING SERVICE**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDCDATA, LOCAL MLS | NDCDATA, LOCAL MLS | NDCDATA, LOCAL MLS | NDCDATA, LOCAL MLS |
| Effective Date of Data Source(s) | 01/11/2007 | 01/11/2007 | 01/11/2007 | 01/11/2007 |

Analysis of prior sale or transfer history of the subject property and comparable sales **THE SUBJECT AND ALL COMPARABLES HAVE BEEN ANALYZED FOR PAST SALES, LISTINGS AND TRANSFERS. THE SUBJECT HAS NOT BEEN SOLD OR TRANSFERRED IN THE PAST 36 MONTHS. THE COMPARABLE SALES HAVE NOT BEEN SOLD OR TRANSFERRED IN THE LAST 12 MONTHS. NONE OF THE PROPERTIES SHOW OTHER THAN PROPER ARMS LENGTH TRANSACTIONS.**

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report    File No. S801031S

| | | | | |
|---|---|---|---|---|
| There are **11** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 983,000 to $ 1,409,000 | | | | |
| There are **14** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 888,000 to $ 1,425,000 | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 111 CHESTNUT STREET 611 | 200 BRANNAN ST 507 | | 733 FRONT ST 305 | | 555 4TH ST 831 | |
| Project Name and Phase | PARC TELEGRAPH | NONE NOTED | | NONE NOTED | | THE PALMS | |
| Proximity to Subject | | 1.69 miles SSE | | 0.56 miles SE | | 1.85 miles SSE | |
| Sale Price | $ N/A | | $ 1,350,000 | | $ 1,400,000 | | $ 1,320,000 |
| Sale Price/Gross Liv. Area | 0.00 sq. ft. | $ 1,033.69 sq. ft. | | $ 1,095.46 sq. ft. | | $ 859.93 sq. ft. | |
| Data Source(s) | | MLS# 328121 | | MLS# 329252 | | MLS# 332849 | |
| Verification Source(s) | INSPECTION | NDCDATA / DOC# I48900736 | | AGENT | | NDCDATA / DOC# I47400098 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Date of Sale/Time | N/A | 11/15/2007 | | 10/26/2007 | | 10/19/2007 | |
| Location | URBAN | URBAN | | URBAN | | URBAN | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $588.00 | $553.51 | | $803.51 | | $502.84 | |
| Common Elements and Rec. Facilities | COMMON AREA CLUB, GYM, SAU | SIMILAR | | SIMILAR | | SIMILAR | |
| Floor Location | 6 | 5 | | 3 | | 8 | |
| View | SF BAY | SF BAY | | SF BAY | | DOWNTOWN | |
| Design (Style) | CONDO/AVG | CONDO/AVG | | CONDO/AVG | | CONDO/AVG | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 13+/- YEARS | 4+/- YEARS | | 1+/- YEARS | | 2+/- YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 2 / 2 | 5 / 2 / 2 | | 6 / 2 / 2 | | 5 / 2 / 2.5 | -3,000 |
| Gross Living Area | 50.00 sq. ft. 1,377 | 1,306 sq. ft. | 0 | 1,278 sq. ft. | 0 | 1,535 sq. ft. | -8,000 |
| Basement & Finished Rooms Below Grade | NONE NONE | NONE NONE | | NONE NONE | | 0.0000 NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | FAU/CENTRAL | | FAU/CENTRAL | |
| Energy Efficient Items | DBL PN WIN | DBL PN WIN | | DBL PN WIN | | DBL PN WIN | |
| Garage/Carport | 1 CAR/GARAGE | 2 CAR/GARAGE | -10,000 | NONE | | 1 CAR/GARAGE | |
| Porch/Patio/Deck | NONE | NONE | | NONE | | NONE | |
| FIREPLACE | NONE | 1 FIREPLACE | -5,000 | NONE | | NONE NOTED | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 15,000 | ☒ + ☐ - $ | 0 | ☐ + ☒ - $ | 11,000 |
| Adjusted Sale Price of Comparables | | Net Adj. -1.1% Gross Adj. 1.1% $ | 1,335,000 | Net Adj. 0.0% Gross Adj. 0.0% $ | 1,400,000 | Net Adj. -0.8% Gross Adj. 0.8% $ | 1,309,000 |

Summary of Sales Comparison Approach  See Attached Addendum.

Indicated Value by Sales Comparison Approach $  1,350,000

INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  N/A  X Gross Rent Multiplier  N/A  = $  N/A  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)  THE INCOME APPROACH IS DEEMED NOT APPLICABLE AS THE MAJORITY OF PROPERTIES ARE OWNER OCCUPIED.

Indicated Value by:  Sales Comparison Approach $ 1,350,000    Income Approach (if developed) $ N/A

ALL CONSIDERATION IS GIVEN TO THE SALES COMPARISON ANALYSIS.  THE INCOME APPROACH IS DEEMED NOT APPLICABLE AS THE MAJORITY OF PROPERTIES ARE OWNER OCCUPIED.  THE COST APPROACH WAS CONSIDERED AND DEEMED NOT APPLICABLE.

This appraisal is made  ☒ "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  See Attached Addendum.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  1,350,000
as of  January 9, 2008 , which is the date of inspection and the effective date of this appraisal.

The Alpha Valuation Group

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report     File No. S801031S

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report    File No. S801031S

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report          File No. S801031S

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *KBalch* | Signature _____ |
| Name KEITH J. BALCH | Name _____ |
| Company Name THE ALPHA VALUATION GROUP | Company Name _____ |
| Company Address 1165 PARK AVENUE | Company Address _____ |
| SAN JOSE, CA 95126 | |
| Telephone Number 408.278.8700 | Telephone Number _____ |
| Email Address KEITH@ALPHAVALUATION.COM | Email Address _____ |
| Date of Signature and Report 01/14/2008 | Date of Signature _____ |
| Effective Date of Appraisal January 9, 2008 | State Certification # _____ |
| State Certification # AR005462 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State CA | |
| Expiration Date of Certification or License 3/14/2009 | |

ADDRESS OF PROPERTY APPRAISED
111 CHESTNUT STREET                    Unit # 611
SAN FRANCISCO, CA  94111

APPRAISED VALUE OF SUBJECT PROPERTY $      1,350,000

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

LENDER/CLIENT
Name _____
Company Name PROMORTGAGE
Company Address 101 NELLEN AVENUE #101
CORTE MADERA, CA 94925
Email Address _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

The Alpha Valuation Group

THE ALPHA VALUATION GROUP

## Individual Condominium Unit Appraisal Report    File No. S801031S

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 111 CHESTNUT STREET 611 | 150 LOMBARD ST 50 | | | | | |
| Project Name and Phase | PARC TELEGRAPH | THE TOWERS | | | | | |
| Proximity to Subject | | 0.09 miles SE | | | | | |
| Sale Price | $ N/A | $ 1,025,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 757.58 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS# 329078 | | | | | |
| Verification Source(s) | INSPECTION | NDCDATA / DOC# I44900760 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A | NONE NOTED | | | | | |
| Date of Sale/Time | N/A | 9/7/2007 | | | | | |
| Location | URBAN | URBAN | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| HOA Mo. Assessment | $588.00 | $976.71 | | | | | |
| Common Elements and Rec. Facilities | COMMON AREA CLUB, GYM, SAU | SIMILAR | | | | | |
| Floor Location | 6 | 1 | | | | | |
| View | SF BAY | NEIGHBORHD | 300,000 | | | | |
| Design (Style) | CONDO/AVG | CONDO/AVG | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Actual Age | 13+/-YEARS | 33+/-YEARS | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6   2      2 | 5   2      2 | | | | | |
| Gross Living Area | 50.00   1,377 sq. ft. | 1,353 sq. ft. | 0 | sq. ft. | | sq. ft. | |
| Basement & Finished | NONE | NONE | | | | | |
| Rooms Below Grade | NONE | NONE | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | FAU/CENTRAL | FAU/CENTRAL | | | | | |
| Energy Efficient Items | DBL PN WIN | DBL PANE WIN | | | | | |
| Garage/Carport | 1 CAR/GARAGE | 1 CAR/GARAGE | | | | | |
| Porch/Patio/Deck | NONE | DECK | -15,000 | | | | |
| FIREPLACE | NONE | 1 FIREPLACE | -5,000 | | | | |
| Net Adjustment (Total) | | [X] +   [ ] - | $ 280,000 | [X] +   [ ] - | $ 0 | [X] +   [ ] - | $ 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 27.3% Gross Adj. 31.2% $ | 1,305,000 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | NONE NOTED | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDCDATA, LOCAL MLS | NDCDATA, LOCAL MLS | | |
| Effective Date of Data Source(s) | 01/11/2007 | 01/11/2007 | | |

Summary of Sales Comparison Approach

**ADDENDUM**

| | |
|---|---|
| Borrower: HOJSAK | File No.: S801031S |
| Property Address: 111 CHESTNUT STREET | Case No.: |
| City: SAN FRANCISCO | State: CA     Zip: 94111 |
| Lender: PROMORTGAGE | |

**Digital Application**

FOR THE PURPOSE OF ELECTRONIC DATA INTERCHANGE (EDI), THIS REPORT MAY CONTAIN DIGITALLY PRODUCED SIGNATURES AND / OR PHOTOGRAPHS, WHICH ARE APPROVED BY FNMA, GNMA, FHA AND HUD. THE POLAROID DIGITAL SOLUTIONS APPRAISAL SOFTWARE PROGRAM ALLOWS AN APPRAISER TO ATTACH A DIGITALLY REPRODUCED SIGNATURE BY ENTERING A PASSWORD KNOWN ONLY TO THE SIGNING APPRAISER(S). THIS REPORT MAY ALSO CONTAIN DIGITAL PHOTOGRAPHS. THE PHOTOGRAPHS HAVE NOT BEEN ALTERED OR ENHANCED IN ANY WAY THAT WOULD MISREPRESENT THE PROPERTY DETAILS OR MISLEAD THE INTENDED USER OF THIS REPORT.

**Neighborhood Boundaries**

THE NEIGHBORHOOD  BOUNDARIES ARE: SAN FRANCISCO BAY ALONG THE EMBARCADERO FROM COLUMBUS TO1ST ST AND INLAND APPROXIMATELY 3 BLOCKS INCLUDING THE AREAS KNOWN AS THE NORTH WATERFRONT AND SOUTH BEACH.

**Neighborhood Description**

THE NEIGHBORHOOD CONSISTS OF BOTH RESIDENTIAL AND COMMERCIAL COMMERCIAL SPACE AND ALL THE AMENITIES CONNECTED TO THE SAN FRANCISCO BAY WATERFRONT.  THE NEIGHBORHOOD INCLUDES  MAJOR EMPLOYMENT CENTERS.  EMPLOYMENT APPEARS TO BE STABLE.  THE AREA HAS GREAT APPEAL AND GOOD MARKETABILITY FOR REAL ESTATE FOR ITS WARM CLIMATE AND PROXIMITY TO MAJOR EMPLOYMENT CENTERS.  PUBLIC TRANSPORTATION IS READILY ACCESSIBLE.

**Comments on Sales Comparison**

THE SUBJECT AND ALL THE COMPARABLES ARE SIMILAR RESIDENTIAL LUXURY CONDOMINIUM HOMES WITH SAME NUMBERS OF BATHROOMS AND WITH SIMILAR GROSS LIVING AREAS WITH SIMILAR VIEWS OF SAN FRANCISCO BAY.  BECAUSE THE NEIGHBORHOOD STRETCHES  ALONG THE SAN FRANCISCO BAY WATERFRONT, THE NORMALLY PRESCRIBED  1 MILE PROXIMITY HAS BEEN EXTENDED.  DIFFERENCES IN THE GROSS LIVING AREAS ARE ADJUSTED AT $50 PER SQUARE FOOT.  EQUAL WEIGHT IS GIVEN TO ALL THE COMPARABLES. COMPARABLE #1 IS A SLIGHTLY SMALLER HOME ADJUSTED FOR A FIREPLACE AND MORE PARKING.COMPARABLE #2 IS A NEWLY CONSTRUCTED HOME  OF SIMILAR SIZE.  COMPARABLE #3 IS A LARGER HOME ADJUSTED FOR MORE LIVING AREA AND MORE BATHS.  COMPARABLE #4 IS A  HOME ADJUSTED FOR NO VIEW, A FIREPLACE  AND A DECK.

THE SUBJECT PROJECT WAS SEARCHED FOR APPROPRIATE COMPARABLES.  THE LAST UNIT SOLD WAS #510, A 710 SQ FT HOME THAT SOLD 8/6/07 FOR  $626000 (MLS # 3263220) ON AN INFERIOR FLOOR.  THE LAST UNIT SOLD OF COMPARABLE SIZE TO THE SUBJECT PROPERTY WAS #201, WHICH SOLD 10/03/2006 FOR $939,000 (MLS #31551), ALSO ON A FLOOR INFERIOR TO THAT OF THE SUBJECT.

**Conditions of Appraisal**

NO ADVERSE CONDITIONS NOTED AT THE TIME OF INSPECTION.  THIS REPORT IS INTENDED FOR USE BY THE LENDER / CLIENT IN A MORTGAGE FINANCE TRANSACTION ONLY, AND IS NOT INTENDED FOR ANY OTHER USE. THIS IS A SUMMARY REPORT.

FLOORPLAN

| | |
|---|---|
| Borrower: HOJSAK | File No.: S801031S |
| Property Address: 111 CHESTNUT STREET | Case No.: |
| City: SAN FRANCISCO    State: CA | Zip: 94111 |
| Lender: PROMORTGAGE | |



Comments:

Sketch by Apex™

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1378.0 | 1378.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 1378 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 0.5 x | 2.0 x 4.0 | 4.0 |
| | 14.0 x 18.0 | 252.0 |
| | 4.0 x 6.0 | 24.0 |
| 0.5 x | 2.0 x 2.0 | 2.0 |
| | 1.0 x 26.0 | 26.0 |
| 0.5 x | 3.0 x 1.0 | 1.5 |
| | 1.0 x 23.0 | 23.0 |
| | 1.0 x 21.0 | 21.0 |
| 0.5 x | 3.0 x 3.0 | 4.5 |
| | 13.0 x 21.0 | 273.0 |
| | 24.0 x 27.0 | 648.0 |
| | 9.0 x 11.0 | 99.0 |
| 12 Items | (Rounded) | 1378 |

PLAT MAP

| Borrower: HOJSAK | | File No.: S801031S | |
| --- | --- | --- | --- |
| Property Address: 111 CHESTNUT STREET | | Case No.: | |
| City: SAN FRANCISCO | State: CA | | Zip: 94111 |
| Lender: PROMORTGAGE | | | |



LOCATION MAP

| Borrower: HOJSAK | | File No.:  S801031S | |
| Property Address: 111 CHESTNUT STREET | | Case No.: | |
| City: SAN FRANCISCO | State: CA | | Zip: 94111 |
| Lender: PROMORTGAGE | | | |



SUBJECT PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: HOJSAK | File No.: S801031S | |
| Property Address: 111 CHESTNUT STREET | Case No.: | |
| City: SAN FRANCISCO | State: CA | Zip: 94111 |
| Lender: PROMORTGAGE | | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: January 9, 2008
Appraised Value: $ 1,350,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

SUBJECT PHOTO ADDENDUM

| Borrower: HOJSAK | | File No.: S801031S | |
| Property Address: 111 CHESTNUT STREET | | Case No.: | |
| City: SAN FRANCISCO | State: CA | | Zip: 94111 |
| Lender: PROMORTGAGE | | | |



SUBJECT
LIVING ROOM



SUBJECT
KITCHEN



SUBJECT
DINNING ROOM

SUBJECT PHOTO ADDENDUM

| Borrower: HOJSAK | File No.: S801031S | |
|---|---|---|
| Property Address: 111 CHESTNUT STREET | Case No.: | |
| City: SAN FRANCISCO | State: CA | Zip: 94111 |
| Lender: PROMORTGAGE | | |



SUBJECT
BEDROOM



SUBJECT
BATH



SUBJECT
SITTING ROOM

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: HOJSAK | File No.: S801031S |
| Property Address: 111 CHESTNUT STREET | Case No.: |
| City: SAN FRANCISCO | State: CA    Zip: 94111 |
| Lender: PROMORTGAGE | |



SUBJECT
BATH



SUBJECT
BEDROOM / OFFICE



SUBJECT
VIEW

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: HOJSAK | File No.: S801031S | |
| Property Address: 111 CHESTNUT STREET | Case No.: | |
| City: SAN FRANCISCO | State: CA | Zip: 94111 |
| Lender: PROMORTGAGE | | |



**COMPARABLE SALE #1**

200 BRANNAN ST

Sale Date: 11/15/2007
Sale Price: $ 1,350,000



**COMPARABLE SALE #2**

733 FRONT ST

Sale Date: 10/26/2007
Sale Price: $ 1,400,000



**COMPARABLE SALE #3**

555 4TH ST

Sale Date: 10/19/2007
Sale Price: $ 1,320,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: HOJSAK | File No.: | S801031S |
| Property Address: 111 CHESTNUT STREET | Case No.: | |
| City: SAN FRANCISCO | State: CA | Zip: 94111 |
| Lender: PROMORTGAGE | | |



COMPARABLE SALE #4

150 LOMBARD ST

Sale Date: 9/7/2007
Sale Price: $ 1,025,000



COMPARABLE SALE #5

Sale Date:
Sale Price: $

COMPARABLE SALE #6

Sale Date:
Sale Price: $

# Exhibit D
## (filed under seal)

**Exhibit E**
**(filed under seal)**

# Exhibit F
## (filed under seal)