IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**USA,**

        Plaintiff(s),

    v.

**Diana Jing Jing Hojsak,**

        Defendant(s),
                                 /

No. CR07-0325 PJH (BZ)

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** Defendant's Motion for Release of Funds is set for **Wednesday**, **March 12, 2008** at **1:30 p.m.** before Magistrate Judge Bernard Zimmerman.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 27, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
     Lashanda Scott
     Courtroom Deputy