```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>     v. )<br>)<br>DIANA LU )<br>a/k/a Diana Jing Jing Hojsak, )<br>a/k/a Jing Jing Lu, )<br>a/k/a Diana Hojsak, )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-0325-PJH<br><br>**DECLARATION OF ANDREA BISHOP IN SUPPORT OF UNITED STATES' MOTION TO DEPOSE A FOREIGN WITNESS** |

**DECLARATION OF ANDREA BISHOP**

I, Andrea Bishop, do hereby declare as follows:

1.   I am a Special Agent with the Criminal Investigation Division of the Internal Revenue Service. My post of duty is San Francisco, California. As a Special Agent, I investigate tax crimes. In the course of my duties, I was assigned to investigate the tax returns of the Defendant for the tax years 2000 and 2001.

2.   On Monday, April 14, 2008 at approximately 4:30 PST, Internal Revenue Service Criminal Investigation (IRS-CI) Special Agents Bryan Wong and Andrea Bishop spoke with Michael O'Neil, Ivan Barba, and Anjanna Satchi of the Australian Taxing Office (ATO) via conference call placed from the IRS-CI conference room. During this conference call Ivan Barba

provided the following information:

    3.    On April 10, 2008 Ivan Barba of the SNC Special Task Force met with Michael Jon Yell (Yell), pursuant to a previously made appointment. At the beginning of the interview Mr. Barba informed Mr. Yell that he was free to leave at any time. During the interview Yell provided in substance the following information:

    a.    In the 1990's Diana Lu (Lu)[1] asked Yell to help her invest money. Lu gave Yell the money to invest. All the investments were made in the name of Lu. The investment funds were lost and Yell felt morally obligated to re-pay her. The investments lost by him on Lu's behalf were in the millions of dollars.

    b.    Lu asked Yell's permission to use a bank account of his. Lu signed a signature card and was give signatory authority on Yell's Hong Kong Shanghai Bank Company (HSBC) account. Yell had opened this account in the early 1990's by depositing $500 (U.S.). The only other funds deposited/withdrawn from this account were Lu's. These deposits/withdrawals were initiated by Lu. Lu told Yell that she wanted access to his account because she was going through a divorce and wanted to hide funds from her ex-husband. The first time Yell was aware of any deposits/withdrawals from his HSBC account was when Yell received e-mail correspondence from Chris Cannon. All of the HSBC account activity was Lu's.

    c.    A 2006 HSBC bank statement showed only $5,000 left in his account. The bank statement Yell displayed to the ATO, showed that bank statements were mailed to an address in China.

---

[1] Yell referred to Diana Hojsak as Diana Lu. Diana Hojsak is also known as Diana Lu and Jing Jing Lu. For consistency and ease of reading throughout the declaration I have referred to Diana Hojsak as Diana Lu.

Bishop Declaration in
Support of Motion to Depose
Michael Yell, US v. Hojsak,
07-0325-PJH    2

      d.    Yell indicated hat he is not making a declaration/deposition but if he were to he would make the following statements: (1) He provided some assistance to Lu; (2) He did not receive a loan from Lu; (3) the funds invested by him came from Lu and were held in her name; and (4) the funds transferred in and out of his HSBC account were initiated by Lu.

4.    I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 17, 2008.

                                              /s/ Andrea Bishop  
                                              ANDREA BISHOP