```
 1  JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone: (415) 436-7000

 7  Attorneys for United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA LU<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Hojsak,<br><br>Defendant. | No. CR-07-0325-PJH<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON UNITED STATES' MOTION TO MODIFY COURT'S ORDER TO DEPOSE MICHAEL JON YELL and [PROPOSED] ORDER**<br><br>Date: April 30, 2008<br>Time: 1:30 p.m. |

The parties agree, subject to the Court's approval, as follows:

1. On April 18, 2008, the United States filed a Motion to Modify Court's Order to Depose Michael Jon Yell noticing the hearing thereon for May 21, 2008.

2. The United States and Defendant agree to shorten the time for hearing on the motion so that it may be heard on April 30, 2008 at 1:30 p.m.

///
///
///
///
///

3. Defendant Hojsak has a previously scheduled meeting on April 30, 2008, and the parties agree to waiver her appearance at that hearing.

IT IS SO STIPULATED:

                                              JOSEPH RUSSONIELLO
                                              United States Attorney

DATED: April 18, 2008                  /s/ Cynthia Stier
                                              CYNTHIA L.STIER
                                              Assistant United States Attorney
                                              Attorneys for the United States

DATED: April 18, 2008                  /s/ Christopher Cannon
                                              CHRISTOPHER CANNON
                                              Counsel for Defendant

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

That the hearing on the Motion of the United States to Modify the Court's Order to Depose Michael Jon Yell, currently scheduled for May 21, 2008, at 1:30 p.m. is rescheduled to April 30, 2008, at 1:30 p.m. Defendant's appearance at the hearing is waived.

Dated:                                                         _____
                                                        HONORABLE PHYLLIS J. HAMILTON
                                                        UNITED STATES DISTRICT JUDGE