JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA LU<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Hojsak,<br><br>    Defendant. | No. CR-07-0325-PJH<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON UNITED STATES' MOTION TO MODIFY COURT'S ORDER TO DEPOSE MICHAEL JON YELL and [PROPOSED] ORDER**<br><br>Date: April 30, 2008<br>Time: 1:30 p.m. |

The parties agree, subject to the Court's approval, as follows:

   1.  On April 18, 2008, the United States filed a Motion to Modify Court's Order to Depose Michael Jon Yell noticing the hearing thereon for May 21, 2008.

   2.  The United States and Defendant agree to shorten the time for hearing on the motion so that it may be heard on April 30, 2008 at 1:30 p.m.

///

///

///

///

///

3. Defendant Hojsak has a previously scheduled meeting on April 30, 2008, and the parties agree to waiver her appearance at that hearing.

IT IS SO STIPULATED:

                                  JOSEPH RUSSONIELLO
                                  United States Attorney

DATED: April 18, 2008          /s/ Cynthia Stier
                                  CYNTHIA L. STIER
                                  Assistant United States Attorney
                                  Attorneys for the United States

DATED: April 18, 2008          /s/ Christopher Cannon
                                  CHRISTOPHER CANNON
                                  Counsel for Defendant

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

That the hearing on the Motion of the United States to Modify the Court's Order to Depose Michael Jon Yell, currently scheduled for May 21, 2008, at 1:30 p.m. is rescheduled to April 30, 2008, at 1:30 p.m. Defendant's appearance at the hearing is waived.

Dated:    April 21, 2008
                                    HONORABLE PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE