```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for United States
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-07-0325-PJH |
|           Plaintiff,             ) | |
|                                  ) | **UNITED STATES' REPLY TO** |
|           v.                     ) | **DEFENDANT'S [REPLY] TO MOTION** |
|                                  ) | **TO MODIFY COURT'S ORDER TO** |
| DIANA LU                         ) | **DEPOSE MICHAEL JON YELL** |
| a/k/a Diana Jing Jing Hojsak,    ) | |
| a/k/a Jing Jing Lu,              ) | |
| a/k/a Diana Hojsak,              ) | Date: April 30, 2008 |
|                                  ) | Time: 1:30 p.m. |
|           Defendant.             ) | |

### INTRODUCTION

In Reply to Government's Motion to Modify Court's Order to Depose Michael Jon Yell, Defendant, Diana Hojsak (hereinafter, "Hojsak") contends that she is unable to either join or oppose the motion prior to reviewing documents obtained from the Australian Taxing Authorities. The Australian authorities authorized disclosure of those documents yesterday, April 23, 2008, and a copy of the File Note from the April 11, 2008 Interview of Michael Yell is attached to the Declaration of Cynthia Stier, submitted as Exhibit A hereto.[1]

Hojsak previously moved this Court to depose Michael Yell, an Australian citizen, pursuant to Rule 15 of the Fed.R.Crim.P. on the grounds that he could provide exculpatory evidence. In

---

[1] There are additional documents, including Australian tax returns, that are not disclosed. The United States is willing to produce those documents to the Court for review.

1  support of that motion Hojsak submitted Yell's Declaration in which Yell testifies that Hojsak
2  owed him for consulting services and he in turn owed her for a loan of several million dollars.
3  The Court's Order required Yell to produce documents at his deposition relevant to the testimony
4  set forth in his Declaration.
5      Defense counsel agreed to provide the Court's Order specifying the documents to be
6  produced to Yell however, it was made clear that the government would not obtain the requested
7  documents.  See Stier Declaration.  The United States thereafter requested the assistance of the
8  Australian authorities pursuant to Article 25 of the Double Tax Convention between Australia
9  and the United States, S. Treaty Doc. No. 107-20, 2001 WL 34047726 (Treaty), to obtain the
10 documents described in the Rule 15 Order.[2]
11     In connection with this request, Yell met with Australian authorities on April 11, 2008 and
12 informed them that the facts set forth in his Declaration were not accurate.  See Interview Notes,
13 attached to the Stier Declaration.
14     At a conference call yesterday evening with the Australian Taxing Office, the following plan
15 of action was proposed:
16     First, Australian authorities would contact Yell to schedule his voluntary deposition by
17 videoconference in Australia as soon as possible. Defense counsel and counsel for the United
18 States could attend by video and the deposition would be recorded by videotape and stenographic
19 means as authorized by Fed.R.Civ.P. 30(b)(2).
20     Second, Yell could voluntarily submit to a deposition in Australia which counsel would
21 personally attend.  That deposition would also be recorded by videotape and stenographic means

---

[2]Article 25, Exchange of Information, states:

The competent authorities shall exchange such information as is necessary for carrying out the provisions of this Convention or for the prevention of fraud or for the administration of statutory provisions concerning taxes to which this Convention applies provided the information is of a class that can be obtained under the Laws and administrative practices of each Contracting State with respect to its own taxes.

US Reply to Defendant's
[Reply] to Motion to Modify Court's
Order to Depose Michael Jon
Yell, US v. Hojsak, CR 070325-PJH            2

as authorized by Fed.R.Civ.P. 30(b)(2).

Third, in the event that Yell will not voluntarily appear, a deposition could be requested by Fed.R.Civ.P. 28(b) which addresses the taking of a deposition in a foreign country.

The United States anticipates additional information about Yell's response to these proposals by the hearing on this matter scheduled for April 30, 2008. Counsel for the United States will supplement this reply in the event that more information is obtained prior to the hearing.

DATED: April 24, 2008.            /s/ Cynthia Stier
                                  CYNTHIA STIER
                                  Assistant United States Attorney