```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>   v. )<br>)<br>DIANA LU )<br>a/k/a Diana Jing Jing Hojsak, )<br>a/k/a Jing Jing Lu, )<br>a/k/a Diana Hojsak, )<br>)<br>  Defendant. )<br>_____) | No. CR-07-0325-PJH<br><br>**UNITED STATES' APPLICATION FOR LEAVE TO FILE PRE-TRIAL MATERIALS LATE AND** and **[PROPOSED] ORDER** |

**INTRODUCTION**

Plaintiff, United States of America, files this application to file its Pre-Trial Materials, including Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, and proposed Voir Dire, beyond the date set by the Court in its Order For Pretrial Preparation for Criminal Jury Trial. As grounds for this request, the United States submits the following:

<u>Reason for the Requested Application</u>

This criminal matter is scheduled for pretrial conference on May 7, 2008. By Order for Pretrial Preparation for Criminal Jury Trial, this Court ordered pretrial materials to be filed ten days prior to the May 7, 2008 pretrial conference. Accordingly, the pretrial materials were due to be filed by April 23, 2008. Counsel for the United States offers its apologies to this Court as it overlooked that provision of the Order. Accordingly, the United States requests leave of Court to

file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire, on April 24, 2008.   The United States also requests additional time to prepare stipulations concerning authenticity of bank records and business records.  Counsel for the United States was unable to reach defense counsel today and anticipates discussing additional pretrial matters with defense counsel by April 30, 2008.

## CONCLUSION

For the reasons stated above, the United States requests leave to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire, on April 24, 2008. The United States also requests additional time to prepare stipulations concerning authenticity of bank records and business records on or before April 30, 2008.

DATED: April 24, 2008.         /s/ Cynthia Stier
                               CYNTHIA STIER
                               Assistant United States Attorney

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS grants the application by the United States to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire on April 24, 2008.

IT IS SO ORDERED.

DATED:                         _____
                               PHYLLIS J. HAMILTON
                               United States District Judge

*U.S. v. Hojsak*,
US Application for
Leave to File Pretrial
Materials Late and [proposed]
Order, Case No. CR-07-0325-PJH