JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>　　　　Defendant. | No. CR 07- 0325 - PJH<br><br>**JOINT VOIR DIRE QUESTIONS**<br>**PROPOSED BY THE UNITED STATES** |

**PROPOSED VOIR DIRE QUESTIONS**

　　The United States respectfully submits that the Court should ask the following questions in voir dire of the venire.

### I. Statement Of The Case

　　This is a criminal case in which the defendant, Diana Hojsak, a/k/a Diana Lu, a/k/a Diana Jing Jing Hojsak, a/k/a Jing Jing Lu, is charged with two counts of evading income taxes on her 2000 and 2001 federal income tax returns and two counts of filing false federal income tax returns for her corporation, Allied Telecom International, Inc. ("ATI") for the 2000

and 2001 tax years. The United States alleges that Hojsak failed to include commission payments as gross receipts on ATI's federal income tax returns for 2000 and 2001 and also failed to report the same commission payments as income on her personal 2000 and 2001 federal income tax returns for these same years.

## II. General Background

1. Where do you live?
    a. How long have you lived there?
2. Are you employed?
    a. If so, where?
    b. How long have you worked there?
    c. Do you work part time or full time?
    d. What is the scope of your duties?
3. What is your educational background?
4. Who are the adult members of your family?
    a. What are their occupations?
5. Do you have any children?
    a. What are their ages and occupations?
6. Are you familiar with any of the facts concerning the allegations, as far as you now know them, set forth in this information?
    a. If so, please describe what you know about this case?
    b. Do you feel that what you do know would influence your decision one way or the other?
7. The following is a list of names of individuals who may be mentioned or called as a witness in the course of trial:

Michael Yell

Walter J. Hojsak

Margaret Lucke

John Cain

1    Changkun Yan

2    Bin Zhang

3    Hong Teng

4    Yifan Zhang

5    Tim Mathers

6    Martin Fineman

7    Nick Connors

8    Mary E. So

9    Ivano Barba

If you personally, or any member of your immediate family, know or have any connection (personal, business, or social) with any of these individuals, or have heard of any them, please briefly explain how you, or a member of your family, know, are connected with, or heard of the individual/s listed.

### III. Knowledge of Defendant

1. Do you know or have you heard of the defendant, Diana Hojsak, a/k/a Diana Lu, a/k/a Diana Jing Jing Hojsak, a/k/a Jing Jing Lu? I will hereafter refer to the Defendant as Diana Hojsak.

    a. If you know her, how long have you known her and in what capacity?

    b. If you have heard of her, what have you heard?

2. Have you, your family members or close friends ever worked at, visited, or had any other type of interaction with the following companies?

    a. Allied Telecom International ("ATI)

    b. Yangtze Optical Fibre and Cable Co., Ltd. ("YOFC")

    c. International Global Image ("IGI")

    i) If so, please describe the interaction and experience with each company.

3. Do you know the defendant's attorney, Christopher Cannon?

4.       Have you heard, read of seen any publicity about this case or the defendant through the press, books, radio or television or otherwise?  If so, from anything you have heard, seen or read, have you formed an opinion on the merits of the case.  (If yes, please inquire at sidebar regarding the nature of the opinion and whether the prospective juror can set aside his or her opinion.)

5.       A defendant is presumed innocent of the charges against her.  That means that she is innocent until unless the jury unanimously determines, after deliberations, that the government has proved his guilt beyond a reasonable doubt.  Would you have any difficulty applying the presumption of innocence?

6.       Do you believe that  because somebody is charged by the federal government with committing crimes that that person must have done something wrong?

7.       Diana Hojsak has been the president of several companies.  Can you be fair to somebody described as a company president?  Do you have any negative feelings based on the fact the Diana Hojsak was president of several companies?

### IV.  Knowledge of Law Enforcement Personnel

1.       Have you ever been associate with or had any kind of experience with the United States Attorney's Office?

   a.       If so, please describe that association or experience.

2.   Do you know people who have had such associations or experiences?

   a.       If so, what have they told you about their associations or experiences?

3.   Do you know Special Agent Bryan Wong, Andrea Bishop, *Service Center Representative* or Nick Connors of the Internal Revenue Service?

4. Do you know the attorney for the government, Cynthia Stier, or any other person employed by the U.S. Attorney's Office?

5. Have you or anyone close to you ever been employed or associated with any law enforcement agency?

    a. If yes, please describe.

6. Do you regularly have contact with any law enforcement officers in the normal course of your life?

    a. If yes, please describe.

7. Do you think that the testimony of a law enforcement officer or Internal Revenue Service employee should be given more weight than that of another witness?

    a. If yes, please explain.

### V. Prior Association with the Judicial System

1. Have you ever served as a juror in a civil or criminal case?

    a. If so, when and where?

    b. On what kind of case?

    c. Did the jury reach a verdict in that case?

    d. Would anything about your previous jury duty influence you in arriving at a verdict in this case?

2. Have you ever testified in a criminal case?

    a. If so, did you testify for the prosecution or for the defense?

    b. What kind of case was it?

3. Have you ever been charged with a criminal offense, other than minor traffic violations?

    a. If so, under what circumstances?

4. Have you or any of your relatives or friends had any experience with any law enforcement officer or agency which could in any way make it difficult for you to be completely fair and impartial in weighing the evidence in this case?

    a. If so, what was that experience?

5. Do you belong to or support any organization concerned with the judicial system, criminal laws, or the criminal justice system?

6. Do you feel that the justice generally treats people fairly?

7. Do you think that the justice system makes it too hard for prosecutors and law enforcement to get convictions?

VI. Experience with the Internal Revenue Service

1. Have you, any member of your family or close friends ever been employed by the Internal Revenue Service or the United States Government ?

    a. If so, please describe the circumstances and position of employment.

2. Have you, any member of your family or close friends ever been audited by the Internal Revenue Service?

    a. If so, did that audit result in any collection action?

3. Have you, any member of your family or close friends ever been the subject of an Internal Revenue Service investigation or other investigation conducted by the government?

*US v. Hojsak*,
US proposed Voir Dire,
No. CR-07-0325-PJH

6

      a.      If so, please describe the nature of the investigation and its outcome (at sidebar).

    4.      Have you, any member of your family or close friends ever been the subject of an Internal Revenue Service wage levy or lien to collect unpaid taxes?

    5.      Have you, any member of your family or close friends ever had a dispute with the Internal Revenue Service?

    6.      To jurors who responded affirmatively to questions 1, 2, 3, or 4:

      a.      how long ago?

      b.      was the matter resolved to your satisfaction?

      c.      were you treated fairly by the government employees involved?

      d.      were you treated courteously by government employees?

      e.      as a result of that experience, do you hold any resentment toward the government, the IRS or any particular employee or employees of the government?

    7.      To jurors who responded that the matter was not resolved to their satisfaction or that they were unfairly and/or discourteously treated by the government,

      a.      would your feelings prevent you from listening to the government's case and giving a verdict based solely on the evidence presented?

    8.      Do you, any member of your family or close friends belong to an organization or group or association, that works for the abolition or revision of the tax laws of the United States?

    9.      Do you, any member of your family or close friends hold strong personal or philosophical feelings about the tax system of the United States?

      a.      If so, what are those feelings?

*US v. Hojsak*,
US proposed Voir Dire,
No. CR-07-0325-PJH

    b. Would those feelings prevent you from reaching a fair and impartial verdict based only on the evidence in this case?

  10. Do you, any member of your family or close friends believe that the income tax laws of the United States are unconstitutional?

  11. This case involves an allegation by the United States that the defendant Diana Hojsak failed to include commission payments as gross receipts on ATI's federal income tax returns for 2000 and 2001 and also failed to report the same commission payments as income on her personal 2000 and 2001 federal income tax returns for these same years.

  12. Have you ever had any training in accounting?

  13. Do you or does any member of your family have a personal feeling of distrust, animosity or suspicion of the Internal Revenue Service, or the Department of Justice or its employees?  If so, please describe these feelings.

  14. As a result of any of your dealings with the federal government, do you have any feelings about the federal government that would affect your views of this case?

  15. Do you understand that the Court will instruct you on the law but that you are the exclusive judges of the facts?

  16. Do you understand that as a juror you must accept and apply the law as it is explained to you by the court, even if you believe the law should be different?

  17. Do you have any moral, ethical or religious beliefs which you feel would make it difficult for you to sit as a juror in a criminal case?  If so, please explain.

  18. Assuming the government met its burden of proof under the law, would you nevertheless have difficulty finding a person guilty for any reason?

*US v. Hojsak*,
US proposed Voir Dire,
No. CR-07-0325-PJH

19. Assuming the government failed to meet its burden of proof under the law, would you nevertheless have difficulty finding a person not guilty for any reason?

20. If selected as a juror, is there any reason why you could not give each side in this case a fair and impartial trial?

JOSEPH RUSSONIELLO<br>
United States Attorney<br>
<br>
/s/ Cynthia Stier<br>
CYNTHIA STIER<br>
Assistant United States Attorney<br>
Attorney for the United States

*US v. Hojsak*,
US proposed Voir Dire,
No. CR-07-0325-PJH