IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.:  CR-07-0325-PJH                          Date:   April 24, 2008

  United States of America            vs.        Diana Jing Jing Hojsak

(X) PLAINTIFF'S  ( ) DEFENDANT'S
EXHIBIT LIST

| Exhibit Number | Date Marked | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | Margaret Lucke | Daughter of the Yellow River |
| 2 | | | Representative, Department of Homeland Security | Defendant's A file |
| 3 | | | Representative, Santa Cruz Tax Assessor's Office | Fictitious Business License for WJH Enterprises |
| 4 | | | Representative of State of California | ATI Incorporation Documents |
| 5 | | | Changkun Yan | Memorandum of Understanding dated July 24 1998 |
| 6 | | | Changkun Yan | Memorandum of Understanding dated January 21, 2000 |
| 7 | | | Bin Zhang | Invoice MKFY0FC010798 dated Jul 24, 1998 for $3,000.00 |
| 8 | | | Bin Zhang | Invoice MKFYOFC010898 dated Aug 24, 1998 for $3,000.00 |
| 9 | | | Bin Zhang | Invoice MKFYOFC010998 dated Sep 24, 1998 for $3,000.00 |
| 10 | | | Bin Zhang | Invoice MKFYOFC011098 dated Oct 24, 1998 for $3,000.00 |
| 11 | | | Bin Zhang | Invoice CMFYOHY011098 dated Oct 21, 1998 for $84,745.76 |
| 12 | | | Bin Zhang | Invoice CMFYOSHGT011198 dated Nov 22, 1998 for $3,050.85 |

| 13 | | | Bin Zhang | Invoice MKFYOFC011198 dated Nov 24, 1998 for $3,000.00 |
|---|---|---|---|---|
| 14 | | | Bin Zhang | Invoice CMFY0EMSL011298 dated Dec 08, 1998 for $18,159.81 |
| 15 | | | Bin Zhang | Invoice MKYOFC011298 dated Dec 24, 1998 for $3,000.00 |
| 16 | | | Bin Zhang | Invoice MKFY0010199 dated Jan 24, 1999 for $3,000.00 |
| 17 | | | Bin Zhang | Invoice CMFYOHA050499 dated Jan 29, 1999 for $1,831.51 |
| 18 | | | Bin Zhang | Invoice CMFYOHA020199(1) dated Jan 29, 1999 for $30,355.93 |
| 19 | | | Bin Zhang | Invoice MKFY0010299 dated Feb 24, 1999 for $3,000.00 |
| 20 | | | Bin Zhang | Invoice MKFY0010399 dated Mar 24, 1999 for $3,000.00 |
| 21 | | | Bin Zhang | Invoice CMFYOEMSL010799-04 dated Apr 10, 1999 for $24,406.78 |
| 22 | | | Bin Zhang | Invoice CMFYOEMSL010499 dated Apr 15, 1999 for $127,281.36 |
| 23 | | | Bin Zhang | Invoice CMFYOEMSL020499 dated Apr 17, 1999 for $36,457.63 |
| 24 | | | Bin Zhang | Invoice MKFY0010499 dated Apr 24, 1999 for $3,000.00 |
| 25 | | | Bin Zhang | Invoice CMFYOEMSL030499 dated Apr 29, 1999 for $24,406.78 |
| 26 | | | Bin Zhang | Invoice CMFYOEMSL010899 dated Apr 29, 1999 for $36,457.62 |
| 27 | | | Bin Zhang | Invoice CMFYOEMSL040499 dated Apr 30, 1999 for $18,305.08 |
| 28 | | | Bin Zhang | Invoice CMFYOJTHD010599 dated May 03, 1999 for $55,139.71 |
| 29 | | | Bin Zhang | Invoice CMFYOJTHD020599 dated May 03, 1999 for $47,822.03 |
| 30 | | | Bin Zhang | Invoice CMFYOEMSL030899 dated May 14, 1999 for $24,406.78 |

| 31 | | | Bin Zhang | Invoice CMFYOHY030599 dated May 20, 1999 for $60,483.75 |
|---|---|---|---|---|
| 32 | | | Bin Zhang | Invoice MKFY0010599 dated May 24, 1999 for $3,000.00 |
| 33 | | | Bin Zhang | Invoice CMFYOZJTY010599 dated May 25, 1999 for $20,135.59 |
| 34 | | | Bin Zhang | Invoice CMFYOYDGP020899-02 dated May 27, 1999 for $60,412.68 |
| 35 | | | Bin Zhang | Invoice CMFYOYDGP020899-03 dated May 27, 1999 for $60,532.68 |
| 36 | | | Bin Zhang | Invoice MKFY0010699 dated Jun 24, 1999 for $3,000.00 |
| 37 | | | Bin Zhang | Invoice CMFYOHA020199-02 dated Aug 14, 1999 for $30,203.39 |
| 38 | | | Bin Zhang | Invoice CMFYOJTHD010699 dated Aug 18, 1999 for $15,254.24 |
| 39 | | | Bin Zhang | Invoice CMFYOJTHD010999 dated Sep 02, 1999 for $12,203.39 |
| 40 | | | Bin Zhang | Invoice CMFYOEMSL020999 dated Sep 10, 1999 for $24,406.78 |
| 41 | | | Bin Zhang | Invoice CMFY0SDHA060899 dated Sep 25, 1999 for $18,305.08 |
| 42 | | | Bin Zhang | Invoice CMFY0SDHA030999 dated Sep 30, 1999 for $18,305.08 |
| 43 | | | Bin Zhang | Invoice CMFYOEMSL011099 dated Oct 02, 1999 for $30,355.93 |
| 44 | | | Bin Zhang | Invoice CMFY0SDHA011099 dated Oct 23, 1999 for $18,305.08 |
| 45 | | | Bin Zhang | Invoice CMFY0SDHA011199 dated Nov 16, 1999 for $18,305.08 |
| 46 | | | Bin Zhang | Invoice CMFY0SHCH011299 dated Dec 01, 1999 for $60,559.32 |
| 47 | | | Bin Zhang | Invoice CMFY0/G655&R99 dated Dec 15, 1999 for $193,122.27 |
| 48 | | | Bin Zhang | Invoice CMFY0SDHA021299 dated Dec 16, 1999 for $30,355.93 |

| | | | | |
|---|---|---|---|---|
| 49 | | | Bin Zhang | Invoice CMFY0SDHA01012000 dated Jan 11, 2000 for $6,101.69 |
| 50 | | | Bin Zhang | Invoice CMFY0/G652/01062000 dated Jun 02, 2000 for $436,423.72 |
| 51 | | | Bin Zhang | No Invoice number listed dated Jul 05, 2000 for $207,549.15 |
| 52 | | | Bin Zhang | Invoice CMFY0/G652/03072000 dated Jul 31, 2000 for $71,191.53 |
| 53 | | | Bin Zhang | Invoice CMFY0/G652/02092000 dated Sep 01, 2700 for $268,161.86 |
| 54 | | | Bin Zhang | Invoice CMFY0/G652/01092000 dated Sep 01, 2000 for $299,837.28 |
| 55 | | | Bin Zhang | Invoice CMFYO/G652/01122000-02 dated Dec 20, 2000 for $45,321.56 |
| 56 | | | Bin Zhang | Invoice CMFYO/G652/01122000-01 dated Dec 20, 2000 for $55,046.64 |
| 57 | | | Bin Zhang | Invoice CMFY0/G652/01012001 dated Jan 02, 2001 for $239,979.66 |
| 58 | | | Bin Zhang | YOFC Bank Slip 2316 for $205,478.33 |
| 59 | | | Bin Zhang | YOFC Bank Slip 2315 for $60,622.28 |
| 60 | | | Bin Zhang | YOFC Bank Slip 503 for $84,022.00 |
| 61 | | | Bin Zhang | YOFC Bank Slip 504 for $29,293.00 |
| 62 | | | Bin Zhang | YOFC Bank Slip 2679 for $52,655.84 |
| 63 | | | Bin Zhang | YOFC Bank Slip 512 for $20,741.00 |
| 64 | | | Bin Zhang | YOFC Bank Slip 513 for $156,357.53 |
| 65 | | | Bin Zhang | YOFC Bank Slip 3187 for $413,223.57 |

| 66 | | | Bin Zhang | YOFC Bank Slip 3440 for $200,700.03 |
|---|---|---|---|---|
| 67 | | | Bin Zhang | YOFC Bank Slip 1008 for $71,191.53 |
| 68 | | | Bin Zhang | YOFC Bank Slip 1007 for $244,565.11 |
| 69 | | | Bin Zhang | YOFC Bank Slip 1227 for $166,255.99 |
| 70 | | | Bin Zhang | YOFC Bank Slip 1223 for $158,375.92 |
| 71 | | | Bin Zhang | YOFC Bank Slip 1629 for $209,066.68 |
| 72 | | | Bin Zhang | YOFC Bank Slip 1825 for $213,682.76 |
| 73 | | | Bin Zhang | YOFC Bank Slip 1846 for $220,061.35 |
| 74 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Sept 9, 1998 for $5,985.00 |
| 75 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Sept 30, 1998 for $2,985.00 |
| 76 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Nov 13, 1998 for $2,985.00 |
| 77 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Nov 13, 1998 for $84,730.76 |
| 78 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Dec 18, 1998 for $2,985.00 |
| 79 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Feb 4, 1999 for $18,144.81 |
| 80 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Mar 4, 1999 for $8,985.00 |
| 81 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Mar 9, 1999 for $42,376.53 |
| 82 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Apr 13, 1999 for $2,985.00 |

| | | | | |
|---|---|---|---|---|
| 83 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated May 19, 1999 for $114,502.40 |
| 84 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Jun 21, 1999 for $5,985.00 |
| 85 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Jun 29, 1999 for $2,980.00 |
| 86 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Jul 2, 1999 for $105,891.08 |
| 87 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Jul 21, 1999 for $114,810.98 |
| 88 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Aug 31, 1999 for $77,850.00 |
| 89 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Oct 13, 1999 for $103,382.05 |
| 90 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Nov 26, 1999 for $160,621.48 |
| 91 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Feb 2, 2000 for $205,458.33 |
| 92 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated March 29, 2000 for $84,007.00 |
| 93 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated June 8, 2000 for $20,741.00 |
| 94 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Sept 15, 2000 for $71,176.53 |
| 95 | | | Bin Zhang | YOFC wire to Wells Fargo Bank dated Feb 13, 2001 for $220,046.35 |
| 96 | | | Bin Zhang | YOFC wire to HSBC dated Feb 3, 2000 for $60,597.28 |
| 97 | | | Bin Zhang | YOFC wire to HSBC dated March 30, 2000 for $29,273.00 |
| 98 | | | Bin Zhang | YOFC wire to HSBC dated June 9, 2000 for $156,339.53 |
| 99 | | | Bin Zhang | YOFC wire to HSBC dated July 6, 2000 for $413,202.15 |

| | | | | | |
|---|---|---|---|---|---|
| 100 | | | | Bin Zhang | YOFC wire to HSBC dated Aug 12, 2000 for $200,678.61 |
| 101 | | | | Bin Zhang | YOFC wire to HSBC dated Sept 16, 2000 for $244,543.69 |
| 102 | | | | Bin Zhang | YOFC wire to HSBC dated Oct 25, 2000 for $166,234.57 |
| 103 | | | | Bin Zhang | YOFC wire to HSBC dated Oct 25, 2000 for $158,354.50 |
| 104 | | | | Bin Zhang | YOFC wire to HSBC dated Dec 2, 2000 for $209,045.26 |
| 105 | | | | Bin Zhang | YOFC wire to HSBC dated Jan 11, 2001 for $213,661.34 |
| 106 | | | | Representative, Hong Kong Shanghai Banking Corp | Signature Card and Application for account 025-578345-833 |
| 107 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Feb 3, 2000 for $60,597.28 |
| 108 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated March 30, 2000 for $29,273.00 |
| 109 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated May 18, 2000 for $52,635.84 |
| 110 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated July 6, 2000 for $413,202.15 |
| 111 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Aug 12, 2000 for $200,678.61 |
| 112 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Sept 16, 2000 for $244,543.69 |
| 113 | | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Oct 25, 2000 for $166,234.57 |

| | | | | |
|---|---|---|---|---|
| 114 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Oct 25, 2000 for $158,354.50 |
| 115 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Dec 2, 2000 for $209,045.26 |
| 116 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Jan 11, 2001 for $213,661.34 |
| 117 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Aug 25, 2000 for $400,000.00 |
| 118 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Sept 22, 2001 for $180,000.00 |
| 119 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated June 20, 2001 for $755,000.00 |
| 120 | | | Representative, Hong Kong Shanghai Banking Corp | Wire Transfer dated Jan 30, 2002 for $701,018.00 |
| 121 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Sept 9, 1998 for $5,985.00 |
| 122 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Sept 30, 1998 for $2,985.00 |
| 123 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Nov 13, 1998 for $2,985.00 |
| 124 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Nov 13, 1998 for $84,730.76 |
| 125 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Dec 18, 1998 for $2,985.00 |
| 126 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Feb 4, 1999 for $18,144.81 |
| 127 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Mar 4, 1999 for $8,985.00 |
| 128 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Mar 9, 1999 for $42,376.53 |

| | | | | |
|---|---|---|---|---|
| 129 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Apr 13, 1999 for $2,985.00 |
| 130 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated May 19, 1999 for $114,502.40 |
| 131 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Jun 21, 1999 for $5,985.00 |
| 132 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Jun 29, 1999 for $2,980.00 |
| 133 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Jul 2, 1999 for $105,891.08 |
| 134 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Jul 21, 1999 for $114,810.98 |
| 135 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Aug 31, 1999 for $77,850.00 |
| 136 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Oct 13, 1999 for $103,382.05 |
| 137 | | | Representative, Wells Fargo Bank | YOFC wire to Wells Fargo Bank dated Nov 26, 1999 for $160,621.48 |
| 138 | | | Representative, Wells Fargo Bank | Wire Transfer dated Feb 2, 2000 for $205,458.33 |
| 139 | | | Representative, Wells Fargo Bank | Wire Transfer dated March 3, 2000 for $84,007.00 |
| 140 | | | Representative, Wells Fargo Bank | Wire Transfer dated June 8, 2000 for $20,741.00 |
| 141 | | | Representative, Wells Fargo Bank | Wire Transfer dated Sept 15, 2000 for $71,176.53 |
| 142 | | | Representative, Wells Fargo Bank | Wire Transfer dated Feb 13, 2000 for $220,046.35 |
| 143 | | | Representative, Wells Fargo Bank | Wire Transfer dated Aug 25, 2000 for $399,480.00 |
| 144 | | | Representative, Wells Fargo Bank | Wire Transfer dated Sept 22, 2000 for $ 179,960.74 |
| 145 | | | Representative, Wells Fargo Bank | Wire Transfer dated June 20, 2001 for $754,967.16 |

| | | | | |
|---|---|---|---|---|
| 146 | | | Representative, Wells Fargo Bank | Wire Transfer dated May 21, 2004 for $499,960.72 |
| 147 | | | First American Title Company | Escrow and title documents to show purchase of 4403 Yardarm Street in Soquel, CA including cashier's and personal checks |
| 148 | | | First American Title Company | Escrow and title documents to show purchase of 4403 Yardarm Street in Soquel, CA including cashier's and personal checks |
| 149 | | | Hong Teng | Workpapers for 1998 tax year |
| 150 | | | Hong Teng | Workpapers for 1999 tax year |
| 151 | | | Hong Teng | Workpapers for 2000 tax year |
| 152 | | | Hong Teng | Workpapers for 2001 tax year |
| 153 | | | Yifan Zhang, CPA | `Work papers` |
| 154 | | | Tim Mathers | Transcript of Account for Defendant for 1998 income taxes [Form 1040] |
| 155 | | | Tim Mathers | Transcript of Account for Defendant for 1999 income taxes [Form 1040] |
| 156 | | | Tim Mathers | Transcript of Account for Defendant for 2000 income taxes [Form 1040] |
| 157 | | | Tim Mathers | Transcript of Account for Defendant for 2001 income taxes [Form 1040] |
| 158 | | | Tim Mathers | Transcript of Account for Defendant for 2002 income taxes [Form 1040] |
| 159 | | | Tim Mathers | Transcript of Account for Defendant for 2003 income taxes [Form 1040] |
| 160 | | | Tim Mathers | Transcript of Account for ATI for BMF |

| | | | | |
|---|---|---|---|---|
| 161 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for third quarter of 1999 [Form 941] |
| 162 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for fourth quarter of 1999 [Form 941] |
| 163 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for first quarter of 2000 [Form 941] |
| 164 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for fourth quarter of 2000 [Form 941] |
| 165 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for first quarter of 2001 [Form 941] |
| 166 | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for second quarter of 2001 [Form 941] |
| 167 | | | Tim Mathers | Transcript of Account for ATI for FUTA taxes for 1999 [Form 940] |
| 168 | | | Tim Mathers | Transcript of Account for ATI for FUTA for 2000 [Form 940] |
| 169 | | | Tim Mathers | Transcript of Account for ATI for FUTA for 2001 [Form 940] |
| 170 | | | Tim Mathers | Transcript of Account for ATI for FUTA for 2002 [Form 940] |
| 171 | | | Tim Mathers | Transcript of Account for ATI for CAWR for 2000 |
| 172 | | | Tim Mathers | Transcript of Account for ATI for 1998 income taxes [Form 1120] |
| 173 | | | Tim Mathers | Transcript of Account for ATI for 1999 income taxes [Form 1120] |
| 174 | | | Tim Mathers | Transcript of Account for ATI for 2000 income taxes [Form 1120] |

| 175 | | | | Tim Mathers | Transcript of Account for ATI for 2001 income taxes [Form 1120] |
|---|---|---|---|---|---|
| 176 | | | | Tim Mathers | Transcript of Account for ATI for 2002 income taxes [Form 1120] |
| 177 | | | | Tim Mathers | Transcript of Account for ATI for 2003 income taxes [Form 1120] |
| 178 | | | | Tim Mathers | Transcript of Account for ATI for BMF |
| 179 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for third quarter of 1999 |
| 180 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for fourth quarter of 1999 |
| 181 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for first quarter of 2000 |
| 182 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for fourth quarter of 2000 |
| 183 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for first quarter of 2001 |
| 184 | | | | Tim Mathers | Transcript of Account for ATI for Wage/Withholding for second quarter of 2001 |
| 185 | | | | Tim Mathers | 1999 Form 1040 Personal Income Tax Return for Defendant |
| 186 | | | | Tim Mathers | 2000 Form 1040 Personal Income Tax Return for Defendant |
| 187 | | | | Tim Mathers | 2001 Form 1040 Personal Income Tax Return for Defendant |
| 188 | | | | Tim Mathers | 1998 Form 1120 Corporate Income Tax Return for ATI |
| 189 | | | | Tim Mathers | 1999 Form 1120 Corporate Income Tax Return for ATI |

| 190 | | | Tim Mathers | 2000 Form 1120 Corporate Income Tax Return for ATI |
|---|---|---|---|---|
| 191 | | | Tim Mathers | 2001 Form 1120 Corporate Income Tax Return for ATI |
| 192 | | | Martin Fineman | Transcript Excerpts from Defendant's Deposition and JAMS proceedings |
| 193 | | | Representative of Superior Court of San Francisco | Declaration of Defendant filed in ATI v. YOFC |
| 194 | | | Nick Connors | Chart 1 - Invoice Details |
| 195 | | | Nick Connors | Chart 2 - Deposits Details |
| 196 | | | Nick Connors | Chart 3 - Summary of Invoices and Deposits |
| 197 | | | Nick Connors | Calculation of unreported Gross Receipts and Additional Tax Due |
| 198 | | | Nick Connors | Income Tax Examnation Changes |
| 199 | | | Santa Cruz County Recorder Office | Grant Deed for 4403 Yardarm in Soquel, CA |
| 200 | | | San Francisco County Recorder Office | Grant Deed for 111 Chestnut Street, Apt #611, San Francisco, CA |
| 201 | | | Representative, Washington Mutual Fund | Lender file to include loan application for 4403 Yardarm Street in Soquel, CA |
| 202 | | | Representative, Washington Mutual Fund | Lender file to include loan application for 111 Chestnut Street, Apt #611, San Francisco, CA |