CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Counsel for DIANA HOJSAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA HOJSAK<br>a.k.a. Diana Lu<br><br>    Defendant. | No. CR-07-0325 PJH<br><br>**VERDICT FORM** |

<u>Count One: Tax Evasion</u>

WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

_____guilty

_____not guilty

of tax evasion for the tax year 2000, in violation of Title 26 U.S.C. §7201.

/ /

VERDICT FORM
No. CR-07-0325 PJH

PAGE 1 OF 2

Count Two: Tax Evasion

  WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

  _____guilty

  _____not guilty

of tax evasion for the tax year 2001, in violation of Title 26 U.S.C. §7201.

Count Three: Making and Subscribing False Tax Return

  WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

  _____guilty

  _____not guilty

of making and subscribing false tax return for the 2000 tax year in violation of Title 26 U.S.C. §7206(1).

Count Four: Making and Subscribing False Tax Return

  WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

  _____guilty

  _____not guilty

of making and subscribing false tax return for the 2001 tax year in violation of Title 26 U.S.C. §7206(1).

Dated: _____

                Foreperson

# Verdict Form
# Blind Copy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0325 PJH |
| | ) | |
| Plaintiff, | ) | **VERDICT FORM** |
| | ) | |
| v. | ) | |
| | ) | |
| DIANA HOJSAK a.k.a. Diana Lu | ) | |
| | ) | |
| Defendant. | ) | |

Count One: Tax Evasion

    WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

        _____guilty

        _____not guilty

of tax evasion for the tax year 2000, in violation of Title 26 U.S.C. §7201.

Count Two: Tax Evasion

    WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

        _____guilty

        _____not guilty

of tax evasion for the tax year 2001, in violation of Title 26 U.S.C. §7201.

1  Count Three: Making and Subscribing False Tax Return
2      WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,
3      _____guilty
4      _____not guilty
5  of making and subscribing false tax return for the 2000 tax year in violation of Title 26
6  U.S.C. §7206(1).

9  Count Four: Making and Subscribing False Tax Return
10      WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,
11      _____guilty
12      _____not guilty
13  of making and subscribing false tax return for the 2001 tax year in violation of Title 26
14  U.S.C. §7206(1).

17  Dated:                                        _____
                                                   Foreperson