UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0325-PJH |
| ) Plaintiff, ) | |
| ) | **FORM OF VERDICT** |
| v. ) | |
| ) | |
| DIANA LU ) | |
| a/k/a Diana Jing Jing Hojsak, ) | |
| a/k/a Jing Jing Lu, ) | |
| a/k/a Diana Hojsak, ) | |
| ) | |
| Defendant. ) | |

We, the jury, being first duly sworn unanimously find the defendant, Diana Hojsak,

**COUNT ONE**

26 U.S.C § 7201 - Tax Evasion - 2000 Tax Year

_____        _____
(Guilty)                                          (Not Guilty)

**COUNT TWO**

26 U.S.C § 7201 - Tax Evasion - 2001 Tax Year

_____        _____
(Guilty)                                          (Not Guilty)

**COUNT THREE**

26 U.S.C § 7206(1) - False Tax Returns - ATI - 2000 Tax Year

_____          _____
(Guilty)                                         (Not Guilty)

**COUNT FOUR**

26 U.S.C § 7206(1) - False Tax Returns - ATI - 2001 Tax Year

_____          _____
(Guilty)                                         (Not Guilty)

Dated:_____          _____
                                                FOREPERSON

Form of Verdict
NO. CR 07-0325-PJH                              2