```
 1  JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone: (415) 436-7000

 7  Attorneys for United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0325-PJH |
| ) | |
| Plaintiff, ) | |
| ) | **UNITED STATES' APPLICATION FOR** |
| v. ) | **LEAVE TO FILE PRE-TRIAL** |
| ) | **MATERIALS LATE AND** |
| DIANA LU ) | and [~~PROPOSED~~] **ORDER** |
| a/k/a Diana Jing Jing Hojsak, ) | |
| a/k/a Jing Jing Lu, ) | |
| a/k/a Diana Hojsak, ) | |
| ) | |
| Defendant. ) | |

**INTRODUCTION**

Plaintiff, United States of America, files this application to file its Pre-Trial Materials, including Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, and proposed Voir Dire, beyond the date set by the Court in its Order For Pretrial Preparation for Criminal Jury Trial. As grounds for this request, the United States submits the following:

<u>Reason for the Requested Application</u>

This criminal matter is scheduled for pretrial conference on May 7, 2008. By Order for Pretrial Preparation for Criminal Jury Trial, this Court ordered pretrial materials to be filed ten days prior to the May 7, 2008 pretrial conference. Accordingly, the pretrial materials were due to be filed by April 23, 2008. Counsel for the United States offers its apologies to this Court as it overlooked that provision of the Order. Accordingly, the United States requests leave of Court to

file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire, on April 24, 2008.  The United States also requests additional time to prepare stipulations concerning authenticity of bank records and business records.  Counsel for the United States was unable to reach defense counsel today and anticipates discussing additional pretrial matters with defense counsel by April 30, 2008.

## CONCLUSION

For the reasons stated above, the United States requests leave to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire, on April 24, 2008. The United States also requests additional time to prepare stipulations concerning authenticity of bank records and business records on or before April 30, 2008.

DATED: April 24, 2008.                    /s/ Cynthia Stier
                                          CYNTHIA STIER
                                          Assistant United States Attorney

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS grants the application by the United States to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire on April 24, 2008.

IT IS SO ORDERED.

DATED: 4/28/08

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

*U.S. v. Hojsak*,
US Application for
Leave to File Pretrial
Materials Late and [proposed]
Order, Case No. CR-07-0325-PJH

2