1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104
3  Telephone:   415/362-6252
4  Facsimile:   415/677-9445

5  Counsel for DIANA HOJSAK

6

7                     UNITED STATES DISTRICT COURT

8
                    NORTHERN DISTRICT OF CALIFORNIA
9
10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA          )     No. CR-07-0325 PJH
                                      )
12                                    )
        Plaintiff,                    )     **DEFENDANT DIANA**
13                                    )     **HOJSAK'S APPLICATION**
        v.                            )     **FOR LEAVE TO FILE**
14                                    )     **MOTION IN LIMINE  TO**
15  DIANA HOJSAK                      )     **EXCLUDE EVIDENCE OF**
    a.k.a. Diana Lu,                  )     **OTHER ACTS OUTSIDE OF**
16                                    )     **THE TIME PERIOD**
17      Defendant.                    )     **ALLEGED IN THE**
                                      )     **INDICTMENT**
18  _____  )

19                                          **AND**
20                                          **[PROPOSED] ORDER**

21

22

23       Defendant Diana Hojsak, by and through counsel, files this application to file a

24  Motion in Limine to Exclude Evidence of Other Acts Outside of the Time Period Alleged

25  in the Indictment beyond the date set by the Court in its Order For Pretrial Preparation for

26
27  Criminal Jury Trial.  As grounds for this request, the Defendant submits the following:

28

DEFENDANT DIANA HOJSAK'S APPLICATION FOR LEAVE TO FILE PRETRIAL MATERIALS LATE AND
[PROPOSED] ORDER
CR-07-0325 PJH

1

## **REASON FOR THE REQUESTED APPLICATION**

2          This criminal matter is scheduled for pretrial conference on May 7, 2008.  On

3
4   Friday April 25th, the government served the defense with copies of a proposed exhibit list

5   and copies of the proposed exhibits.  Counsel promptly reviewed those materials over the

6   weekend and discovered that many of the proposed exhibits deal with actions outside the

7   time period alleged in the indictment.  Accordingly, counsel would like to file a motion in

8
9   limine to exclude the exhibits that do not relate to the time period of the indictment.

10  Accordingly, the defense requests leave of Court to file a Motion in Limine to Exclude

11  Evidence of Other Acts Outside of the Time Period Alleged in the Indictment, on April 28,

12
13  2008.

14                              **CONCLUSION**

15          For the reasons stated above, the defense requests leave to file its Motion in Limine

16
17  to Exclude Evidence of Other Acts Outside of the Time Period Alleged in the Indictment,

18  on April 28, 2008.

19

20  DATED: April 25, 2008.                    Respectfully submitted,

21
                                             /s/ Christopher Cannon
22                                           Christopher J. Cannon
                                             Attorney for Diana Hojsak
23

24

25

26

27

28

DEFENDANT DIANA HOJSAK'S APPLICATION FOR LEAVE TO FILE PRETRIAL MATERIALS LATE AND
[PROPOSED] ORDER
CR-07-0325 PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS grants the application by

the United States to file its Motion in Limine to Exclude Evidence of Other Acts Outside

of the Time Period Alleged in the Indictment Pretrial Brief, Witness List, Exhibit List,

proposed Jury Instructions, proposed Voir Dire on April 28, 2008.

IT IS SO ORDERED.

DATED:

_____
The Honorable PHYLLIS J. HAMILTON
United States District Judge

DEFENDANT DIANA HOJSAK'S APPLICATION FOR LEAVE TO FILE PRETRIAL MATERIALS LATE AND
[PROPOSED] ORDER
CR-07-0325 PJH