UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DIANA HOJSAK,
a.k.a. DIANA LU,

    Defendant.
_____/

No.  CR 07-0325 PJH

**ORDER RE: PRETRIAL MOTIONS**

Pursuant to this court's pretrial order, the parties' pretrial motions in limine were due no later than **Wednesday, April 23, 2008.**  On **Monday, April 28, 2008,** the court received chambers copies of defendant's pretrial motion in limine to compel disclosure of *Brady* materials, which the defendant filed on **Friday April 25, 2008.**  The court granted defendant's request for an extension of time to file *that* motion.  Again, at the end of the day on **Monday April 28, 2008**, defendant filed another motion in limine and an extension of time to file the additional motion.  The court will GRANT the motion for an extension of time to file that motion, but the parties are advised that no further untimely motions in limine may be filed.  The government's oppositions to both motions are currently due **Wednesday, May 1, 2008.**  However, given the untimeliness of the defendant's motions, the court will allow the government to respond to both motions **no later than noon on Thursday, May 2, 2008.**

**IT IS SO ORDERED.**

Dated: April 29, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge