CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415/362-6252
Facsimile: 415/677-9445

Counsel for DIANA HOJSAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA HOJSAK<br>a.k.a. Diana Lu,<br><br>    Defendant. | No. CR-07-0325 PJH<br><br>DEFENDANT DIANA LU'S APPLICATION FOR LEAVE TO FILE PRETRIAL MATERIALS LATE AND [~~PROPOSED~~] ORDER |

Defendant Diana Hojsak, by and through counsel, files this application to file pretrial materials, including the Pretrial Brief, Motions in Limine, proposed Jury Instructions, and proposed Voir Dire, beyond the date set by the Court in its Order For Pretrial Preparation for Criminal Jury Trial. As grounds for this request, the Defendant submits the following:

//

## REASON FOR THE REQUESTED APPLICATION

This criminal matter is scheduled for pretrial conference on May 7, 2008. By Order for Pretrial Preparation for Criminal Jury Trial, this Court ordered pretrial materials to be filed ten days prior to the May 7, 2008 pretrial conference. Accordingly, the pretrial materials were due to be filed by April 23, 2008. Counsel for Ms. Hojsak offers his apologies to this Court as he overlooked that provision of the Order. As an explanation, however, as indicated to the Court's clerk, on Monday, counsel specifically reviewed the Court's general orders to see if there was a specific pretrial order and finding none on the district court website called the Federal Public Defender's Office to learn if there was a general pretrial preparation order. Counsel inadvertently overlooked the Court's order which the Clerk informed me was listed on the docket. Accordingly, the defense requests leave of Court to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions and proposed Voir Dire, on April 25, 2008.

## CONCLUSION

For the reasons stated above, the defense requests leave to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire, on April 25, 2008.

DATED: April 25, 2008.                    Respectfully submitted,

/s/ Christopher Cannon
Christopher J. Cannon
Attorney for Diana Hojsak

# [~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS grants the application by the United States to file its Pretrial Brief, Witness List, Exhibit List, proposed Jury Instructions, proposed Voir Dire on April 25, 2008.

IT IS SO ORDERED.

DATED: 4/28/08



_____
The Honorable PJH
United States District Judge