```
 1  JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7000

 7  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0325-PJH |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF BRYAN WONG IN** |
| v. ) | **SUPPORT OF UNITED STATES'** |
| ) | **RESPONSE TO MOTION IN LIMINE** |
| DIANA LU ) | |
| a/k/a Diana Jing Jing Hojsak, ) | |
| a/k/a Jing Jing Lu, ) | |
| a/k/a Diana Hojsak, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF BRYAN WONG**

I, Bryan Wong, do hereby declare as follows:

1. I am a Special Agent with the Criminal Investigation Division of the Internal Revenue Service. My post of duty is San Francisco, California. As a Special Agent, I investigate tax crimes. In the course of my duties, I was assigned to investigate the tax returns of the Defendant for the tax years 2000 and 2001.

2. I am the Special Agent who prepared the Special Agent's Report ("SAR"). I was requested by counsel for the United States to produce all documents upon which the SAR is based to the defense. I have provided those documents to defense counsel. Those documents are (1) financial records documenting the invoices from Allied Telecom International("ATI") to Yangtze Fibre Optical and Cable Company ("YOFC"); (2) the bank records including wire

**EXHIBIT** *A*

transfers from YOFC to Defendant's Hong Kong Shanghai Bank Account; (3) the bank records including wire transfers from YOFC to ATI's Wells Fargo account; (4) the bank records including wire transfers from Defendant's HSBC account to her Wells Fargo bank accounts; (5) Memorandum of Interviews including documentation provided by YOFC; and (6) deposition transcripts of Defendant Hojsak and JAMS transcripts for ATI v. YOFC, Case No. CGC-01-321064 (Superior Ct. San Francisco); and (7) CPA workpapers of Hong Teng.

3. I was requested by counsel for the United States to review all handwritten notes of interviews which were then typed into memorandum form. I have reviewed all handwritten memorandum and there is no material fact in the handwritten note that is not included in the typewritten memorandum. I have provided a copy of my handwritten notes to Mr. Christopher Cannon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 28, 2008.

/s/ BRYAN WONG

Declaration of Bryan Wong,
US v. Hojsak,
No. CR-07-0325-PJH

2