UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 30, 2008                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**   UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier; Tom Newman
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Joan Columbini

**PROCEEDINGS**

 United States' Motion to Modify Court's Order to Depose Michael Jon Yell-Held.  The court informs the parties that it will only modify the order to change the date of the deposition that is mutually agreed upon by the parties.  The government to prepare order and submit to the court by tomorrow.

**cc:**   chambers