```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIANA LU <br> a/k/a Diana Jing Jing Hojsak, <br> a/k/a Jing Jing Lu, <br> a/k/a Diana Hojsak, <br><br> Defendant. | No. CR-07-0325-PJH <br><br> STIPULATION AND [P~~ROPOSED~~] PROTECTIVE ORDER |

STIPULATION

The United States and the Defendant, Diana Lu a/k/a Diana Hojsak, through undersigned counsel, hereby stipulate and agree as follows:

1.  The United States is prepared to produce to Defendant, Diana Hojsak, a copy of the information received from the Australian Taxing Authorities relative to their contacts with Michael Jon Yell. These documents include personal information including Mr. Yell's tax returns, and other detailed sensitive financial information.

2.  Defendant counsel shall not disclose any documents or information described in paragraph 1 above to anyone except his client, any defense witness, experts or investigators retained in this case, or any defense staff working on this case. Moreover, no defendant, defense

1 | witnesses, experts or investigators, or defense staff shall disclose such documents or information
2 | to anyone, absent further order of the Court.

3     3.    The documents described above shall be used only to prepare and evaluate the defense in this proceeding. Any person to whom the documents or information are disclosed must be provided with a copy of this Stipulation and Order. The material provided to defense counsel pursuant to this order, and any copies thereof, shall be returned to the government at the conclusion of this case.

    4.    The documents described above shall not be copied at all unless copying is necessary for preparation of the defense in this proceeding. Any copy of the materials that is made shall be accompanied at all times by a copy of this Stipulation and Order. No document or copy thereof shall be left with any defense witness, unless that document is needed for preparation for trial or the creation of an exhibit. Once that necessity has expired, the document shall be returned to defense counsel and treated under the other provisions of this order.

    5.    A copy of this Stipulation and Order has been sent to Michael Jon Yell by e-mail on April 29, 2008, in order to enable him an opportunity to oppose this stipulation between the parties.

DATED: April 28, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney

DATED: April 30, 2008

/s/ Christopher Cannon
CHRISTOPHER CANNON
Counsel for Defendant, Diana Hojsak

//
//
//
//
//

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set forth in Paragraphs 1 through 4, above.

DATED: 5/1/08



PHYLLIS J. HAMILTON
United States District Judge

US v. Hojsak, Case No. 07-325,
Stipulation and [proposed] Protective Order          3