UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA HOJSAK,<br>a/k/a Diana Jing Jing Hojsak,<br>a/k/a Jing Jing Lu,<br>a/k/a Diana Lu,<br><br>    Defendant. | No. CR-07-0325-PJH<br><br>STIPULATION TO MODIFY ORDER AUTHORIZING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO FED.R.CRIM.P 15(a) AND [PROPOSED] ORDER |

The parties agree, subject to the Court's approval, as follows:

    The parties agree that the deposition upon oral examination of Michael Jon Yell, shall commence upon a date agreed to by the parties between May 8, 2008 and May 18, 2008. The defense reserves the right to object to the admissibility of the deposition at trial.

IT IS SO STIPULATED:

DATED: May 1, 2008                                     /s/ Cynthia Stier
                                                                          CYNTHIA L.STIER
                                                                          Assistant United States Attorney

DATED: May 1, 2008                                     /s/
                                                                          CHRISTOPHER CANNON
                                                                          Counsel for Defendant

1 ORDER

2    PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

3    THIS MATTER came before this Court on the United States' Motion to Modify this Court's
4 Order entered January 24, 2008, authorizing the deposition upon oral examination of Michael
5 Yell. At that hearing, the Court was informed the Court that the deposition of Michael Yell had
6 not occurred on April 21, 2008 as authorized by this Court's Order entered January 24, 2008.

7    THE COURT HEREBY ORDERS that its Order Authorizing Deposition Upon Oral
8 Examination Pursuant to Fed.R.Crim.P. 15(a) is modified to allow the deposition upon oral
9 examination of Michael Jon Yell, to commence on a date between May 8, 2008 and May 18,
10 2008, upon reasonable notice by the United States to the Defendant.

    SO ORDERED.

Dated: _____                  _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge

US v. Hojsak, Case No. 07-0325 PJH,
Stipulation to Modify Order
Authorizing Deposition Upon Oral
Examination Pursuant to Fed.R.Crim.P.15(a)
and [proposed] Order

2