1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
5  9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7000
7
   Attorneys for United States
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,        )      No. CR-07-0325-PJH
                                     )
13        Plaintiff,                 )
                                     )
14        v.                         )      MOTION FOR LEAVE TO FILE THE
                                     )      UNITED STATES' RESPONSE TO
15  DIANA LU                         )      DEFENDANT'S MOTION IN LIMINE TO
    a/k/a Diana Jing Jing Hojsak,    )      EXCLUDE EVIDENCE OF OTHER ACTS
16  a/k/a Jing Jing Lu,              )      OUTSIDE OF THE PERIOD OF THE
    a/k/a Diana Hojsak,              )      INDICTMENT OUT OF TIME
17                                   )
          Defendant.                 )
18  _____ )

19

20        This Court granted the United States until noon on May 1, 2008, to file the response to

21  Defendant's Motion in Limine to Exclude Evidence of Other Acts Outside the Period of

22  Indictment.  That response is filed herewith, but out of time.  The late filing was not due to any

23  misunderstanding with the Court's Order.  Rather, the delay was caused by repeated computer

24  errors.

25

26                                   Respectfully submitted,

27                                   JOSEPH RUSSONIELLO
                                     United States Attorney
28
                                     /s/ Thomas M. Newman
                                     CYNTHIA STIER
                                     THOMAS M. NEWMAN
                                     Assistant United States Attorney