JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0325-PJH |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO WAIVE** |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| DIANA LU | ) | |
| a/k/a Diana Jing Jing Hojsak, | ) | |
| a/k/a Jing Jing Lu, | ) | |
| a/k/a Diana Hojsak, | ) | |
| | ) | |
| Defendant. | ) | |

The parties agree, subject to the Court's approval, as follows:

   1.  On or about June 2006, a Stipulated Protective Order was entered in <u>Allied Telecom International, Inc. v. Yangtze Optical Fibre and Cable Co., Ltd</u>, Case No. 321064 (Superior Ct. for San Francisco, Calif.).  A copy of the Stipulated Protective Order is attached as Exhibit A.

   2.  The parties in this case agree that they may not rely on the Stipulated Protective Order to bar any witnesses from Yangtze Optical Fibre and Cable Co., Ltd. from complying with the trial subpoena served upon them to appear as a witness and testify at the criminal trial in this matter.

   3.  The parties further agree that the Stipulated Protective Order shall not bar any evidence or documents in state court action from being used in this criminal case.

4. The parties to the protective order agree that the use of evidence in this case under this stipulation may not be construed as a violation of the Stipulated Protective Order.

IT IS SO STIPULATED:

                                                        JOSEPH RUSSONIELLO
United States Attorney

DATED: April 18, 2008                           /s/
CYNTHIA L. STIER
Assistant United States Attorney
Attorneys for the United States

DATED: April 30, 2008                           /s/
CHRISTOPHER CANNON
Counsel for Defendant

DATED: May 1, 2008                               /s/
SAM DAEWOOD
Counsel for YOFC

ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

The parties in this case may not rely on the Stipulated Protective Order to bar any witnesses from Yangtze Optical Fibre and Cable Co., Ltd. from complying with the trial subpoena served upon them to appear as a witness and testify at the criminal trial in this matter.

The Stipulated Protective Order shall not bar any evidence or documents in state court action from being used in this criminal case.

//

//

1  The parties to the Stipulated Protective Order agree that the use of evidence in this case
2  under this stipulation may not be construed as a violation of the Stipulated Protective Order.

Dated: 5/5/08



_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

US v. Hojsak, No. C-07-0325-PJH
Stipulation to Waive Protective Order
and [Proposed] Order                3