UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CRIMINAL MINUTES**

**Date:** May 7, 2008                                            **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**    UNITED STATES   v.   DIANA HOJSAK (present)

**Attorney for Plaintiff:**    Cynthia Stier; Tom Newman
**Attorney for Defendant:**    Chris Cannon

**Deputy Clerk:**  Nichole Heuerman                     **Court Reporter**: Joan Columbini

**PROCEEDINGS**

Pretrial Conference-Held.

Defendant's Motion in Limine to Compel Disclosure of Brady Material-Held.  The court takes the matter under submission.

Defendant's Motion in Limine to Exclude Evidence-DENIED as stated on the record.

The parties shall meet and confer and submit a joint set of jury instructions.  The parties shall separately file instructions that remain in dispute as stated on the record.   All jury instructions shall be filed within one week.

**cc:**    chambers