UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-0325 PJH |
| ) | |
| Plaintiff, ) | **DEFENDANT'S PROPOSED** |
| ) | **MATERIALITY** |
| v. ) | **INSTRUCTION** |
| ) | |
| DIANA HOJSAK ) | |
| a.k.a. Diana Lu, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

CHRISTOPHER J. CANNON, SBN 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA  94104
Telephone:   415/362-6252
Facsimile:    415/677-9445

Counsel for DIANA HOJSAK

## MATERIALITY

In order for an alleged false statement to be material, the government must show that under the facts of this case, the alleged false statement made a difference in the calculation of a tax deficiency owed by Ms. Hojsak.

<u>United States v. Uchimura</u>, 125 F.3d 1282, 1285 (9th Cir.1997);<u> United States v. Alferhin</u>, 433 F.3d 1148, 1160 (9th Cir.2006).

GIVEN

NOT GIVEN

GIVEN AS MODIFIED

## MATERIALITY

In order for an alleged false statement to be material, the government must show that under the facts of this case, the alleged false statement made a difference in the calculation of a tax deficiency owed by Ms. Hojsak.

GIVEN

NOT GIVEN

GIVEN AS MODIFIED