1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
5  9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7000
7
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0325-PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | FIRST TRIAL STIPULATION |
| v. | ) | OF EXHIBITS |
| | ) | |
| DIANA LU | ) | |
| a/k/a Diana Jing Jing Hojsak, | ) | |
| a/k/a Jing Jing Lu, | ) | |
| a/k/a Diana Hojsak, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through Assistant United States Attorney Cynthia Stier, and defendant Diana Lu, a/k/a Diana Hojsak, through her attorney Christopher Cannon, agree and stipulate for the purposes of the trial in this case, only, that the following marked and identified documentary exhibits are authentic copies of original records and are admitted into evidence in the trial of this case.[1/] The parties agree that entering into these stipulations will in no way limit either party from eliciting relevant testimony from witnesses, including testimony related to the subject matter of the stipulations. The documents speak for themselves regarding the numbers on each particular document and the numbers in this stipulation are for description

---

[1/] The Court previously overruled Defendant's objections to evidence outside the years charged. The Defendant wishes to preserve its previously stated objections to the admissibility of this evidence.

1  only and are not to be given to the jury.  The Defendant further preserves the right to object to
2  the relevance and admissibility of documents prepared in 1998, 1999, 2002, 2003, and 2004.

3      1.    Government Exhibit 1, is a true and correct copy of the book entitled Daughter of
4           the Yellow River, authored by Diana Lu.

5      2.    Government Exhibit 2 is a true and correct copy of defendant Diana Lu's "A File"
6           produced from the Department of Homeland Security.

7      3.    Government Exhibit 3 is a copy of the fictitious business license for WJH
8           Enterprises.

9      4.    Government Exhibit 4 is a copy of the fictitious business license for D&J Fiber
10          Optics.

11    5.    Government Exhibit 5 is a copy of ATI's incorporation documents.

12    6.    Government Exhibit 6 is a true and correct copy of a declaration signed by
13          defendant Diana Hojsak on October 23, 2001, in Case No. 321064, filed in the
14          Superior Court of California, in the County of San Francisco.

15    7.    Government Exhibit 7 is a true and correct copy of a letter dated October 4, 2004,
16          declining a reward to Changkun Yan.

17    AGREED AND STIPULATED.

18                            JOSEPH P. RUSSONIELLO
19                            United States Attorney

20  Dated: May 19, 2008        /s/ Thomas M. Newman
                                       THOMAS M. NEWMAN
21                            Assistant United States Attorney
                                       Tax Division
22                            Attorney for United States of America

23  Dated: May 19, 2008        /s/Christopher Cannon
                                       CHRISTOPHER J. CANNON
24                            Attorney for Defendant
                                         Diana Lu

25

26

27

28

**O R D E R**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

_____
PHILLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE