1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
5  9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7000
7
   Attorneys for the United States of America
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,       )   No. CR-07-0325-PJH
                                    )
13          Plaintiff,               )
                                    )   SECOND TRIAL STIPULATION
14          v.                       )   OF EXHIBITS
                                    )
15  DIANA LU                         )
    a/k/a Diana Jing Jing Hojsak,    )
16  a/k/a Jing Jing Lu,              )
    a/k/a Diana Hojsak,              )
17                                   )
            Defendant.                )
18  _____)

19       The United States of America, by and through Assistant United States Attorney Cynthia

20  Stier, and defendant Diana Lu, a/k/a Diana Hojsak, through her attorney Christopher Cannon,

21  agree and stipulate for the purposes of the trial in this case, only, that the following marked and

22  identified documentary exhibits are authentic copies of original records and are admitted into

23  evidence in the trial of this case.[1/] The parties agree that entering into these stipulations will in

24  no way limit either party from eliciting relevant testimony from witnesses, including testimony

25  related to the subject matter of the stipulations. The documents speak for themselves regarding

26  the numbers on each particular document and the numbers in this stipulation are for description

27

28      [1/]   The Court previously overruled Defendant's objections to evidence outside the
    years charged. The Defendant wishes to preserve its previously stated objections to the
    admissibility of this evidence.

1 only and are not to be given to the jury.  The Defendant further preserves the right to object to
2 the relevance and admissibility of documents prepared in 1998, 1999, 2002, 2003, and 2004.

    1. Government Exhibit 8, is a true and correct copy of YOFC Invoice MKFYO010798 dated Jul 24, 1998 for $3,000.00.

    2. Government Exhibit 9, is a true and correct copy of YOFC Invoice MKFYO010898 dated Aug 24, 1998 for $3,000.00.

    3. Government Exhibit 10, is a true and correct copy of YOFC Invoice MKFYO010998 dated Sep 24, 1998 for $3,000.00.

    4. Government Exhibit 11, is a true and correct copy of YOFC Invoice MKFYO011098 dated Oct 24, 1998 for $3,000.00.

    5. Government Exhibit 12, is a true and correct copy of YOFC Invoice CMFYOHY011098 dated Oct 21, 1998 for $84,745.76.

    6. Government Exhibit 13, is a true and correct copy of YOFC Invoice CMFYOSHGT011198 dated Nov 22, 1998 for $3,050.85.

    7. Government Exhibit 14, is a true and correct copy of YOFC Invoice MKFYOFC011198 dated Nov 24, 1998 for $3,000.00.

    8. Government Exhibit 15, is a true and correct copy of YOFC Invoice CMFYOEMSL011298 dated Dec 08, 1998 for $18,159.81.

    9. Government Exhibit 16, is a true and correct copy of YOFC Invoice MKYOFC011298 dated Dec 24, 1998 for $3,000.00.

    10. Government Exhibit 17, is a true and correct copy of YOFC Invoice MKFYO010199 dated Jan 24, 1999 for $3,000.00.

    11. Government Exhibit 18, is a true and correct copy of YOFC Invoice CMFYOHA050499 dated Jan 29, 1999 for $1,831.51.

    12. Government Exhibit 19, is a true and correct copy of YOFC Invoice CMFYOHA020199(1) dated Jan 29, 1999 for $30,355.93.

    13. Government Exhibit 20, is a true and correct copy of YOFC Invoice

1  MKFYO010299 dated Feb 24, 1999 for $3,000.00.
2  14.  Government Exhibit 21, is a true and correct copy of YOFC Invoice
3  MKFYO010399 dated Mar 24, 1999 for $3,000.00.
4  15.  Government Exhibit 22, is a true and correct copy of YOFC Invoice
5  CMFYOEMSL010799 dated Apr 10, 1999 for $24,406.78.
6  16.  Government Exhibit 23, is a true and correct copy of YOFC Invoice
7  CMFYOHY010499 dated Apr 15, 1999 for $127,281.36.
8  17.  Government Exhibit 24, is a true and correct copy of YOFC Invoice
9  CMFYOEMSL020499 dated Apr 17, 1999 for $36,457.63.
10 18.  Government Exhibit 25, is a true and correct copy of YOFC Invoice
11 MKFYO010499 dated Apr 24, 1999 for $3,000.00.
12 19.  Government Exhibit 26, is a true and correct copy of YOFC Invoice
13 CMFYOEMSL030499 dated Apr 29, 1999 for $24,406.78.
14 20.  Government Exhibit 27, is a true and correct copy of YOFC Invoice
15 CMFYOEMSL010899 dated Apr 29, 1999 for $36,457.62.
16 21.  Government Exhibit 28, is a true and correct copy of YOFC Invoice
17 CMFYOJSHM040499 dated Apr 30, 1999 for $18,305.08.
18 22.  Government Exhibit 29, is a true and correct copy of YOFC Invoice
19 CMFYOJTHD010599 dated May 03, 1999 for $55,139.71.
20 23.  Government Exhibit 31, is a true and correct copy of YOFC Invoice
21 CMFYOJTHD020599 dated May 03, 1999 for $47,822.03.
22 24.  Government Exhibit 32, is a true and correct copy of YOFC Invoice
23 CMFYOEMSL030899 dated May 14, 1999 for $24,406.78.
24 25.  Government Exhibit 34, is a true and correct copy of YOFC Invoice
25 CMFYOHY030599 dated May 20, 1999 for $60,483.75.
26 26.  Government Exhibit 35, is a true and correct copy of YOFC Invoice
27 MKFYO010599 dated May 24, 1999 for $3,000.00.
28

1     27.     Government Exhibit 36, is a true and correct copy of YOFC Invoice
2             CMFYOZJTY010599 dated May 25, 1999 for $20,135.59.
3     28.     Government Exhibit 37, is a true and correct copy of YOFC Invoice
4             CMFYOYDGP020899-02 dated May 27, 1999 for $60,412.68.
5     29.     Government Exhibit 38, is a true and correct copy of YOFC Invoice
6             CMFYOYDGP020899-03 dated May 27, 1999 for $60,532.68.
7     30.     Government Exhibit 40, is a true and correct copy of YOFC Invoice
8             MKFYO010699 dated Jun 24, 1999 for $3,000.00.
9     31.     Government Exhibit 41, is a true and correct copy of YOFC Invoice
10             CMFYOHA020199-02 dated Aug 14, 1999 for $30,203.39.
11     32.     Government Exhibit 42, is a true and correct copy of YOFC Invoice
12             CMFYOJTHD010699 dated Aug 18, 1999 for $15,254.24.
13     33.     Government Exhibit 44, is a true and correct copy of YOFC Invoice
14             CMFYOJTHD010999 dated Sep 02, 1999 for $12,203.39.
15     34.     Government Exhibit 45, is a true and correct copy of YOFC Invoice
16             CMFYOEMSL020999 dated Sep 10, 1999 for $24,406.78.
17     35.     Government Exhibit 46, is a true and correct copy of YOFC Invoice
18             CMFYOSDHA060899 dated Sep 25, 1999 for $18,305.08.
19     36.     Government Exhibit 48, is a true and correct copy of YOFC Invoice
20             CMFYOSDHA030999 dated Sep 30, 1999 for $18,305.08.
21     37.     Government Exhibit 49, is a true and correct copy of YOFC Invoice
22             CMFYOEMSL011099 dated Oct 02, 1999 for $30,355.93.
23     38.     Government Exhibit 50, is a true and correct copy of YOFC Invoice
24             CMFYOSDHA011099 dated Oct 23, 1999 for $18,305.08.
25     39.     Government Exhibit 51, is a true and correct copy of YOFC Invoice
26             CMFYOSDHA011199 dated Nov 16, 1999 for $18,305.08.
27     40.     Government Exhibit 52, is a true and correct copy of YOFC Invoice
28

1    CMFYOSHCH011299 dated Dec 01, 1999 for $60,559.32.

2  41.  Government Exhibit 54, is a true and correct copy of YOFC Invoice
3    CMFYO/G655&R99 dated Dec 15, 1999 for $193,122.27.

4  42.  Government Exhibit 55, is a true and correct copy of YOFC Invoice
5    CMFYOSDHA021299 dated Dec 16, 1999 for $30,355.93.

6  43.  Government Exhibit 56, is a true and correct copy of YOFC Invoice
7    CMFYOSDHA01012000 dated Jan 11, 2000 for $6,101.69.

8  44.  Government Exhibit 57, is a true and correct copy of YOFC Invoice
9    CMFYO/G652/01062000 dated Jun 02, 2000 for $436,423.72.

10 45.  Government Exhibit 58, is a true and correct copy of YOFC an unnumbered
11    Invoice dated Jul 05, 2000 for $207,549.15.

12 46.  Government Exhibit 59, is a true and correct copy of YOFC Invoice
13    CMFYO/G652/03072000 dated Jul 31, 2000 for $71,191.53.

14 47.  Government Exhibit 60, is a true and correct copy of YOFC Invoice
15    CMFYO/G652/02072000 dated Jul 31, 2000 for $253,754.23.

16 48.  Government Exhibit 61, is a true and correct copy of YOFC Invoice
17    CMFYO/G652/02092000 dated Sep 27, 2000 for $268,161.86.

18 49.  Government Exhibit 62, is a true and correct copy of YOFC Invoice
19    CMFYO/G652/01092000 dated Sep 01, 2000 for $299,837.28.

20 50.  Government Exhibit 63, is a true and correct copy of YOFC Invoice
21    CMFYO/G652/01122000-02 dated Dec 20, 2000 for $45,321.56.

22 51.  Government Exhibit 64, is a true and correct copy of YOFC Invoice
23    CMFYO/G652/01122000-01 dated Dec 20, 2000 for $55,046.64.

24 52.  Government Exhibit 65, is a true and correct copy of YOFC Invoice
25    CMFYO/G652/01012001 dated Jan 02, 2001 for $239,979.66.

1  AGREED AND STIPULATED.

2  JOSEPH P. RUSSONIELLO
United States Attorney

4  Dated: May 19, 2008          /s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorney for United States of America

Dated: May 19, 2008          /s/Christopher Cannon
CHRISTOPHER J. CANNON
Attorney for Defendant
Diana Lu

## **O R D E R**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

_____
PHILLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*Stipulation Regarding Trial Exhibits*
Case No. CR-07-0325-PJH           6