JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN STRETCH
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIANA LU )<br>a/k/a Diana Jing Jing Hojsak, )<br>a/k/a Jing Jing Lu, )<br>a/k/a Diana Hojsak, )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-0325-PJH<br><br>THIRD TRIAL STIPULATION<br>OF EXHIBITS |

The United States of America, by and through Assistant United States Attorney Cynthia Stier, and defendant Diana Lu, a/k/a Diana Hojsak, through her attorney Christopher Cannon, agree and stipulate for the purposes of the trial in this case, only, that the following marked and identified documentary exhibits are authentic copies of original records and are admitted into evidence in the trial of this case.[1] The parties agree that entering into these stipulations will in no way limit either party from eliciting relevant testimony from witnesses, including testimony related to the subject matter of the stipulations. The documents speak for themselves regarding the numbers on each particular document and the numbers in this stipulation are for description

---

[1] The Court previously overruled Defendant's objections to evidence outside the years charged. The Defendant wishes to preserve its previously stated objections to the admissibility of this evidence.

1 only and are not to be given to the jury. The Defendant further preserves the right to object to
2 the relevance and admissibility of documents prepared in 1998, 1999, 2002, 2003, and 2004.

3    1.    Government Exhibit 66, is a true and correct copy of YOFC Bank Slip 2316 for
4           $205,478.33, dated 2/1/00.

5    2.    Government Exhibit 67, is a true and correct copy of YOFC Bank Slip 2315 for
6           $60,622.28, dated 2/1/00.

7    3.    Government Exhibit 68, is a true and correct copy of YOFC Bank Slip 503 for
8           $84,022.00, dated 3/21/00.

9    4.    Government Exhibit 69, is a true and correct copy of YOFC Bank Slip 504 for
10          $29,293.00, dated 3/21/00.

11    5.    Government Exhibit 70, is a true and correct copy of YOFC Bank Slip 2679 for
12          $52,655.84, dated 5/16/00.

13    6.    Government Exhibit 71, is a true and correct copy of YOFC Bank Slip 512 for
14          $20,756.00, dated 6/6/00.

15    7.    Government Exhibit 72, is a true and correct copy of YOFC Bank Slip 513 for
16          $156,357.53, dated 6/6/00.

17    8.    Government Exhibit 73, is a true and correct copy of YOFC Bank Slip 3187 for
18          $413,223.57, dated 7/3/00.

19    9.    Government Exhibit 74, is a true and correct copy of YOFC Bank Slip 3440 for
20          $200,700.03, dated 8/8/00.

21    10.    Government Exhibit 75, is a true and correct copy of YOFC Bank Slip 1008 for
22          $71,191.53, dated 9/11/00.

23    11.    Government Exhibit 76, is a true and correct copy of YOFC Bank Slip 1007 for
24          $244,565.11, dated 9/11/00.

25    12.    Government Exhibit 77, is a true and correct copy of YOFC Bank Slip 1227 for
26          $166,255.99, dated 10/17/00.

27    13.    Government Exhibit 78, is a true and correct copy of YOFC Bank Slip 1223 for
28

1    $158,375.92, dated 10/17/00.

2    14.   Government Exhibit 79, is a true and correct copy of YOFC Bank Slip 1629 for
3          $209,066.68, dated 11/29/00.

4    15.   Government Exhibit 80, is a true and correct copy of YOFC Bank Slip 1825 for
5          $213,682.76, dated 1/8/01.

6    16.   Government Exhibit 81, is a true and correct copy of YOFC Bank Slip 1846 for
7          $220,061.35, dated 2/9/01.

AGREED AND STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 19, 2008          /s/ Thomas M. Newman
                             THOMAS M. NEWMAN
                             Assistant United States Attorney
                             Tax Division
                             Attorney for United States of America


Dated: May 19, 2008          /s/ Christopher Cannon
                             CHRISTOPHER J. CANNON
                             Attorney for Defendant
                             Diana Lu


**O R D E R**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

_____
PHILLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE