1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
5  9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
     Telephone: (415) 436-7000
7
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0325-PJH |
| Plaintiff, ) | |
| ) | FOURTH TRIAL STIPULATION |
| v. ) | OF EXHIBITS |
| DIANA LU ) | |
| a/k/a Diana Jing Jing Hojsak, ) | |
| a/k/a Jing Jing Lu, ) | |
| a/k/a Diana Hojsak, ) | |
| Defendant. ) | |

The United States of America, by and through Assistant United States Attorney Cynthia Stier, and defendant Diana Lu, a/k/a Diana Hojsak, through her attorney Christopher Cannon, agree and stipulate for the purposes of the trial in this case, only, that the following marked and identified documentary exhibits are authentic copies of original records and are admitted into evidence in the trial of this case.[1/] The parties agree that entering into these stipulations will in no way limit either party from eliciting relevant testimony from witnesses, including testimony related to the subject matter of the stipulations. The documents speak for themselves regarding the numbers on each particular document and the numbers in this stipulation are for description

---

[1/]  The Court previously overruled Defendant's objections to evidence outside the years charged. The Defendant wishes to preserve its previously stated objections to the admissibility of this evidence.

1  only and are not to be given to the jury. The Defendant further preserves the right to object to
2  the relevance and admissibility of documents prepared in 1998, 1999, 2002, 2003, and 2004.

3    1.    Government Exhibit 82, is a true and correct copy of YOFC wire to Wells Fargo
4        Bank dated Sept 9, 1998 for $5,985.00.
5    2.    Government Exhibit 83, is a true and correct copy of YOFC wire to Wells Fargo
6        Bank dated Sept 30, 1998 for $2,985.00.
7    3.    Government Exhibit 84, is a true and correct copy of YOFC wire to Wells Fargo
8        Bank dated Nov 13, 1998 for $2,985.00.
9    4.    Government Exhibit 85, is a true and correct copy of YOFC wire to Wells Fargo
10       Bank dated Nov 13, 1998 for $84,730.76.
11   5.    Government Exhibit 86, is a true and correct copy of YOFC wire to Wells Fargo
12       Bank dated Dec 18, 1998 for $2,985.00.
13   6.    Government Exhibit 87, is a true and correct copy of YOFC wire to Wells Fargo
14       Bank dated Feb 4, 1999 for $18,144.81.
15   7.    Government Exhibit 88, is a true and correct copy of YOFC wire to Wells Fargo
16       Bank dated Mar 4, 1999 for $8,985.00.
17   8.    Government Exhibit 89, is a true and correct copy of YOFC wire to Wells Fargo
18       Bank dated Mar 9, 1999 for $42,376.53.
19   9.    Government Exhibit 90, is a true and correct copy of YOFC wire to Wells Fargo
20       Bank dated Apr 13, 1999 for $2,985.00.
21   10.   Government Exhibit 91, is a true and correct copy of YOFC wire to Wells Fargo
22       Bank dated May 19, 1999 for $114,502.40.
23   11.   Government Exhibit 92, is a true and correct copy of YOFC wire to Wells Fargo
24       Bank dated Jun 21, 1999 for $5,985.00.
25   12.   Government Exhibit 93, is a true and correct copy of YOFC wire to Wells Fargo
26       Bank dated Jun 29, 1999 for $2,980.00.
27   13.   Government Exhibit 94, is a true and correct copy of YOFC wire to Wells Fargo
28

*Stipulation Regarding Trial Exhibits*
Case No. CR-07-0325-PJH        2

1  Bank dated Jul 2, 1999 for $105,891.08.

2  14. Government Exhibit 95, is a true and correct copy of YOFC wire to Wells Fargo
3  Bank dated Jul 21, 1999 for $114,810.98.

4  15. Government Exhibit 96, is a true and correct copy of YOFC wire to Wells Fargo
5  Bank dated Aug 31, 1999 for $77,850.00.

6  16. Government Exhibit 97, is a true and correct copy of YOFC wire to Wells Fargo
7  Bank dated Oct 13, 1999 for $103,382.05.

8  17. Government Exhibit 98, is a true and correct copy of YOFC wire to Wells Fargo
9  Bank dated Nov 26, 1999 for $160,621.48.

10 18. Government Exhibit 99, is a true and correct copy of YOFC wire to Wells Fargo
11 Bank dated Feb 2, 2000 for $205,458.33.

12 19. Government Exhibit 100, is a true and correct copy of YOFC wire to Wells Fargo
13 Bank dated March 29, 2000 for $84,007.00.

14 20. Government Exhibit 101, is a true and correct copy of YOFC wire to Wells Fargo
15 Bank dated June 8, 2000 for $20,741.00.

16 21. Government Exhibit 102, is a true and correct copy of YOFC wire to Wells Fargo
17 Bank dated Sept 15, 2000 for $71,176.53.

18 22. Government Exhibit 103, is a true and correct copy of YOFC wire to Wells Fargo
19 Bank dated Feb 13, 2001 for $220,046.35.

20 23. Government Exhibit 104, is a true and correct copy of YOFC wire to HSBC dated
21 Feb 3, 2000 for $60,597.28.

22 24. Government Exhibit 105, is a true and correct copy of YOFC wire to HSBC dated
23 March 30, 2000 for $29,273.00.

24 25. Government Exhibit 106, is a true and correct copy of YOFC wire to HSBC dated
25 May 18, 2000 for $52,635.84.

26 26. Government Exhibit 107, is a true and correct copy of YOFC wire to HSBC dated
27 June 9, 2000 for $156,339.53.

28

1  27. Government Exhibit 108, is a true and correct copy of YOFC wire to HSBC dated July 6, 2000 for $413,202.15.

2  28. Government Exhibit 109, is a true and correct copy of YOFC wire to HSBC dated Aug 12, 2000 for $200,678.61.

3  29. Government Exhibit 110, is a true and correct copy of YOFC wire to HSBC dated Sept 16, 2000 for $244,543.69.

4  30. Government Exhibit 111, is a true and correct copy of YOFC wire to HSBC dated Oct 25, 2000 for $166,234.57.

5  31. Government Exhibit 112, is a true and correct copy of YOFC wire to HSBC dated Oct 25, 2000 for $158,354.50.

6  32. Government Exhibit 113, is a true and correct copy of YOFC wire to HSBC dated Dec 2, 2000 for $209,045.26.

7  33. Government Exhibit 114, is a true and correct copy of YOFC wire to HSBC dated Jan 11, 2001 for $213,661.34.

AGREED AND STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 19, 2008        /s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorney for United States of America

Dated: May 19, 2008        /s/ Christopher Cannon
CHRISTOPHER J. CANNON
Attorney for Defendant
Diana Lu

*Stipulation Regarding Trial Exhibits*
Case No. CR-07-0325-PJH        4

**O R D E R**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

_____
PHILLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE