JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN STRETCH
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIANA LU ) <br> a/k/a Diana Jing Jing Hojsak, ) <br> a/k/a Jing Jing Lu, ) <br> a/k/a Diana Hojsak, ) <br> ) <br> Defendant. ) <br> ) | No. CR-07-0325-PJH <br><br> FIFTH TRIAL STIPULATION <br> OF EXHIBITS |

The United States of America, by and through Assistant United States Attorney Cynthia Stier, and defendant Diana Lu, a/k/a Diana Hojsak, through her attorney Christopher Cannon, agree and stipulate for the purposes of the trial in this case, only, that the following marked and identified documentary exhibits are authentic copies of original records and are admitted into evidence in the trial of this case.[1] The parties agree that entering into these stipulations will in no way limit either party from eliciting relevant testimony from witnesses, including testimony related to the subject matter of the stipulations. The documents speak for themselves regarding the numbers on each particular document and the numbers in this stipulation are for description

---

[1] The Court previously overruled Defendant's objections to evidence outside the years charged. The Defendant wishes to preserve its previously stated objections to the admissibility of this evidence.

1  only and are not to be given to the jury.  The Defendant further preserves the right to object to
2  the relevance and admissibility of documents prepared in 1998, 1999, 2002, 2003, and 2004.

3      1.    Government Exhibit 115, is a true and correct copy of the Signature Card,
4           Application and Bank Statements for account 025-578345-833.
5      2.    Government Exhibit 116, is a true and correct copy of a Wire Transfer dated Feb
6           3, 2000 for $60,597.28.
7      3.    Government Exhibit 117, is a true and correct copy of a Wire Transfer dated
8           March 30, 2000 for $29,273.00.
9      4.    Government Exhibit 118, is a true and correct copy of a Wire Transfer dated May
10          18, 2000 for $52,635.84.
11     5.    Government Exhibit 119, is a true and correct copy of a Wire Transfer dated Jun
12          9, 2000 for $156,339.53.
13     6.    Government Exhibit 120, is a true and correct copy of a Wire Transfer dated July
14          6, 2000 for $413,202.15.
15     7.    Government Exhibit 121, is a true and correct copy of a Wire Transfer dated Aug
16          12, 2000 for $200,678.61.
17     8.    Government Exhibit 122, is a true and correct copy of a Wire Transfer dated Sept
18          16, 2000 for $244,543.69.
19     9.    Government Exhibit 123, is a true and correct copy of a Wire Transfer dated Oct
20          25, 2000 for $166,234.57.
21     10.   Government Exhibit 124, is a true and correct copy of a Wire Transfer dated Oct
22          25, 2000 for $158,354.50.
23     11.   Government Exhibit 125, is a true and correct copy of a Wire Transfer dated Dec
24          2, 2000 for $209,045.26.
25     12.   Government Exhibit 126, is a true and correct copy of a Wire Transfer dated Jan
26          11, 2001 for $213,661.34.

27
28

AGREED AND STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 19, 2008          /s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America


Dated: May 19, 2008          /s/ Christopher Cannon
CHRISTOPHER J. CANNON
Attorney for Defendant
Diana Lu


# **O R D E R**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

_____
PHILLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*Stipulation Regarding Trial Exhibits*
Case No. CR-07-0325-PJH              3