**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date:** May 19, 2008　　　　　　　　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman　　　　　**Court Reporter:** Belle Ball

**PROCEEDINGS**

　　　Jury Trial (Day 1 of 5)-Held. The court selects a jury. Preliminary jury instructions are given to the jury by the court. The court hears opening statements from the government and defendant. The jury is excused for the day.

　　　The court addresses the jury instruction issue. Mr. Cannon to submit instruction regarding materiality by first thing tomorrow morning.

　　　The government to submit a brief supporting argument regarding summary witness by noon on Wednesday 5/21/08. Any response shall be filed by the afternoon on Thursday 5/22/08.

**CASE CONTINUED TO: May 20, 2008 at 8:30 a.m. for Jury Trial (day 2 of 5).**

**cc:**　　chambers