UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 20, 2008  **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-07-325 PJH

**Case Name:**    UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**     Cynthia Stier; Tom Newman
**Attorney for Defendant:**  Chris Cannon

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Belle Ball


**PROCEEDINGS**

Jury Trial (Day 2 of 5)-Held.  See attached exhibit and witness list log.


**CASE CONTINUED TO:** May 22, 2008 at 8:30 a.m. for Jury Trial (day 3 of 5).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| **JUDGE** Phyllis J. Hamilton | **PLAINTIFF ATTORNEY:** Cynthia Stier; Thomas Newman | **DEFENSE ATTORNEY**: Chris Cannon |
|---|---|---|
| **JURY SELECTION**: 5/19/08 **TRIAL DATE:** 5/20/08 | **REPORTER(S):** Belle Ball | **CLERK**: Nichole Heuerman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | **TUESDAY MAY 20, 2008** |  |
|  |  | 8:20 |  |  | The court is in session. The court addresses issues regarding juror Ms. Crooks. Ms. Crooks is excused from jury service. |  |
|  |  | 8:35 |  |  | Defendant's motion to exclude all witnesses including special agent Nick Connors is tentatively granted by the court. Mr. Conners shall be excluded until the court has an opportunity read the brief submitted by the government. |  |
|  |  | 9:10 |  |  | The government calls first witness Martin L. Fineman. |  |
| 6 |  | 5/20/08 | x |  | Government's Exhibit 6: Superior Court documents | Pltf |
| 184 |  | 5/20/08 | x | x | Government's Exhibit 184: Transcript Excerpts from defendant's deposition and JAMS proceeding | Pltf |
|  |  | 9:44 |  |  | Cross examination of Mr. Fineman |  |
|  |  | 9:55 |  |  | The court is made aware that Mr. Fineman is represented by Sam Dawood. Defendant's request for sidebar is granted by the court. |  |
|  |  | 10:00 |  |  | Cross examination of Mr. Fineman continues |  |
|  |  | 10:15 |  |  | The court takes a 15 minute break. |  |
|  |  | 10:35 |  |  | The court is back in session; cross examination of Mr. Fineman continues |  |
| 52 |  | 5/20/08 | x |  | Government's Exhibit 52: Invoice dated 1/11/00 | Def |
|  |  | 11:20 |  |  | Re-direct examination of Mr. Fineman |  |
|  |  | 11:25 |  |  | Re-cross examination of Mr. Fineman |  |
| 54 |  | 5/20/08 | x |  | Government's Exhibit 54: Invoice dated 12/16/99 | Def |
| 57 |  | 5/20/08 | x |  | Government's Exhibit 57: Invoice dated 6/2/00 | Def |
|  |  | 11:30 |  |  | Re-direct examination of Mr. Fineman |  |

Page One

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:31 | | | Mr. Fineman is excused | |
| | | 11:32 | | | Government calls second witness Changkun Yan-Mr. Yan is also represented by Mr. Dawood.  Mandarin Interpreter Amy Lo is on stand-by to assist Mr. Yan if necessary. | |
| 8 | | 5/20/08 | x | | Government's Exhibit-8: Invoice dated 7/24/98 | Pltf |
| 9 | | 5/20/08 | x | | Government's Exhibit-9: Invoice dated 8/24/98 | Pltf |
| 10 | | 5/20/08 | x | | Government's Exhibit-10: Invoice dated 9/24/98 | Pltf |
| 11 | | 5/20/08 | x | | Government's Exhibit-11: Invoice dated 10/24/98 | Pltf |
| 12 | | 5/20/08 | x | | Government's Exhibit-12: Invoice dated 10/21/98 | Pltf |
| 13 | | 5/20/08 | x | | Government's Exhibit-13: Invoice dated 11/22/98 | Pltf |
| 14 | | 5/20/08 | x | | Government's Exhibit-14: Invoice dated 11/24/98 | Pltf |
| 15 | | 5/20/08 | x | | Government's Exhibit-15: Invoice dated 12/8/98 | Pltf |
| 16 | | 5/20/08 | x | | Government's Exhibit-16: Invoice dated 12/24/98 | Pltf |
| 17 | | 5/20/08 | x | | Government's Exhibit-17: Invoice dated 1/24/99 | Pltf |
| 18 | | 5/20/08 | x | | Government's Exhibit-18: Invoice dated 1/29/99 | Pltf |
| 19 | | 5/20/08 | x | | Government's Exhibit-19: Invoice dated 2/24/99 | Pltf |
| 20 | | 5/20/08 | x | | Government's Exhibit-20: Invoice dated 2/24/99 | Pltf |
| 21 | | 5/20/08 | x | | Government's Exhibit-21: Invoice dated 3/24/99 | Pltf |
| 22 | | 5/20/08 | x | | Government's Exhibit-22: Invoice dated 4/10/99 | Pltf |
| 23 | | 5/20/08 | x | | Government's Exhibit-23: Invoice dated 4/15/99 | Pltf |
| 24 | | 5/20/08 | x | | Government's Exhibit-24: Invoice dated 4/17/99 | Pltf |
| 25 | | 5/20/08 | x | | Government's Exhibit-25: Invoice dated 4/24/99 | Pltf |
| 26 | | 5/20/08 | x | | Government's Exhibit-26: Invoice dated 4/29/99 | Pltf |
| 27 | | 5/20/08 | x | | Government's Exhibit-27: Invoice dated 4/29/99 | Pltf |
| 28 | | 5/20/08 | x | | Government's Exhibit-28: Invoice dated 4/30/99 | Pltf |
| 29 | | 5/20/08 | x | | Government's Exhibit-29: Invoice dated 5/3/99 | Pltf |
| 31 | | 5/20/08 | x | | Government's Exhibit-31: Invoice dated 5/3/99 | Pltf |

Case No:**CR-07-0325 PJH**                                                 Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 32 | | 5/20/08 | x | | Government's Exhibit-32: Invoice dated 5/14/99 | Pltf |
| 34 | | 5/20/08 | x | | Government's Exhibit-34: Invoice dated 5/20/99 | Pltf |
| 35 | | 5/20/08 | x | | Government's Exhibit-35: Invoice dated 5/24/99 | Pltf |
| 36 | | 5/20/08 | x | | Government's Exhibit-36: Invoice dated 5/25/99 | Pltf |
| 37 | | 5/20/08 | x | | Government's Exhibit-37: Invoice dated 5/27/99 | Pltf |
| 38 | | 5/20/08 | x | | Government's Exhibit-38: Invoice dated 5/27/99 | Pltf |
| 44 | | 5/20/08 | x | | Government's Exhibit-44: Invoice dated 9/2/99 | Pltf |
| 45 | | 5/20/08 | x | | Government's Exhibit-45: Invoice dated 9/10/99 | Pltf |
| 46 | | 5/20/08 | x | | Government's Exhibit-46: Invoice dated 9/25/99 | Pltf |
| 48 | | 5/20/08 | x | | Government's Exhibit-48: Invoice dated 9/30/99 | Pltf |
| 49 | | 5/20/08 | x | | Government's Exhibit-49: Invoice dated 10/2/99 | Pltf |
| 50 | | 5/20/08 | x | | Government's Exhibit-50: Invoice dated 10/23/99 | Pltf |
| 51 | | 5/20/08 | x | | Government's Exhibit-51: Invoice dated 11/16/99 | Pltf |
| 52 | | 5/20/08 | x | | Government's Exhibit-52: Invoice dated 12/1/99 | Pltf |
| 58 | | 5/20/08 | x | | Government's Exhibit-58: Invoice dated 7/5/00 | Pltf |
| 59 | | 5/20/08 | x | | Government's Exhibit-59: Invoice dated 7/31/00 | Pltf |
| 60 | | 5/20/08 | x | | Government's Exhibit-60: Invoice dated 7/31/00 | Pltf |
| 61 | | 5/20/08 | x | | Government's Exhibit-61: Invoice dated 9/27/00 | Pltf |
| 62 | | 5/20/08 | x | | Government's Exhibit-62: Invoice dated 9/1/00 | Pltf |
| 64 | | 5/20/08 | x | | Government's Exhibit-64: Invoice dated 12/20/00 | Pltf |
| 65 | | 5/20/08 | x | | Government's Exhibit-65: Invoice dated 1/2/01 | Pltf |
| | | 12:05 | | | The court takes 15 minute break | |
| | | 12:21 | | | The court is back in session; continued direct examination of Mr. Yan | |
| | | 12:32 | | | Cross examination of Mr. Yan | |
| | A-1 | 5/20/08 | x | | Defendant's Exhibit A-1 | |
| | A-2 | 5/20/08 | x | | Defendant's Exhibit A-2 | |

Case No:**CR-07-0325 PJH**                              Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 42 | | 5/20/08 | x | | Government's Exhibit 42: Invoice dated 8/18/99 | Def |
| | | 1:30 | | | The jury is dismissed for the day | |
| | | 1:31 | | | The court hears argument regarding summary witness. Defense counsel may submit something in response no later than noon on 5/21/08. | |
| | | 1:45 | | | The court is adjourned for the day | |
| | | | | | | |

Page 4