**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CRIMINAL MINUTES**</u>

**Date: May 22, 2008**                                  **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-325 PJH**

**Case Name:    UNITED STATES   v.   DIANA HOJSAK (Present)**

**Attorney for Plaintiff:**    Cynthia Stier; Tom Newman
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:** Nichole Heuerman                **Court Reporter**: Belle Ball

**PROCEEDINGS**

Jury Trial (Day 3 of 5)-Held.  See attached exhibit and witness list log.

**CASE CONTINUED TO: May 23, 2008 at 8:30 a.m. for Jury Trial (day 4 of 5)**.

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **THURSDAY MAY 22, 2008** | |
| | | 8:15 | | | The court is back in session.  The court hears further argument and makes ruling on pending motion to exclude witness. | |
| | | 8:33 | | | The court addresses the issue regarding protective order in civil case.  Mr. Dawood appears. | |
| | | 8:40 | | | The jury is now present | |
| | | 8:41 | | | Continued cross examination of Mr. Yan | |
| | A-3 | 5/22/08 | x | | Defendant's Exhibit A-3: memo to ATI from C. Sun 1/1/00 | Def |
| | A-4 | 5/22/08 | x | x | Defendant's Exhibit A-4:Fax dated 11/10/98 to Allied Telecom from J. Cain | Def |
| | A-5 | 5/22/08 | x | x | Defendant's Exhibit A-5: memo dated 6/3/98 to YOFC from D. Hojsak | Def |
| | | 9:14 | | | Re direct examination of Mr. Yan | |
| | | | | | **The government's request to move exhibit 7, 8-29, 31-32, 34-38, 40-52 and 54-65 into evidence is granted by the court** | |
| | | 9:15 | | | Re cross examination of Mr Yan | |
| | A-6 | 5/22/08 | x | x | Defendant's Exhibit A-6: SM fiber domestic sales quantity record from Jan 1997 to Dec 2001 | Def |
| | | 9:17 | | | Mr Yan is excused | |
| | | 9:18 | | | The court takes the next witness out of order.  Defendant calls first witness John Cain | |
| | A-7 | 5/22/08 | x | x | Defendant' Exhibit A-7: fax dated 6/29/98to D&J Fibre Optics from J. Cain | Def |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:50 | | | Cross examination of Mr. Cain | |
| | | | | | Mr. Cain is excused | |
| | | 9:52 | | | Government calls third witness Bin Zhang, Mr. Zhang is assisted by the Mandarin Interpreter Amy Lo | |
| 66 | | 5/22/08 | x | x | Government's Exhibit-66: YOFC Bank Slip 2316 | Pltf |
| 67 | | 5/22/08 | x | x | Government's Exhibit-67: YOFC Bank Slip 2315 | Pltf |
| 68 | | 5/22/08 | x | x | Government's Exhibit-68: YOFC Bank Slip 503 | Pltf |
| 69 | | 5/22/08 | x | x | Government's Exhibit-69: YOFC Bank Slip 504 | Pltf |
| 70 | | 5/22/08 | x | x | Government's Exhibit-70: YOFC Bank Slip 2679 | Pltf |
| 71 | | 5/22/08 | x | x | Government's Exhibit-71: YOFC Bank Slip 512 | Pltf |
| 72 | | 5/22/08 | x | x | Government's Exhibit-72: YOFC Bank Slip 513 | Pltf |
| 73 | | 5/22/08 | x | x | Government's Exhibit-73: YOFC Bank Slip 3187 | Pltf |
| 74 | | 5/22/08 | x | x | Government's Exhibit-74: YOFC Bank Slip 3440 | Pltf |
| 75 | | 5/22/08 | x | x | Government's Exhibit-75: YOFC Bank Slip 1008 | Pltf |
| 76 | | 5/22/08 | x | x | Government's Exhibit-76: YOFC Bank Slip 1007 | Pltf |
| 77 | | 5/22/08 | x | x | Government's Exhibit-77: YOFC Bank Slip 1227 | Pltf |
| 78 | | 5/22/08 | x | x | Government's Exhibit-78: YOFC Bank Slip 1223 | Pltf |
| 79 | | 5/22/08 | x | x | Government's Exhibit-79: YOFC Bank Slip 1629 | Pltf |
| 80 | | 5/22/08 | x | x | Government's Exhibit-80: YOFC Bank Slip 1825 | Pltf |
| 81 | | 5/22/08 | x | x | Government's Exhibit-81: YOFC Bank Slip 1846 | Pltf |
| | | 10:20 | | | The court takes a 15 minute break | |
| | | 10:36 | | | The court is back in session, continued direct examination of Mr. Zhang | |
| | | 10:40 | | | Cross examination of Mr. Zhang | |

| | A-8 | 5/22/08 | x | x | Defendant's Exhibit A-8 | Def |
|---|---|---|---|---|---|---|
| | A-9 | 5/22/08 | x | x | Defendant's Exhibit A-9: **pages 4 and 7 are admitted only** | Def |
| | | | | | | |
| | A-10 | 5/22/08 | x | | Defendant's Exhibit A-10 | Def |
| | A-13 | 5/22/08 | x | x | Defendant's Exhibit A-13 | Def |
| | A-15 | 5/22/08 | x | | Defendant's Exhibit A-15 | Def |
| | | 11:30 | | | Re direct examination of Mr. Zhang | |
| | | 11:35 | | | Re cross examination of Mr. Zhang | |
| | | 11:37 | | | Mr Zhang is excused | |
| | | 11:39 | | | The next witness is called out of order.  Defendant calls second witness Sam Dawood | |
| | A-16 | 5/22/08 | x | x | Defendant's Exhibit A-16 | |
| | | 11:50 | | | Cross examination of Mr. Dawood | |
| | | 11:51 | | | Mr. Dawood is excused | |
| | | 11:52 | | | the court takes a 15 minute break | |
| | | 12:10 | | | the court is back in session; the government calls fourth witness Tim Mathers | |
| 164 | | 5/22/08 | x | x | Government's Exhibit 164: Transcript of Acct 1998 | Pltf |
| 165 | | 5/22/08 | x | x | Government's Exhibit 165: Transcript of Acct 1999 | Pltf |
| 166 | | 5/22/08 | x | x | Government's Exhibit 166: Transcript of Acct 2000 | Pltf |
| 167 | | 5/22/08 | x | x | Government's Exhibit 167: Transcript of Acct 2001 | Pltf |
| 168 | | 5/22/08 | x | x | Government's Exhibit 168: Transcript of Acct 2002 | Pltf |
| 169 | | 5/22/08 | x | | objection to admittance, withdrawn by government | Pltf |
| 170 | | 5/22/08 | x | x | Government's Exhibit 170: Transcript of Acct for ATI for BMF | Pltf |
| 171 | | 5/22/08 | x | x | Government's Exhibit 171: Transcript of Acct for ATI 1998 | Pltf |
| 172 | | 5/22/08 | x | x | Government's Exhibit 172: Transcript of Acct for ATI 1999 | Pltf |
| 173 | | 5/22/08 | x | x | Government's Exhibit 173: Transcript of Acct for ATI 2000 | Pltf |
| 174 | | 5/22/08 | x | x | Government's Exhibit 174: Transcript of Acct for ATI 2001 | Pltf |

| 175 | | 5/22/08 | x | x | Government's Exhibit 175: Transcript of Acct for ATI 2002 | Pltf |
| 176 | | 5/22/08 | x | | objection to admittance; withdrawn by government | Pltf |
| 177 | | 5/22/08 | x | x | Government's Exhibit 177: 1999 Form 1040 | Pltf |
| 178 | | 5/22/08 | x | x | Government's Exhibit 178: 2000 Form 1040 | Pltf |
| 179 | | 5/22/08 | x | x | Government's Exhibit 179: 2001 Form 1040 | Pltf |
| 180 | | 5/22/08 | x | x | Government's Exhibit-180: 1998 Form 1120 | Pltf |
| 181 | | 5/22/08 | x | x | Government's Exhibit 181: 1999 Form 1120 | Pltf |
| 182 | | 5/22/08 | x | x | Government's Exhibit 182: 2000 Form 1120 | Pltf |
| 183 | | 5/22/08 | x | x | Government's Exhibit 183: 2001 Form 1120 | Pltf |
| | | 12:55 | | | cross examination of Mr. Mathers | |
| | | 1:10 | | | re direct examination of Mr. Mathers | |
| | | 1:12 | | | re cross examination of Mr. Mathers | |
| | | 1:15 | | | Government calls fifth witness Brian Wong | |
| 104 | | 5/22/08 | x | x | Government's Exhibit 104: YOFC wire to HSBC 2/3/00 | Pltf |
| 105 | | 5/22/08 | x | x | Government's Exhibit 105: YOFC wire to HSBC 3/30/00 | Pltf |
| 106 | | 5/22/08 | x | x | Government's Exhibit 106: YOFC wire to HSBC 5/18/00 | Pltf |
| 107 | | 5/22/08 | x | x | Government's Exhibit 107: YOFC wire to HSBC 6/9/00 | Pltf |
| 108 | | 5/22/08 | x | x | Government's Exhibit 108: YOFC wire to HSBC 7/6/00 | Pltf |
| 109 | | 5/22/08 | x | x | Government's Exhibit 109: YOFC wire to HSBC 8/12/00 | Pltf |
| 110 | | 5/22/08 | x | x | Government's Exhibit 110: YOFC wire to HSBC 9/16/00 | Pltf |
| 111 | | 5/22/08 | x | x | Government's Exhibit 111: YOFC wire to HSBC 10/25/00 | Pltf |
| 112 | | 5/22/08 | x | x | Government's Exhibit 112: YOFC wire to HSBC 10/25/00 | Pltf |
| 113 | | 5/22/08 | x | x | Government's Exhibit 113: YOFC wire to HSBC 12/2/00 | Pltf |
| 114 | | 5/22/08 | x | x | Government's Exhibit 114: YOFC wire to HSBC 1/11/01 | Pltf |
| 200 | | 5/22/08 | x | | Government's Exhibit 200: HSBC Bank Statements | Pltf |
| | | 1:30 | | | the jury is released for the day | |
| | | 1:37 | | | court is adjourned for the day | |