UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: May 23, 2008

JUDGE: Phyllis J. Hamilton

Case No: CR-07-325 PJH

Case Name: UNITED STATES v. DIANA HOJSAK (Present)

Attorney for Plaintiff: Cynthia Stier; Tom Newman
Attorney for Defendant: Chris Cannon

Deputy Clerk: Nichole Heuerman

Court Reporter: Belle Ball

PROCEEDINGS

Jury Trial (Day 4of 6)-Held. See trial and exhibit log.

CASE CONTINUED TO: May 27, 2008 at 8:30 a.m. for Jury Trial (day 5 of 6).

cc:   chambers

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FRIDAY MAY 23, 2008** | |
| | | 8:25 | | | The court is back in session | |
| | | 8:34 | | | The jury is now present | |
| | | 8:35 | | | continued direct examination of Mr. Wong | |
| 115 | | 5/23/08 | x | x | Government's Exhibit 115: Signature card, application, bank statements | Pltf |
| 200 | | 5/23/08 | x | x | Government's Exhibit 200: bates numbers 1717-1718 1728 and 1737 | Pltf |
| 127 | | 5/23/08 | x | x | Government's Exhibit 127: bates number 299 | Pltf |
| 128 | | 5/23/08 | x | x | Government's Exhibit 128: bates numbers 304 and 305 | Pltf |
| 129 | | 5/23/08 | x | x | Government's Exhibit 129: bates number 306 and 307 | Pltf |
| 130 | | 5/23/08 | x | x | Government's Exhibit 130: bates number 312 | Pltf |
| 201 | | 5/23/08 | x | x | Government's Exhibit 201: | Pltf |
| | | 8:50 | | | cross examination of Mr. Wong | |
| | | 8:57 | | | re direct examination of Mr. Wong | |
| | | 8:59 | | | re cross examination of Mr. Wong, Mr. Wong is excused | |
| | | 9:00 | | | government calls sixth witness Christina Anderson | |
| 131 | | 5/23/08 | x | x | Government's Exhibit 131: bates numbers 313 and 314 | Pltf |
| 132 | | 5/23/08 | x | x | Government's Exhibit 132: bates numbers 315 and 316 | Pltf |
| 133 | | 5/23/08 | x | x | Government's Exhibit 133: bates number 317 | Pltf |
| 134 | | 5/23/08 | x | x | Government's Exhibit 134: bates numbers 319 and 318 | Pltf |
| 135 | | 5/23/08 | x | x | Government's Exhibit 135: bates numbers 320 and 321 | Pltf |
| 136 | | 5/23/08 | x | x | Government's Exhibit 136: bates numbers 322 and 323 | Pltf |
| 137 | | 5/23/08 | x | x | Government's Exhibit 137: bates numbers 324 and 325 | Pltf |
| 138 | | 5/23/08 | x | x | Government's Exhibit 138: bates numbers 326 and 327 | Pltf |
| 139 | | 5/23/08 | x | x | Government's Exhibit 139: bates numbers 328 and 329 | Pltf |
| 140 | | 5/23/08 | x | x | Government's Exhibit 140: bates numbers 330 and 331 | Pltf |

Case No: **CR-07-0325 PJH** Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 141 | | 5/23/08 | x | x | Government's Exhibit 141: bates numbers 332 and 333 | Pltf |
| 142 | | 5/23/08 | x | x | Government's Exhibit 142: bates numbers 334 and 336 | Pltf |
| 143 | | 5/23/08 | x | x | Government's Exhibit 143: bates numbers 337 and 338 | Pltf |
| 144 | | 5/23/08 | x | x | Government's Exhibit 144: bates numbers 339 and 340 | Pltf |
| 145 | | 5/23/08 | x | x | Government's Exhibit 145: bates numbers 341 and 342 | Pltf |
| 146 | | 5/23/08 | x | x | Government's Exhibit 146: bates numbers 343 and 344 | Pltf |
| 147 | | 5/23/08 | x | x | Government's Exhibit 147: bates numbers 345 and 346 | Pltf |
| 148 | | 5/23/08 | x | x | Government's Exhibit 148: bates numbers 347 and 348 | Pltf |
| 149 | | 5/23/08 | x | x | Government's Exhibit 149: bates numbers 349 and 350 | Pltf |
| 150 | | 5/23/08 | x | x | Government's Exhibit 150: bates numbers 351 and 352 | Pltf |
| 151 | | 5/23/08 | x | x | Government's Exhibit 151: bates numbers 353-357 | Pltf |
| 152 | | 5/23/08 | x | x | Government's Exhibit 152: bates numbers 358 and 359 | Pltf |
| 153 | | 5/23/08 | x | x | Government's Exhibit 153: bates numbers 360 and 361 | Pltf |
| 154 | | 5/23/08 | x | x | Government's Exhibit 154: bates numbers 363 and 364 | Pltf |
| 155 | | 5/23/08 | x | x | Government's Exhibit 155: bates numbers 365-367 | Pltf |
| 156 | | 5/23/08 | x | x | Government's Exhibit 156: bates number 368 | Pltf |
| 157 | | 5/23/08 | x | x | Government's Exhibit 157: bates numbers 369-371 | Pltf |
| 158 | | 5/23/08 | x | x | Government's Exhibit 158: bates numbers 372 and 373 | Pltf |
| 159 | | 5/23/08 | x | x | Government's Exhibit 159: bates numbers 374 and 375 | Pltf |
| 160 | | 5/23/08 | x | x | Government's Exhibit 160: bates numbers 377, 379 and 380 | Pltf |
| | | 9:29 | | | Ms. Anderson is excused | |
| | | 9:30 | | | government calls seventh witness Ellen King | |
| 202 | | | x | x | Government's Exhibit 202: copies of checks | |
| | | 9:42 | | | cross examination of Ms. King | |
| | | 9:48 | | | re direct examination of Ms. King | |
| | | 9:50 | | | Ms. King is excused | |

Page 9

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:51 | | | government calls eighth witness Yifan Zhang | |
| 161 | | 5/23/08 | x | | Government's Exhibit 161: workpapers fro D. Hojsak | |
| | | 10:10 | | | the court takes a 15 minute break | |
| | | 10:30 | | | the court is back in session, continued direct examination of Ms. Zhang | |
| | | 10:46 | | | cross examination of Ms. Zhang | |
| | A-30 | 5/23/08 | x | x | Defendant's Exhibit A-30 | |
| | A-31 | 5/23/08 | x | x | Defendant's Exhibit A-31 | |
| | A-32 | 5/23/08 | x | | Defendant's Exhibit A-32 | |
| | A-33 | 5/23/08 | x | x | Defendant's Exhibit A-33 | |
| | A-34 | 5/23/08 | x | | Defendant's Exhibit A-34 | |
| | A-35 | 5/23/08 | x | | Defendant's Exhibit A-35 | |
| | A-36 | 5/23/08 | x | | Defendant's Exhibit A-36 | |
| | A-38 | 5/23/08 | x | | Defendant's Exhibit A-38 | |
| | A-37 | 5/23/08 | x | | Defendant's Exhibit A-37 | |
| | A-39 | 5/23/08 | x | | Defendant's Exhibit A-39 | |
| | A-41 | 5/23/08 | x | | Defendant's Exhibit A-41 | |
| | A-42 | 5/23/08 | x | | Defendant's Exhibit A-42 | |
| | A-43 | 5/23/08 | x | | Defendant's Exhibit A-43 | |
| | A-44 | 5/23/08 | x | | Defendant's Exhibit A-44 | |
| | A-46 | 5/23/08 | x | | Defendant's Exhibit A-46 | |
| | A-47 | 5/23/08 | x | | Defendant's Exhibit A-47 | |
| | A-48 | 5/23/08 | x | x | Defendant's Exhibit A-48 | |
| | A-49 | 5/23/08 | x | | Defendant's Exhibit A-49 | |
| | A-50 | 5/23/08 | x | | Defendant's Exhibit A-50 | |
| | A-51 | 5/23/08 | x | x | Defendant's Exhibit A-51 | |
| | A-52 | 5/23/08 | x | x | Defendant's Exhibit A-52 | |

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | A-53 | 5/23/08 | x | x | Defendant's Exhibit A-30 |  |
|  | A-54 | 5/23/08 | x |  | Defendant's Exhibit A-30 |  |
|  | A-55 | 5/23/08 | x |  | Defendant's Exhibit A-30 |  |
|  | A-56 | 5/23/08 | x | x | Defendant's Exhibit A-30 |  |
|  | A-57 | 5/23/08 | x | x | Defendant's Exhibit A-30 |  |
|  | A-58 | 5/23/08 | x | x | Defendant's Exhibit A-30 |  |
|  | A-59 | 5/23/08 | x |  | Defendant's Exhibit A-30 |  |
|  |  | 11:50 |  |  | jury takes a break |  |
|  |  | 11:51 |  |  | the court addresses admissibility of email exhibits |  |
|  |  | 11:55 |  |  | the court takes a 15 minute break |  |
|  |  | 12:11 |  |  | the court is back in session and gives authority and further ruling as to admissibility of emails as stated on the record. |  |
|  |  | 12:20 |  |  | the jury is now present |  |
|  | A-60 | 5/23/08 | x | x | Defendant's Exhibit A-60 |  |
|  | A-64 | 5/23/08 | x | x | Defendant's Exhibit A-64 |  |
|  | A-65 | 5/23/08 | x |  | Defendant's Exhibit A-65 |  |
|  | A-67 | 5/23/08 | x |  | Defendant's Exhibit A-67 |  |
|  | A-68 | 5/23/08 | x |  | Defendant's Exhibit A-68 |  |
|  | A-70 | 5/23/08 | x |  | Defendant's Exhibit A-70 |  |
|  | A-73 | 5/23/08 | x |  | Defendant's Exhibit A-73 |  |
|  | A-74 | 5/23/08 | x |  | Defendant's Exhibit A-74 |  |
|  | A-71 | 5/23/08 | x |  | Defendant's Exhibit A-71 |  |
|  | A-77 | 5/23/08 | x |  | Defendant's Exhibit A-77 |  |
|  | A-79 | 5/23/08 | x |  | Defendant's Exhibit A-79 |  |
|  | A-80 | 5/23/08 | x |  | Defendant's Exhibit A-80 |  |
|  | A-81 | 5/23/08 | x |  | Defendant's Exhibit A-81 |  |
|  | A-82 | 5/23/08 | x |  | Defendant's Exhibit A-82 |  |

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-83 | 5/23/08 | x | | Defendant's Exhibit A-83 | |
| | A-84 | 5/23/08 | x | | Defendant's Exhibit A-84 | |
| | A-85 | 5/23/08 | x | | Defendant's Exhibit A-85 | |
| | A-86 | 5/23/08 | x | | Defendant's Exhibit A-86 | |
| | | 12:45 | | | re direct examination of Ms. Zhang | |
| 162 | | 5/23/08 | x | | page 608 | |
| | | 12:58 | | | re cross examination of Ms. Zhang | |
| | A-75 | 5/23/08 | x | | | |
| | A-76 | 5/23/08 | x | | | |
| | A-78 | 5/23/08 | x | | | |
| | | 1:10 | | | re direct examination of Ms. Zhang | |
| | | 1:13 | | | Ms. Zhang is excused | |
| | | 1:14 | | | government calls ninth witness Hatien Congtang | |
| 187 | | 5/23/08 | x | | Government's Exhibit 187: lender file | |
| 189 | | 5/23/08 | x | | Government's Exhibit 189: lender file | |
| | | 1:30 | | | jury is excused for the day | |
| | | | | | defendant moves to admit exhibits A-30, A-31, A-33, A-36, A-48, A-51, A-52, A-53, A-56, A-57, A-58, A-60 and A-64- all exhibits are admitted except A-36 | |
| | | 1:35 | | | the court is adjourned for the day | |