UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 27, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Belle Ball

**PROCEEDINGS**

Jury Trial (Day 5 of 6)-Held.  See attached exhibit and witness list log.

**CASE CONTINUED TO:** May 29, 2008 at 8:30 a.m. for Jury Trial (day 6 of 6).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**              Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **TUESDAY MAY 27, 2008** | |
| | | 8:30 | | | The jury is present and the court is back in session | |
| | | 8:31 | | | The government calls tenth witness Georgine Lonero | |
| 190 | | 5/27/08 | x | x | Government's Exhibit 190: escrow and title documents | Pltf. |
| 191 | | 5/27/08 | x | x | Government's Exhibit 191: escrow and title documents | Pltf. |
| | | 8:40 | | | Cross examination of Ms. Lonero | |
| 189 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 189: pages 1654, 1655, 1672, 1671, 1660 and 1661 | Deft. |
| | | 8:50 | | | Ms. Lonero is excused | |
| | | 8:52 | | | Government calls eleventh witness Hong-Sheng Teng | |
| 161 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 161: workpapers for D. Hojsak | Pltf. |
| 162 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 162: workpapers for Allied Telecom | Pltf. |
| | | 9:20 | | | Cross Examination of Mr. Teng | |
| | A-92 | 5/27/08 | x | x | Defendant's Exhibit A-92 | Deft. |
| | A-88 | 5/27/08 | x | x | Defendant's Exhibit A-88 | Deft. |
| | | | | | Defense counsel marks for identification 5 binders with bates numbers 3397 to 6157 | |
| | | 10:10 | | | The court takes a 15 minute break | |
| | | 10:27 | | | the court is back in session; continued cross examination of Mr. Teng | |
| | A-87 | 5/27/08 | x | x | Defendant's Exhibit A-87 | Deft. |
| | A-89 | 5/27/08 | x | x | Defendant's Exhibit A-89-entire exhibit admitted including previously admitted pages offered by defendant | Deft. |
| | A-90 | 5/27/08 | x | x | Defendant's Exhibit A-90 | Deft. |
| | A-91 | 5/27/08 | x | x | Defendant's Exhibit A-91 | Deft. |
| | | 11:08 | | | Re direct examination of Mr. Teng | |
| | | 11:14 | | | Re cross examination of Mr. Teng | |
| | | 11:20 | | | Mr. Teng is excused | |
| | | 11:21 | | | Government recalls Hatien Congtang | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 189 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 189: | Pltf. |
| 187 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 187: | Pltf. |
| | | 11:26 | | | Cross examination of Ms. Congtang | |
| | | 11:34 | | | Ms. Congtang is excused | |
| | | 11:35 | | | Government calls next witness (12th) Nick Connors | |
| | | 11:40 | | | Defendant voir dire's Mr. Connors-defendant's objection to Mr. Connors being offered as an expert is overruled. | |
| | | 11:55 | | | The court takes a 15 minute break | |
| | | 12:12 | | | the court is back in session | |
| | | | | | Defendant requests to take a witness out of order. The government objects to the witnesses testimony in its entirety. The court hears argument at sidebar. The request to have a witness testify out of order is granted. | |
| | | 12:18 | | | Defendant calls third witness Scott Frewing | |
| | A-94 | 5/27/08 | x | x | Defendant's Exhibit A-94 | Deft. |
| | A-93 | 5/27/08 | x | x | Defendant's Exhibit A-93 | Deft. |
| | | 12:25 | | | Cross examination of Mr. Frewing | |
| | | 12:27 | | | Re direct examination of Mr. Frewing | |
| | | 12:28 | | | Mr. Frewing is excused | |
| | | 12:29 | | | Government recalls Mr. Connors, continued direct examination | |
| 203 | | 5/27/08 | x | | Government's Exhibit 203 | Pltf. |
| 192 | | 5/27/08 | x | | Government's Exhibit 192: Chart 1-Invoice Details | Pltf. |
| 195 | | 5/27/08 | x | | Government's Exhibit 195:Calculation of unreported gross receipts and additional tax due | Pltf. |
| 193 | | 2/27/08 | x | | Government's Exhibit 193: Chart 2-Deposit Details | Pltf. |
| 196 | | 2/27/08 | x | | Government's Exhibit 196: Income Tax Examination Changes | Pltf. |
| 194 | | 5/27/08 | x | | Government's Exhibit 194:Chart 3-Summary of Invoices and Deposits | Pltf. |
| | | 1:15 | | | Cross examination of Mr. Connors | |
| | | 1:31 | | | The jury is excused for the day | |
| | | 1:32 | | | The court hears argument regarding defendant's expert witness. The court to issue ruling no later than tomorrow. | |
| | | 1:45 | | | The court is adjourned for the day | |