UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 29, 2008　　　　　　　　　　　　**JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**　UNITED STATES　v.　DIANA HOJSAK (Present)

**Attorney for Plaintiff:**　Cynthia Stier; Tom Newman
**Attorney for Defendant:**　Chris Cannon

**Deputy Clerk:** Nichole Heuerman　　　　　**Court Reporter**: Belle Ball

**PROCEEDINGS**

Jury Trial (Day 6 of 7)-Held.  See attached exhibit and witness list log.

**CASE CONTINUED TO:** May 30, 2008 at 8:30 a.m. for Jury Trial (day 7).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                              Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **THURSDAY MAY 29, 2008** | |
| | | 8:20 | | | The court is back in session. The court handles some preliminary issues before the jury is brought out. | |
| | | 8:30 | | | The jury is now present | |
| | | 8:31 | | | Continued cross examination of Mr. Connors | |
| | | 9:10 | | | Re direct examination of Mr. Connors | |
| | | 9:22 | | | Re cross examination of Mr. Connors | |
| | | 9:29 | | | Mr. Connors is excused | |
| | | 9:30 | | | The government rests | |
| | | 9:31 | | | The jury takes a break | |
| | | 9:32 | | | Defendant makes an oral motion under rule 29 which is DENIED by the court as stated on the record | |
| | | 9:41 | | | The jury is now present | |
| | | 9:42 | | | Defendant calls 4th witness Steven Hemminger | |
| | | | | | Defendant uses government exhibit 6 in conjunction with this witness which was marked for identification only on 5/20/08 | |
| | | 10:15 | | | The court takes a 15 minute break | |
| | | 10:35 | | | the court is back in session, continued direct examination of Mr. Hemminger | |
| | | 10:42 | | | Cross examination of Mr. Hemminger | |
| | | 10:45 | | | Mr. Hemminger is excused | |
| | | 10:46 | | | Defendant calls 5th witness Chester Hurtado | |
| | | 10:55 | | | Cross examination of Mr. Hurtado | |
| | | 10:56 | | | Mr. Hurtado is excused | |
| | | 10:57 | | | Defendant calls 6th witness Diana Hojsak | |
| | | 12:00 | | | The court takes a 15 minute break | |
| | | 12:15 | | | The court is back in sessin | |
| | A-95 | 5/29/08 | x | | Defendant's exhibit A-95 | Deft. |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-72 | 5/29/08 | x | | Defendant's Exhibit A-72 | Deft. |
| | | | | | Defense counsel also uses Exhibits A-36-A-39, A-41-A-44, A-46-A-47, A-49-A-50, A-54-A-55, A-59, A-68, A-70-A-74, A-77-A-80, A-82-A-86 which have all been previously marked on 5/23/08 only.  Exhibit A-48 was also used which has previously been marked and admitted into evidence on 5/23/08 | |
| | | 1:00 | | | Cross examination of Ms. Hojsak | |
| 205 | | 5/29/08 | x | | Government's Exhibit 205: Yell Consulting Invoice | Pltf. |
| 207 | | 5/29/08 | x | | Government's Exhibit 207: Yell Consulting Invoice | Pltf. |
| 206 | | 5/29/08 | x | | Government's Exhibit 206: Yell Consulting Invoice | Pltf. |
| 208 | | 5/29/08 | x | | Government's Exhibit 208: Yell Consulting Invoice | Pltf |
| 209 | | 5/29/08 | x | | Government's Exhibit 209: Yell Consulting Invoice | Pltf. |
| 210 | | 5/29/08 | x | | Government's Exhibit 210: Yell Consulting Invoice | Pltf. |
| 211 | | 5/29/08 | x | | Government's Exhibit 211: Yell Consulting Invoice | Pltf. |
| | | 1:30 | | | The jury is release for the day | |
| | | 1:31 | | | Defendant's motion for mistrial-held. The court will make ruling on motion tomorrow morning at 8:15 a.m. | |
| | | 1:40 | | | The court is adjourned for the day | |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|