CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant DIANA JING JING HOJSAK LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>**STIPULATION REGARDING LEGAL FEES** |

The parties stipulate that if Ellen King would be recalled to testify, she would testify that White and Case has received $624,000.00 in legal fees from Diana Hojsak. and that there were no invoices for legal fees prior to late 2003.

Date: 5/30/08

_____
Christopher J. Cannon
Counsel for Diana Hojsak Lu

Date: 5/30/08

_____
Cynithia Stier
Assistant United States Attorney