CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant DIANA JING JING HOJSAK LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>  Defendant. | No. CR 07-0325-PJH<br><br>**STIPULATION REGARDING SAM DAWOOD JOB OFFER** |

The parties stipulate that Sam Dawood interviewed for and was offered a position by the U.S. Dept. of Treasury, IRS Office of the Chief Counsel, in San Francisco as a general litigator in the fall of 2006.

Date: 5/30/08

Christopher J. Cannon
Counsel for Diana Hojsak Lu

Date: 5/30/08

Cynthia Stier
Assistant United States Attorney