UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 30, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Belle Ball

**PROCEEDINGS**

Jury Trial (Day 7 )-Held.  See attached exhibit and witness list log.

**CASE CONTINUED TO: June 2, 2008 at 8:30 a.m. for Jury Trial (day 8)**.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                              Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FRIDAY MAY 30, 2008** | |
| | | 8:17 | | | The court is back in session. The court denies defendant's motion for mistrial as stated on the record. The yell invoices will not be admitted into evidence. | |
| | | 8:41 | | | the jury is now present | |
| | | 8:42 | | | Continued cross examination of Ms. Hojsak | |
| | | | | | exhibits A-95, 205, 207, 208, 209-212 which have all been marked for identification only on 5/29 and exhibits 187, 178, 189 and 179 which have been marked and admitted into evidence on 5/27/08 were used in conjunction with this witness | |
| | | 9:43 | | | Re direct examination of Ms. Hojsak | |
| | | 10:00 | | | The court takes a 15 minute break | |
| | | 10:19 | | | The court is back in session | |
| | | 10:20 | | | Re cross examination of Ms. Hojsak | |
| | | 10:21 | | | Ms. Hojsak is excused | |
| | | 10:22 | | | Defendant calls 7th witness Brian Wong who has previously testified for the government | |
| | | 11:05 | | | Cross examination of Mr. Wong | |
| | | 11:12 | | | Re direct examination of Mr. Wong | |
| | | 11:13 | | | Re cross examination of Mr. Wong | |
| | | 11:14 | | | Mr. Wong is excused | |
| | | 11:15 | | | The government's request to call a rebuttal witness is granted by the court. | |
| | | 11:15 | | | Government calls Ivan Barba | |
| | | 11:16 | | | The court deals with issues regarding Mr. Barba's testimony at sidebar | |
| | | 11:20 | | | Direct examination of Mr. Barba | |
| 215 | | 5/30/08 | x | x | Government's Exhibit 215: **conditionally admitted** | Pltf. |
| | | 11:30 | | | Cross examination of Mr. Barba | |
| | A-98 | 5/30/08 | x | x | Defendant's Exhibit A-98 | Deft. |

|  |  | 11:36 |  | Re direct examination of Mr. Barba |  |
|  |  | 11:40 |  | Mr. Barba is excused |  |
|  |  | 11:41 |  | Two stipulations are read into the record |  |
|  |  | 11:42 |  | Defendant calls 8th witness Kenneth Kreger |  |
| A-99 | 5/30/08 | x |  | Defendant's Exhibit A-99 | Deft. |
| A-100 | 5/30/08 | x |  | Defendant's Exhibit A-100 | Deft. |
| A-101 | 5/30/08 | x |  | Defendant's Exhibit A-101 | Deft. |
|  |  | 12:00 |  | the jury takes a break |  |
|  |  | 12:00 |  | the court addresses issues regarding Mr. Kreger's testimony |  |
|  |  | 12:08 |  | The court takes a 10 minute break |  |
|  |  | 12:22 |  | The court is back in session, continued direct examination of Mr. Kreger |  |
|  |  | 1:10 |  | The jury is released for the day |  |
|  |  | 1:11 |  | The court addresses government's motion to strike Mr. Kreger as a witness.  The court will allow Mr. Kreger to testify with specific instructions as stated on the record. |  |
|  |  | 1:25 |  | The court takes a break until 2:10 |  |
|  |  | 2:18 |  | The court is back in session-the court reviews jury instructions with the parties.  Mr. Cannon to submit a new instruction regarding good faith by Monday morning. |  |
|  |  |  |  | The court admits the following government exhibits 6, 82, 116-126, 163, 192, 192-196, 203 and 215 |  |
|  |  |  |  | The court admits the following defendant exhibits: A-1, A-2, A-38-A-39, A-41-A-43, A-47, A-49, A-50, A-54, A-55, A-65, A-68, A-73, A-74, A-71, A-77, A-81, A-82, A-85, A-86 |  |
|  |  | 3:25 |  | The court adjourns for the day |  |