UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 2, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**   UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier; Tom Newman
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Belle Ball

**PROCEEDINGS**

Jury Trial (Day 8 )-Held.  See attached exhibit and witness list log.

**CASE CONTINUED TO:** June 3, 2008 at 8:30 a.m. for Jury Deliberations.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                              Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **MONDAY JUNE 2, 2008** | |
| | | 8:18 | | | The court is back in session. The court hears further argument regarding the government's motion to strike Mr. Kreger's testimony. Mr. Kreger will be allowed to continue to testify as stated on the record. | |
| | | 8:58 | | | The jury is now present | |
| | | 8:59 | | | Continued direct examination of Mr. Kreger | |
| | A-105 | 6/2/08 | x | | Defendant's Exhibit A-105 | Deft. |
| | A-106 | 6/2/08 | x | | Defendant's Exhibit A-106 | Deft. |
| | A-107 | 6/2/08 | x | | Defendant's Exhibit A-107 | Deft. |
| | A-111 | 6/2/08 | x | | Defendant's Exhibit A-111 | |
| | A-112 | 6/2/08 | x | | Defendant's Exhibit A-112 | |
| | A-114 | 6/2/08 | x | | Defendant's Exhibit A-114 | |
| | | 10:00 | | | The court takes a 15 minute break | |
| | | 10:18 | | | The court is back in session | |
| | A-108 | 6/2/08 | x | | Defendant's Exhibit A-108 | |
| | A-109 | 6/2/08 | x | | Defendant's Exhibit A-109 | |
| | A-110 | 6/2/08 | x | | Defendant's Exhibit A-110 | |
| | | | | | Defendant' requests to move A-105-A-114 into evidence. The court will deal with the exhibits after the testimony is complete. | |
| | | 10:42 | | | Cross examination of Mr. Kreger | |
| | | 11:20 | | | Re direct examination of Mr. Kreger | |
| | | 11:25 | | | Re cross examination of Mr. Kreger | |
| | | 11:26 | | | Re direct examination of Mr. Kreger | |
| | | 11:27 | | | Mr. Kreger is excused | |
| | | 11:28 | | | The defendant rests | |
| | | 11:28 | | | The jury is excused for a few minutes | |
| | | 11:29 | | | The court finalizes the jury instructions | |

| Time | Description |
|---|---|
| 11:44 | The jury is brought back in. The court will take a 45 minute lunch break. The jury is released for lunch |
| 11:46 | The court will admit defendant's exhibit A-105-A-114. A-111 will need to be redacted before given to the jury. The court also admits defendant's exhibit A-95 |
| 11:48 | The court breaks for lunch until 12:30 |
| 12:35 | The court is back in session |
| 12:36 | Closing arguments by the government |
| 1:04 | Closing arguments by the defendant |
| 1:45 | Final closing arguments by the government |
| 1:55 | Jury instructions are read to the jury |
| 2:15 | Deliberations begin |
| 3:25 | Jury Note Number 1: The jury requests the use of a white board. The court gives the jury a white board |
| 4:00 | Jury Note Number 2: the court receives a second note |
| 4:05 | The jury is released for the day |
| 4:06 | The court discusses how to address the second jury note. the parties shall meet and confer and try to reach an agreement, otherwise each side shall submit a proposed instruction by tomorrow morning. |
| 4:30 | The court is adjourned for the day |