UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 3, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Belle Ball

**PROCEEDINGS**

Jury Deliberations-Held. See attached exhibit and witness list log.

**CASE CONTINUED TO:** June 4, 2008 at 8:30 a.m. for Continued Jury Deliberations.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **TUESDAY JUNE 3, 2008** | |
| | | 8:20 | | | The court is back in session to discuss how to respond to jury note number 2. | |
| | | 8:47 | | | The jury is brought in and two additional instructions are read to them | |
| | | 8:50 | | | deliberations continue | |
| | | 1:30 | | | Jury Note Number 3:the clerk answers question after conferring with counsel via telephone | |
| | | 1:30 | | | Jury Note Number 4: the jury requests the transcript of Ms. Hojsak's testimony | |
| | | 1:55 | | | The jury is now present, the court informs the jury that a transcript is not available for their use but that the court reporter can read back the testimony if they would like. The jury shall return to the jury room and discuss what specific portions of Ms. Hojsak's testimony they would like read back or if they would like the entire testimony read back. The court security officer informs the court that the jury does not need a read back of testimony. | |
| | | 3:10 | | | Jury Note Number 5:the jury informs the court they will not be able to reach a unanimous decision on any of the 4 counts. | |
| | | 3:19 | | | The jury is brought out and given an additional instruction | |
| | | 3:20 | | | Jury deliberations continue | |
| | | 4:00 | | | The jury is now present | |
| | | 4:03 | | | The jury foreman informs the court that they are still unable to reach a unanimous decision. The jury is sent back to the jury room for a few minutes | |
| | | 4:04 | | | The court hears argument as to how to proceed | |
| | | 4:22 | | | The jury is now present. The court informs the jurors that they shall return tomorrow for further deliberations. The jury is released for the day. The jury foreman informs the court that they would like to hear read back of Ms. Hojsak's testimony and specifies which portions they would like read back. | |
| | | 4:30 | | | The court is adjourned for the day | |