UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 4, 2008               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES v. DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Belle Ball

**PROCEEDINGS**

Continued Jury Deliberations-Held. See attached exhibit and witness list log.

**CASE CONTINUED TO:** June 18, 2008 at 2:30 p.m. for Status.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                               Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **WEDNESDAY JUNE 4, 2008** | |
| | | 8:18 | | | The court is back in session. The court hears argument as to what portions of the testimony of Ms. Hojsak will be read back to the jury. | |
| | | 8:50 | | | The jury is now present | |
| | | 8:50 | | | The court reporter reads back Ms. Hojsak's testimony | |
| | | 10:30 | | | The court takes a 10 minute break | |
| | | 10:42 | | | The court is back in session, continued read back of Ms. Hojsak's testimony | |
| | | 12:07 | | | The read back of Ms. Hojsak's testimony is complete and the jury is sent back to the jury room to continue deliberations. | |
| | | 12:08 | | | Court is in recess | |
| | | 2:51 | | | Jury Note Number 6- | |
| | | 3:15 | | | The jury is present and an additional instruction is read. The jury is sent back to the jury room to continue deliberations. | |
| | | 3:45 | | | Jury Note Number 7-the jury has reached a decision | |
| | | 3:50 | | | The jury is brought out and the jury foreperson confirms that they have reached a unanimous decision | |
| | | | | | The court reads the verdict. The jury finds the defendant guilty as to all counts (1-4). | |
| | | 3:55 | | | The jury is discharged | |
| | | 3:58 | | | The parties shall appear for a Status Conference on 6/18/08 at 2:30 p.m. | |