

FILED

JUN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0325 PJH |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| DIANA HOJSAK<br>a.k.a. Diana Lu | |
| Defendant. | |

Count One: Tax Evasion

WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

___✗___ guilty

_____ not guilty

of tax evasion for the tax year 2000, in violation of Title 26 U.S.C. §7201.


Count Two: Tax Evasion

WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

___✗___ guilty

_____ not guilty

of tax evasion for the tax year 2001, in violation of Title 26 U.S.C. §7201.

Count Three: Making and Subscribing False Tax Return

WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

_____X_____ guilty

_____ not guilty

of making and subscribing false tax return for the 2000 tax year in violation of Title 26 U.S.C. §7206(1).

Count Four: Making and Subscribing False Tax Return

WE, THE JURY, find the defendant Diana Hojsak, a.k.a. Diana Lu,

_____X_____ guilty

_____ not guilty

of making and subscribing false tax return for the 2001 tax year in violation of Title 26 U.S.C. §7206(1).

Dated: 6/04/08

Foreperson

NIRPAL SIHOTA