UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Phyllis J. Hamilton | Cynthia Stier; Thomas Newman | Chris Cannon |

| JURY SELECTION: 5/19/08 | REPORTER(S): | CLERK: |
|---|---|---|
| TRIAL DATE: 5/20/08 | Belle Ball | Nichole Heuerman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **TUESDAY MAY 20, 2008** | |
| | | 8:20 | | | The court is in session. The court addresses issues regarding juror Ms. Crooks. Ms. Crooks is excused from jury service. | |
| | | 8:35 | | | Defendant's motion to exclude all witnesses including special agent Nick Connors is tentatively granted by the court. Mr. Conners shall be excluded until the court has an opportunity read the brief submitted by the government. | |
| | | 9:10 | | | The government calls first witness Martin L. Fineman. | |
| 6 | | 5/20/08 | x | 5/30 | Government's Exhibit 6: Superior Court documents | Pltf |
| 184 | | 5/20/08 | x | x | Government's Exhibit 184: Transcript Excerpts from defendant's deposition and JAMS proceeding | Pltf |
| | | 9:44 | | | Cross examination of Mr. Fineman | |
| | | 9:55 | | | The court is made aware that Mr. Fineman is represented by Sam Dawood. Defendant's request for sidebar is granted by the court. | |
| | | 10:00 | | | Cross examination of Mr. Fineman continues | |
| | | 10:15 | | | The court takes a 15 minute break. | |
| | | 10:35 | | | The court is back in session; cross examination of Mr. Fineman continues | |
| 52 | | 5/20/08 | x | x | Government's Exhibit 52: Invoice dated 1/11/00 | Def |
| | | 11:20 | | | Re-direct examination of Mr. Fineman | |
| | | 11:25 | | | Re-cross examination of Mr. Fineman | |
| 54 | | 5/20/08 | x | x | Government's Exhibit 54: Invoice dated 12/16/99 | Def |
| 57 | | 5/20/08 | x | x | Government's Exhibit 57: Invoice dated 6/2/00 | Def |
| | | 11:30 | | | Re-direct examination of Mr. Fineman | |

Case No:**CR-07-0325 PJH**                Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 11:31 |  |  | Mr. Fineman is excused |  |
|  |  | 11:32 |  |  | Government calls second witness Changkun Yan-Mr. Yan is also represented by Mr. Dawood.  Mandarin Interpreter Amy Lo is on stand-by to assist Mr. Yan if necessary. |  |
| 8 |  | 5/20/08 | x | x | Government's Exhibit-8: Invoice dated 7/24/98 | Pltf |
| 9 |  | 5/20/08 | x | x | Government's Exhibit-9: Invoice dated 8/24/98 | Pltf |
| 10 |  | 5/20/08 | x | x | Government's Exhibit-10: Invoice dated 9/24/98 | Pltf |
| 11 |  | 5/20/08 | x | x | Government's Exhibit-11: Invoice dated 10/24/98 | Pltf |
| 12 |  | 5/20/08 | x | x | Government's Exhibit-12: Invoice dated 10/21/98 | Pltf |
| 13 |  | 5/20/08 | x | x | Government's Exhibit-13: Invoice dated 11/22/98 | Pltf |
| 14 |  | 5/20/08 | x | x | Government's Exhibit-14: Invoice dated 11/24/98 | Pltf |
| 15 |  | 5/20/08 | x | x | Government's Exhibit-15: Invoice dated 12/8/98 | Pltf |
| 16 |  | 5/20/08 | x | x | Government's Exhibit-16: Invoice dated 12/24/98 | Pltf |
| 17 |  | 5/20/08 | x | x | Government's Exhibit-17: Invoice dated 1/24/99 | Pltf |
| 18 |  | 5/20/08 | x | x | Government's Exhibit-18: Invoice dated 1/29/99 | Pltf |
| 19 |  | 5/20/08 | x | x | Government's Exhibit-19: Invoice dated 2/24/99 | Pltf |
| 20 |  | 5/20/08 | x | x | Government's Exhibit-20: Invoice dated 2/24/99 | Pltf |
| 21 |  | 5/20/08 | x | x | Government's Exhibit-21: Invoice dated 3/24/99 | Pltf |
| 22 |  | 5/20/08 | x | x | Government's Exhibit-22: Invoice dated 4/10/99 | Pltf |
| 23 |  | 5/20/08 | x | x | Government's Exhibit-23: Invoice dated 4/15/99 | Pltf |
| 24 |  | 5/20/08 | x | x | Government's Exhibit-24: Invoice dated 4/17/99 | Pltf |
| 25 |  | 5/20/08 | x | x | Government's Exhibit-25: Invoice dated 4/24/99 | Pltf |
| 26 |  | 5/20/08 | x | x | Government's Exhibit-26: Invoice dated 4/29/99 | Pltf |
| 27 |  | 5/20/08 | x | x | Government's Exhibit-27: Invoice dated 4/29/99 | Pltf |
| 28 |  | 5/20/08 | x | x | Government's Exhibit-28: Invoice dated 4/30/99 | Pltf |
| 29 |  | 5/20/08 | x | x | Government's Exhibit-29: Invoice dated 5/3/99 | Pltf |
| 31 |  | 5/20/08 | x | x | Government's Exhibit-31: Invoice dated 5/3/99 | Pltf |

Case No:**CR-07-0325 PJH**                    Case Name: United States v. Diana Hojsak

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|--------------|----|----|-------------|----|
| 32 | | 5/20/08 | x | x | Government's Exhibit-32: Invoice dated 5/14/99 | Pltf |
| 34 | | 5/20/08 | x | x | Government's Exhibit-34: Invoice dated 5/20/99 | Pltf |
| 35 | | 5/20/08 | x | x | Government's Exhibit-35: Invoice dated 5/24/99 | Pltf |
| 36 | | 5/20/08 | x | x | Government's Exhibit-36: Invoice dated 5/25/99 | Pltf |
| 37 | | 5/20/08 | x | x | Government's Exhibit-37: Invoice dated 5/27/99 | Pltf |
| 38 | | 5/20/08 | x | x | Government's Exhibit-38: Invoice dated 5/27/99 | Pltf |
| 44 | | 5/20/08 | x | x | Government's Exhibit-44: Invoice dated 9/2/99 | Pltf |
| 45 | | 5/20/08 | x | x | Government's Exhibit-45: Invoice dated 9/10/99 | Pltf |
| 46 | | 5/20/08 | x | x | Government's Exhibit-46: Invoice dated 9/25/99 | Pltf |
| 48 | | 5/20/08 | x | x | Government's Exhibit-48: Invoice dated 9/30/99 | Pltf |
| 49 | | 5/20/08 | x | x | Government's Exhibit-49: Invoice dated 10/2/99 | Pltf |
| 50 | | 5/20/08 | x | x | Government's Exhibit-50: Invoice dated 10/23/99 | Pltf |
| 51 | | 5/20/08 | x | x | Government's Exhibit-51: Invoice dated 11/16/99 | Pltf |
| 52 | | 5/20/08 | x | x | Government's Exhibit-52: Invoice dated 12/1/99 | Pltf |
| 58 | | 5/20/08 | x | x | Government's Exhibit-58: Invoice dated 7/5/00 | Pltf |
| 59 | | 5/20/08 | x | x | Government's Exhibit-59: Invoice dated 7/31/00 | Pltf |
| 60 | | 5/20/08 | x | x | Government's Exhibit-60: Invoice dated 7/31/00 | Pltf |
| 61 | | 5/20/08 | x | x | Government's Exhibit-61: Invoice dated 9/27/00 | Pltf |
| 62 | | 5/20/08 | x | x | Government's Exhibit-62: Invoice dated 9/1/00 | Pltf |
| 64 | | 5/20/08 | x | x | Government's Exhibit-64: Invoice dated 12/20/00 | Pltf |
| 65 | | 5/20/08 | x | x | Government's Exhibit-65: Invoice dated 1/2/01 | Pltf |
| | | 12:05 | | | The court takes 15 minute break | |
| | | 12:21 | | | The court is back in session; continued direct examination of Mr. Yan | |
| | | 12:32 | | | Cross examination of Mr. Yan | |
| | A-1 | 5/20/08 | x | 5/30 | Defendant's Exhibit A-1 | Def |
| | A-2 | 5/20/08 | x | 5/30 | Defendant's Exhibit A-2 | Def |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|--------------|----|----|-------------|-----|
| 42 | | 5/20/08 | x | x | Government's Exhibit 42: Invoice dated 8/18/99 | Def |
| | | 1:30 | | | The jury is dismissed for the day | |
| | | 1:31 | | | The court hears argument regarding summary witness. Defense counsel may submit something in response no later than noon on 5/21/08. | |
| | | 1:45 | | | The court is adjourned for the day | |
| | | | | | **THURSDAY MAY 22, 2008** | |
| | | 8:15 | | | The court is back in session. The court hears further argument and makes ruling on pending motion to exclude witness. | |
| | | 8:33 | | | The court addresses the issue regarding protective order in civil case. Mr. Dawood appears. | |
| | | 8:40 | | | The jury is now present | |
| | | 8:41 | | | Continued cross examination of Mr. Yan | |
| | A-3 | 5/22/08 | x | | Defendant's Exhibit A-3: memo to ATI from C. Sun 1/1/00 | Def |
| | A-4 | 5/22/08 | x | x | Defendant's Exhibit A-4:Fax dated 11/10/98 to Allied Telecom from J. Cain | Def |
| | A-5 | 5/22/08 | x | x | Defendant's Exhibit A-5: memo dated 6/3/98 to YOFC from D. Hojsak | Def |
| | | 9:14 | | | Re direct examination of Mr. Yan | |
| | | | | | **The government's request to move exhibit 7, 8-29, 31-32, 34-38, 40-52 and 54-65 into evidence is granted by the court** | |
| | | 9:15 | | | Re cross examination of Mr Yan | |
| | A-6 | 5/22/08 | x | x | Defendant's Exhibit A-6: SM fiber domestic sales quantity record from Jan 1997 to Dec 2001 | Def |
| | | 9:17 | | | Mr Yan is excused | |
| | | 9:18 | | | The court takes the next witness out of order. Defendant calls first witness John Cain | |
| | A-7 | 5/22/08 | x | x | Defendant' Exhibit A-7: fax dated 6/29/98to D&J Fibre Optics from J. Cain | Def |

Case No: **CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:50 | | | Cross examination of Mr. Cain | |
| | | | | | Mr. Cain is excused | |
| | | 9:52 | | | Government calls third witness Bin Zhang, Mr. Zhang is assisted by the Mandarin Interpreter Amy Lo | |
| 66 | | 5/22/08 | x | x | Government's Exhibit-66: YOFC Bank Slip 2316 | Pltf |
| 67 | | 5/22/08 | x | x | Government's Exhibit-67: YOFC Bank Slip 2315 | Pltf |
| 68 | | 5/22/08 | x | x | Government's Exhibit-68: YOFC Bank Slip 503 | Pltf |
| 69 | | 5/22/08 | x | x | Government's Exhibit-69: YOFC Bank Slip 504 | Pltf |
| 70 | | 5/22/08 | x | x | Government's Exhibit-70: YOFC Bank Slip 2679 | Pltf |
| 71 | | 5/22/08 | x | x | Government's Exhibit-71: YOFC Bank Slip 512 | Pltf |
| 72 | | 5/22/08 | x | x | Government's Exhibit-72: YOFC Bank Slip 513 | Pltf |
| 73 | | 5/22/08 | x | x | Government's Exhibit-73: YOFC Bank Slip 3187 | Pltf |
| 74 | | 5/22/08 | x | x | Government's Exhibit-74: YOFC Bank Slip 3440 | Pltf |
| 75 | | 5/22/08 | x | x | Government's Exhibit-75: YOFC Bank Slip 1008 | Pltf |
| 76 | | 5/22/08 | x | x | Government's Exhibit-76: YOFC Bank Slip 1007 | Pltf |
| 77 | | 5/22/08 | x | x | Government's Exhibit-77: YOFC Bank Slip 1227 | Pltf |
| 78 | | 5/22/08 | x | x | Government's Exhibit-78: YOFC Bank Slip 1223 | Pltf |
| 79 | | 5/22/08 | x | x | Government's Exhibit-79: YOFC Bank Slip 1629 | Pltf |
| 80 | | 5/22/08 | x | x | Government's Exhibit-80: YOFC Bank Slip 1825 | Pltf |
| 81 | | 5/22/08 | x | x | Government's Exhibit-81: YOFC Bank Slip 1846 | Pltf |
| | | 10:20 | | | The court takes a 15 minute break | |
| | | 10:36 | | | The court is back in session, continued direct examination of Mr. Zhang | |
| | | 10:40 | | | Cross examination of Mr. Zhang | |
| | A-8 | 5/22/08 | x | x | Defendant's Exhibit A-8 | Def |
| | A-9 | 5/22/08 | x | x | Defendant's Exhibit A-9: **pages 4 and 7 are admitted only** | Def |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-10 | 5/22/08 | x | | Defendant's Exhibit A-10 | Def |
| | A-13 | 5/22/08 | x | x | Defendant's Exhibit A-13 | Def |
| | A-15 | 5/22/08 | x | | Defendant's Exhibit A-15 | Def |
| | | 11:30 | | | Re direct examination of Mr. Zhang | |
| | | 11:35 | | | Re cross examination of Mr. Zhang | |
| | | 11:37 | | | Mr Zhang is excused | |
| | | 11:39 | | | The next witness is called out of order.  Defendant calls second witness Sam Dawood | |
| | A-16 | 5/22/08 | x | | Defendant's Exhibit A-16 | |
| | | 11:50 | | | Cross examination of Mr. Dawood | |
| | | 11:51 | | | Mr. Dawood is excused | |
| | | 11:52 | | | the court takes a 15 minute break | |
| | | 12:10 | | | the court is back in session; the government calls fourth witness Tim Mathers | |
| 164 | | 5/22/08 | x | x | Government's Exhibit 164: Transcript of Acct 1998 | Pltf |
| 165 | | 5/22/08 | x | x | Government's Exhibit 165: Transcript of Acct 1999 | Pltf |
| 166 | | 5/22/08 | x | x | Government's Exhibit 166: Transcript of Acct 2000 | Pltf |
| 167 | | 5/22/08 | x | x | Government's Exhibit 167: Transcript of Acct 2001 | Pltf |
| 168 | | 5/22/08 | x | x | Government's Exhibit 168: Transcript of Acct 2002 | Pltf |
| 169 | | 5/22/08 | x | | objection to admittance, withdrawn by government | Pltf |
| 170 | | 5/22/08 | x | x | Government's Exhibit 170: Transcript of Acct for ATI for BMF | Pltf |
| 171 | | 5/22/08 | x | x | Government's Exhibit 171: Transcript of Acct for ATI 1998 | Pltf |
| 172 | | 5/22/08 | x | x | Government's Exhibit 172: Transcript of Acct for ATI 1999 | Pltf |
| 173 | | 5/22/08 | x | x | Government's Exhibit 173: Transcript of Acct for ATI 2000 | Pltf |
| 174 | | 5/22/08 | x | x | Government's Exhibit 174: Transcript of Acct for ATI 2001 | Pltf |
| 175 | | 5/22/08 | x | x | Government's Exhibit 175: Transcript of Acct for ATI 2002 | Pltf |
| 176 | | 5/22/08 | x | | objection to admittance; withdrawn by government | Pltf |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 177 | | 5/22/08 | x | x | Government's Exhibit 177: 1999 Form 1040 | Pltf |
| 178 | | 5/22/08 | x | x | Government's Exhibit 178: 2000 Form 1040 | Pltf |
| 179 | | 5/22/08 | x | x | Government's Exhibit 179: 2001 Form 1040 | Pltf |
| 180 | | 5/22/08 | x | x | Government's Exhibit-180: 1998 Form 1120 | Pltf |
| 181 | | 5/22/08 | x | x | Government's Exhibit 181: 1999 Form 1120 | Pltf |
| 182 | | 5/22/08 | x | x | Government's Exhibit 182: 2000 Form 1120 | Pltf |
| 183 | | 5/22/08 | x | x | Government's Exhibit 183: 2001 Form 1120 | Pltf |
| | | 12:55 | | | cross examination of Mr. Mathers | |
| | | 1:10 | | | re direct examination of Mr. Mathers | |
| | | 1:12 | | | re cross examination of Mr. Mathers | |
| | | 1:15 | | | Government calls fifth witness Brian Wong | |
| 104 | | 5/22/08 | x | x | Government's Exhibit 104: YOFC wire to HSBC 2/3/00 | Pltf |
| 105 | | 5/22/08 | x | x | Government's Exhibit 105: YOFC wire to HSBC 3/30/00 | Pltf |
| 106 | | 5/22/08 | x | x | Government's Exhibit 106: YOFC wire to HSBC 5/18/00 | Pltf |
| 107 | | 5/22/08 | x | x | Government's Exhibit 107: YOFC wire to HSBC 6/9/00 | Pltf |
| 108 | | 5/22/08 | x | x | Government's Exhibit 108: YOFC wire to HSBC 7/6/00 | Pltf |
| 109 | | 5/22/08 | x | x | Government's Exhibit 109: YOFC wire to HSBC 8/12/00 | Pltf |
| 110 | | 5/22/08 | x | x | Government's Exhibit 110: YOFC wire to HSBC 9/16/00 | Pltf |
| 111 | | 5/22/08 | x | x | Government's Exhibit 111: YOFC wire to HSBC 10/25/00 | Pltf |
| 112 | | 5/22/08 | x | x | Government's Exhibit 112: YOFC wire to HSBC 10/25/00 | Pltf |
| 113 | | 5/22/08 | x | x | Government's Exhibit 113: YOFC wire to HSBC 12/2/00 | Pltf |
| 114 | | 5/22/08 | x | x | Government's Exhibit 114: YOFC wire to HSBC 1/11/01 | Pltf |
| 200 | | 5/22/08 | x | 5/23 | Government's Exhibit 200: HSBC Bank Statements | Pltf |
| | | 1:30 | | | the jury is released for the day | |
| | | 1:37 | | | court is adjourned for the day | |

Case No: **CR-07-0325 PJH**          Case Name: United States v. Diana Hojsak

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FRIDAY MAY 23, 2008** | |
| | | 8:25 | | | The court is back in session | |
| | | 8:34 | | | The jury is now present | |
| | | 8:35 | | | continued direct examination of Mr. Wong | |
| 115 | | 5/23/08 | x | x | Government's Exhibit 115: Signature card, application, bank statements | Pltf |
| 200 | | 5/23/08 | 5/22 | 5/23 | Government's Exhibit 200: bates numbers 1717-1718 1728 and 1737 | Pltf |
| 127 | | 5/23/08 | x | x | Government's Exhibit 127: bates number 299 | Pltf |
| 128 | | 5/23/08 | x | x | Government's Exhibit 128: bates numbers 304 and 305 | Pltf |
| 129 | | 5/23/08 | x | x | Government's Exhibit 129: bates number 306 and 307 | Pltf |
| 130 | | 5/23/08 | x | x | Government's Exhibit 130: bates number 312 | Pltf |
| 201 | | 5/23/08 | x | x | Government's Exhibit 201: | Pltf |
| | | 8:50 | | | cross examination of Mr. Wong | |
| | | 8:57 | | | re direct examination of Mr. Wong | |
| | | 8:59 | | | re cross examination of Mr. Wong, Mr. Wong is excused | |
| | | 9:00 | | | government calls sixth witness Christina Anderson | |
| 131 | | 5/23/08 | x | x | Government's Exhibit 131: bates numbers 313 and 314 | Pltf |
| 132 | | 5/23/08 | x | x | Government's Exhibit 132: bates numbers 315 and 316 | Pltf |
| 133 | | 5/23/08 | x | x | Government's Exhibit 133: bates number 317 | Pltf |
| 134 | | 5/23/08 | x | x | Government's Exhibit 134: bates numbers 319 and 318 | Pltf |
| 135 | | 5/23/08 | x | x | Government's Exhibit 135: bates numbers 320 and 321 | Pltf |
| 136 | | 5/23/08 | x | x | Government's Exhibit 136: bates numbers 322 and 323 | Pltf |
| 137 | | 5/23/08 | x | x | Government's Exhibit 137: bates numbers 324 and 325 | Pltf |
| 138 | | 5/23/08 | x | x | Government's Exhibit 138: bates numbers 326 and 327 | Pltf |
| 139 | | 5/23/08 | x | x | Government's Exhibit 139: bates numbers 328 and 329 | Pltf |
| 140 | | 5/23/08 | x | x | Government's Exhibit 140: bates numbers 330 and 331 | Pltf |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 141 | | 5/23/08 | x | x | Government's Exhibit 141: bates numbers 332 and 333 | Pltf |
| 142 | | 5/23/08 | x | x | Government's Exhibit 142: bates numbers 334 and 336 | Pltf |
| 143 | | 5/23/08 | x | x | Government's Exhibit 143: bates numbers 337 and 338 | Pltf |
| 144 | | 5/23/08 | x | x | Government's Exhibit 144: bates numbers 339 and 340 | Pltf |
| 145 | | 5/23/08 | x | x | Government's Exhibit 145: bates numbers 341 and 342 | Pltf |
| 146 | | 5/23/08 | x | x | Government's Exhibit 146: bates numbers 343 and 344 | Pltf |
| 147 | | 5/23/08 | x | x | Government's Exhibit 147: bates numbers 345 and 346 | Pltf |
| 148 | | 5/23/08 | x | x | Government's Exhibit 148: bates numbers 347 and 348 | Pltf |
| 149 | | 5/23/08 | x | x | Government's Exhibit 149: bates numbers 349 and 350 | Pltf |
| 150 | | 5/23/08 | x | x | Government's Exhibit 150: bates numbers 351 and 352 | Pltf |
| 151 | | 5/23/08 | x | x | Government's Exhibit 151: bates numbers 353-357 | Pltf |
| 152 | | 5/23/08 | x | x | Government's Exhibit 152: bates numbers 358 and 359 | Pltf |
| 153 | | 5/23/08 | x | x | Government's Exhibit 153: bates numbers 360 and 361 | Pltf |
| 154 | | 5/23/08 | x | x | Government's Exhibit 154: bates numbers 363 and 364 | Pltf |
| 155 | | 5/23/08 | x | x | Government's Exhibit 155: bates numbers 365-367 | Pltf |
| 156 | | 5/23/08 | x | x | Government's Exhibit 156: bates number 368 | Pltf |
| 157 | | 5/23/08 | x | x | Government's Exhibit 157: bates numbers369-371 | Pltf |
| 158 | | 5/23/08 | x | x | Government's Exhibit 158: bates numbers 372 and 373 | Pltf |
| 159 | | 5/23/08 | x | x | Government's Exhibit 159: bates numbers 374 and 375 | Pltf |
| 160 | | 5/23/08 | x | x | Government's Exhibit 160: bates numbers 377, 379 and 380 | Pltf |
| | | 9:29 | | | Ms. Anderson is excused | |
| | | 9:30 | | | government calls seventh witness Ellen King | |
| 202 | | | x | x | Government's Exhibit 202: copies of checks | Pltf. |
| | | 9:42 | | | cross examination of Ms. King | |
| | | 9:48 | | | re direct examination of Ms. King | |
| | | 9:50 | | | Ms. King is excused | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:51 | | | government calls eighth witness Yifan Zhang | |
| 161 | | 5/23/08 | x | 5/27 | Government's Exhibit 161: workpapers for D. Hojsak | Pltf. |
| | | 10:10 | | | the court takes a 15 minute break | |
| | | 10:30 | | | the court is back in session, continued direct examination of Ms. Zhang | |
| | | 10:46 | | | cross examination of Ms. Zhang | |
| | A-30 | 5/23/08 | x | x | Defendant's Exhibit A-30 | Deft. |
| | A-31 | 5/23/08 | x | x | Defendant's Exhibit A-31 | Deft. |
| | A-32 | 5/23/08 | x | | Defendant's Exhibit A-32 | Deft. |
| | A-33 | 5/23/08 | x | x | Defendant's Exhibit A-33 | Deft. |
| | A-34 | 5/23/08 | x | | Defendant's Exhibit A-34 | Deft. |
| | A-35 | 5/23/08 | x | | Defendant's Exhibit A-35 | Deft. |
| | A-36 | 5/23/08 | x | | Defendant's Exhibit A-36 | Deft. |
| | A-38 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-38 | Deft. |
| | A-37 | 5/23/08 | x | | Defendant's Exhibit A-37 | Deft. |
| | A-39 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-39 | Deft. |
| | A-41 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-41 | Deft. |
| | A-42 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-42 | Deft. |
| | A-43 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-43 | Deft. |
| | A-44 | 5/23/08 | x | | Defendant's Exhibit A-44 | Deft. |
| | A-46 | 5/23/08 | x | | Defendant's Exhibit A-46 | Deft. |
| | A-47 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-47 | Deft. |
| | A-48 | 5/23/08 | x | x | Defendant's Exhibit A-48 | Deft. |
| | A-49 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-49 | Deft. |
| | A-50 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-50 | Deft. |
| | A-51 | 5/23/08 | x | x | Defendant's Exhibit A-51 | Deft. |
| | A-52 | 5/23/08 | x | x | Defendant's Exhibit A-52 | Deft. |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-53 | 5/23/08 | x | x | Defendant's Exhibit A-30 | Deft. |
| | A-54 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-30 | Deft. |
| | A-55 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-30 | Deft. |
| | A-56 | 5/23/08 | x | x | Defendant's Exhibit A-30 | Deft. |
| | A-57 | 5/23/08 | x | x | Defendant's Exhibit A-30 | Deft. |
| | A-58 | 5/23/08 | x | x | Defendant's Exhibit A-30 | Deft. |
| | A-59 | 5/23/08 | x | | Defendant's Exhibit A-30 | Deft. |
| | | 11:50 | | | jury takes a break | |
| | | 11:51 | | | the court addresses admissibility of email exhibits | |
| | | 11:55 | | | the court takes a 15 minute break | |
| | | 12:11 | | | the court is back in session and gives authority and further ruling as to admissibility of emails as stated on the record. | |
| | | 12:20 | | | the jury is now present | |
| | A-60 | 5/23/08 | x | x | Defendant's Exhibit A-60 | Deft. |
| | A-64 | 5/23/08 | x | x | Defendant's Exhibit A-64 | Deft. |
| | A-65 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-65 | Deft. |
| | A-67 | 5/23/08 | x | | Defendant's Exhibit A-67 | Deft. |
| | A-68 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-68 | Deft. |
| | A-70 | 5/23/08 | x | | Defendant's Exhibit A-70 | Deft. |
| | A-73 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-73 | Deft. |
| | A-74 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-74 | Deft. |
| | A-71 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-71 | Deft. |
| | A-77 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-77 | Deft. |
| | A-79 | 5/23/08 | x | | Defendant's Exhibit A-79 | Deft. |
| | A-80 | 5/23/08 | x | | Defendant's Exhibit A-80 | Deft. |
| | A-81 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-81 | Deft. |
| | A-82 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-82 | Deft. |

Case No:**CR-07-0325 PJH**                                    Case Name: __United States v. Diana Hojsak__

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-83 | 5/23/08 | x | | Defendant's Exhibit A-83 | Deft. |
| | A-84 | 5/23/08 | x | | Defendant's Exhibit A-84 | Deft. |
| | A-85 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-85 | Deft. |
| | A-86 | 5/23/08 | x | 5/30 | Defendant's Exhibit A-86 | Deft. |
| | | 12:45 | | | re direct examination of Ms. Zhang | |
| 162 | | 5/23/08 | x | 5/27 | Government's Exhibit 162: page 608 | Pltf. |
| | | 12:58 | | | re cross examination of Ms. Zhang | |
| | A-75 | 5/23/08 | x | | Defendant's Exhibit A-75 | Deft. |
| | A-76 | 5/23/08 | x | | Defendant's Exhibit A-76 | Deft. |
| | A-78 | 5/23/08 | x | | Defendant's Exhibit A-78 | Deft. |
| | | 1:10 | | | re direct examination of Ms. Zhang | |
| | | 1:13 | | | Ms. Zhang is excused | |
| | | 1:14 | | | government calls ninth witness Hatien Congtang | |
| 187 | | 5/23/08 | x | 5/27 | Government's Exhibit 187: lender file | Pltf. |
| 189 | | 5/23/08 | x | 5/27 | Government's Exhibit 189: lender file | Pltf. |
| | | 1:30 | | | jury is excused for the day | |
| | | | | | defendant moves to admit exhibits A-30, A-31, A-33, A-36, A-48, A-51, A-52, A-53, A-56, A-57, A-58, A-60 and A-64-  all exhibits are admitted except A-36 | |
| | | 1:35 | | | the court is adjourned for the day | |
| | | | | | | |
| | | | | | __**TUESDAY MAY 27, 2008**__ | |
| | | 8:30 | | | The jury is present and the court is back in session | |
| | | 8:31 | | | The government calls tenth witness Georgine Lonero | |
| 190 | | 5/27/08 | x | x | Government's Exhibit 190: escrow and title documents | Pltf. |
| 191 | | 5/27/08 | x | x | Government's Exhibit 191: escrow and title documents | Pltf. |
| | | 8:40 | | | Cross examination of Ms. Lonero | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|--------------|-----|-----|-------------|-----|
| 189 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 189: pages 1654, 1655, 1672,1671, 1660 and 1661 | Deft. |
| | | 8:50 | | | Ms. Lonero is excused | |
| | | 8:52 | | | Government calls eleventh witness Hong-Sheng Teng | |
| 161 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 161: workpapers for D. Hojsak | Pltf. |
| 162 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 162: workpapers for Allied Telecom | Pltf. |
| | | 9:20 | | | Cross Examination of Mr. Teng | |
| | A-92 | 5/27/08 | x | x | Defendant's Exhibit A-92 | Deft. |
| | A-88 | 5/27/08 | x | x | Defendant's Exhibit A-88 | Deft. |
| | | | | | Defense counsel marks for identification 5 binders with bates numbers 3397 to 6157 | |
| | | 10:10 | | | The court takes a 15 minute break | |
| | | 10:27 | | | the court is back in session; continued cross examination of Mr. Teng | |
| | A-87 | 5/27/08 | x | x | Defendant's Exhibit A-87 | Deft. |
| | A-89 | 5/27/08 | x | x | Defendant's Exhibit A-89-entire exhibit admitted including previously admitted pages offered by defendant | Deft. |
| | A-90 | 5/27/08 | x | x | Defendant's Exhibit A-90 | Deft. |
| | A-91 | 5/27/08 | x | x | Defendant's Exhibit A-91 | Deft. |
| | | 11:08 | | | Re direct examination of Mr. Teng | |
| | | 11:14 | | | Re cross examination of Mr. Teng | |
| | | 11:20 | | | Mr. Teng is excused | |
| | | 11:21 | | | Government recalls Hatien Congtang | |
| 189 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 189: | Pltf. |
| 187 | | 5/27/08 | 5/23 | 5/27 | Government's Exhibit 187: | Pltf. |
| | | 11:26 | | | Cross examination of Ms. Congtang | |
| | | 11:34 | | | Ms. Congtang is excused | |
| | | 11:35 | | | Government calls next witness (12th) Nick Connors | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:40 | | | Defendant voir dire's Mr. Connors-defendant's objection to Mr. Connors being offered as an expert is overruled. | |
| | | 11:55 | | | The court takes a 15 minute break | |
| | | 12:12 | | | the court is back in session | |
| | | | | | Defendant requests to take a witness out of order.  The government objects to the witnesses testimony in its entirety.  The court hears argument at sidebar.  The request to have a witness testify out of order is granted. | |
| | | 12:18 | | | Defendant calls third witness Scott Frewing | |
| | A-94 | 5/27/08 | x | x | Defendant's Exhibit A-94 | Deft. |
| | A-93 | 5/27/08 | x | x | Defendant's Exhibit A-93 | Deft. |
| | | 12:25 | | | Cross examination of Mr. Frewing | |
| | | 12:27 | | | Re direct examination of Mr. Frewing | |
| | | 12:28 | | | Mr. Frewing is excused | |
| | | 12:29 | | | Government recalls Mr. Connors, continued direct examination | |
| 203 | | 5/27/08 | x | 5/30 | Government's Exhibit 203 | Pltf. |
| 192 | | 5/27/08 | x | 5/30 | Government's Exhibit 192: Chart 1-Invoice Details | Pltf. |
| 195 | | 5/27/08 | x | 5/30 | Government's Exhibit 195:Calculation of unreported gross receipts and additional tax due | Pltf. |
| 193 | | 5/27/08 | x | 5/30 | Government's  Exhibit 193: Chart 2-Deposit Details | Pltf. |
| 196 | | 5/27/08 | x | 5/30 | Government's  Exhibit 196: Income Tax Examination Changes | Pltf. |
| 194 | | 5/27/08 | x | 5/30 | Government's  Exhibit 194:Chart 3-Summary of Invoices and Deposits | Pltf. |
| | | 1:15 | | | Cross examination of Mr. Connors | |
| | | 1:31 | | | The jury is excused for the day | |
| | | 1:32 | | | The court hears argument regarding defendant's expert witness.  The court to issue ruling no later than tomorrow. | |
| | | 1:45 | | | The court is adjourned for the day | |

Page 14

Case No:**CR-07-0325 PJH**                    Case Name: <u>United States v. Diana Hojsak</u>

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | <u>**THURSDAY MAY 29, 2008**</u> | |
| | | <u>8:20</u> | | | <u>The court is back in session.  The court handles some preliminary issues before the jury is brought out.</u> | |
| | | <u>8:30</u> | | | <u>The jury is now present</u> | |
| | | <u>8:31</u> | | | <u>Continued cross examination of Mr. Connors</u> | |
| | | <u>9:10</u> | | | <u>Re direct examination of Mr. Connors</u> | |
| | | <u>9:22</u> | | | <u>Re cross examination of Mr. Connors</u> | |
| | | <u>9:29</u> | | | <u>Mr. Connors is excused</u> | |
| | | <u>9:30</u> | | | <u>The government rests</u> | |
| | | <u>9:31</u> | | | <u>The jury takes a break</u> | |
| | | <u>9:32</u> | | | <u>Defendant makes an oral motion under rule 29 which is DENIED by the court as stated on the record</u> | |
| | | <u>9:41</u> | | | <u>The jury is now present</u> | |
| | | <u>9:42</u> | | | <u>Defendant calls 4th witness Steven Hemminger</u> | |
| | | | | | <u>Defendant  uses government exhibit 6 in conjunction with this witness which was marked for identification only on 5/20/08</u> | |
| | | <u>10:15</u> | | | <u>The court takes a 15 minute break</u> | |
| | | <u>10:35</u> | | | <u>the court is back in session, continued direct examination of Mr. Hemminger</u> | |
| | | <u>10:42</u> | | | <u>Cross examination of Mr. Hemminger</u> | |
| | | <u>10:45</u> | | | <u>Mr. Hemminger is excused</u> | |
| | | <u>10:46</u> | | | <u>Defendant calls 5th witness Chester Hurtado</u> | |
| | | <u>10:55</u> | | | <u>Cross examination of Mr. Hurtado</u> | |
| | | <u>10:56</u> | | | <u>Mr. Hurtado is excused</u> | |
| | | <u>10:57</u> | | | <u>Defendant calls 6th witness Diana Hojsak</u> | |
| | | <u>12:00</u> | | | <u>The court takes a 15 minute break</u> | |
| | | <u>12:15</u> | | | <u>The court is back in sessin</u> | |
| | A-95 | 5/29/08 | <u>x</u> | 6/2 | <u>Defendant's exhibit A-95</u> | <u>Deft.</u> |

Case No:**CR-07-0325 PJH**                    Case Name: __United States v. Diana Hojsak__

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-72 | 5/29/08 | x | | Defendant's Exhibit A-72 | Deft. |
| | | | | | Defense counsel also uses Exhibits A-36-A-39, A-41-A-44, A-46-A-47, A-49-A-50, A-54-A-55, A-59, A-68, A-70-A-74, A-77-A-80, A-82-A-86 which have all been previously marked on 5/23/08 only.  Exhibit A-48 was also used which has previously been marked and admitted into evidence on 5/23/08 | |
| | | 1:00 | | | Cross examination of Ms. Hojsak | |
| 205 | | 5/29/08 | x | | Government's Exhibit 205: Yell Consulting Invoice | Pltf. |
| 207 | | 5/29/08 | x | | Government's Exhibit 207: Yell Consulting Invoice | Pltf. |
| 206 | | 5/29/08 | x | | Government's Exhibit 206: Yell Consulting Invoice | Pltf. |
| 208 | | 5/29/08 | x | | Government's Exhibit 208: Yell Consulting Invoice | Pltf |
| 209 | | 5/29/08 | x | | Government's Exhibit 209: Yell Consulting Invoice | Pltf. |
| 210 | | 5/29/08 | x | | Government's Exhibit 210: Yell Consulting Invoice | Pltf. |
| 211 | | 5/29/08 | x | | Government's Exhibit 211: Yell Consulting Invoice | Pltf. |
| | | 1:30 | | | The jury is release for the day | |
| | | 1:31 | | | Defendant's motion for mistrial-held. The court will make ruling on motion tomorrow morning at 8:15 a.m. | |
| | | 1:40 | | | The court is adjourned for the day | |
| | | | | | **FRIDAY MAY 30, 2008** | |
| | | 8:17 | | | The court is back in session.  The court denies defendant's motion for mistrial as stated on the record. The yell invoices will not be admitted into evidence. | |
| | | 8:41 | | | the jury is now present | |
| | | 8:42 | | | Continued cross examination of Ms. Hojsak | |
| | | | | | exhibits A-95, 205, 207, 208, 209-212 which have all been marked for identification only on 5/29 and exhibits 187, 178, 189 and 179 which have been marked and admitted into evidence on 5/27/08 used in conjunction with this witness | |
| | | 9:43 | | | Re direct examination of Ms. Hojsak | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:00 | | | The court takes a 15 minute break | |
| | | 10:19 | | | The court is back in session | |
| | | 10:20 | | | Re cross examination of Ms. Hojsak | |
| | | 10:21 | | | Ms. Hojsak is excused | |
| | | 10:22 | | | Defendant calls 7th witness Brian Wong who has previously testified for the government | |
| | | 11:05 | | | Cross examination of Mr. Wong | |
| | | 11:12 | | | Re direct examination of Mr. Wong | |
| | | 11:13 | | | Re cross examination of Mr. Wong | |
| | | 11:14 | | | Mr. Wong is excused | |
| | | 11:15 | | | The government's request to call a rebuttal witness is granted by the court. | |
| | | 11:15 | | | Government calls Ivan Barba | |
| | | 11:16 | | | The court deals with issues regarding Mr. Barba's testimony at sidebar | |
| | | 11:20 | | | Direct examination of Mr. Barba | |
| 215 | | 5/30/08 | x | x | Government's Exhibit 215: conditionally admitted | Pltf. |
| | | 11:30 | | | Cross examination of Mr. Barba | |
| | A-98 | 5/30/08 | x | x | Defendant's Exhibit A-98 | Deft. |
| | | 11:36 | | | Re direct examination of Mr. Barba | |
| | | 11:40 | | | Mr. Barba is excused | |
| | | 11:41 | | | Two stipulations are read into the record | |
| | | 11:42 | | | Defendant calls 8th witness Kenneth Kreger | |
| | A-99 | 5/30/08 | x | | Defendant's Exhibit A-99 | Deft. |
| | A-100 | 5/30/08 | x | | Defendant's Exhibit A-100 | Deft. |
| | A-101 | 5/30/08 | x | | Defendant's Exhibit A-101 | Deft. |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:00 | | | The jury takes a break | |
| | | 12:00 | | | The court addresses issues regarding Mr. Kreger's testimony | |
| | | 12:08 | | | The court takes a 10 minute break | |
| | | 12:22 | | | The court is back in session, continued direct examination of Mr. Kreger | |
| | | 1:10 | | | The jury is released for the day | |
| | | 1:11 | | | The court addresses government's motion to strike Mr. Kreger as a witness.  The court will allow Mr. Kreger to testify with specific instructions as stated on the record. | |
| | | 1:25 | | | The court takes a break until 2:10 | |
| | | 2:18 | | | The court is back in session-the court reviews jury instructions with the parties.  Mr. Cannon to submit a new instruction regarding good faith by Monday morning. | |
| | | | | | The court admits the following government exhibits 6, 82, 116-126, 163, 192, 192-196, 203 and 215 | |
| | | | | | The court admits the following defendant exhibits: A-1, A-2, A-38-A-39, A-41-A-43, A-47, A-49, A-50, A-54, A-55, A-65, A-68, A-73, A-74, A-71, A-77, A-81, A-82, A-85, A-86 | |
| | | 3:25 | | | The court adjourns for the day | |
| | | | | | | |
| | | | | | **MONDAY JUNE 2, 2008** | |
| | | 8:18 | | | The court is back in session.  The court hears further argument regarding the government's motion to strike Mr. Kreger's testimony.  Mr. Kreger will be allowed to continue to testify as stated on the record. | |
| | | 8:58 | | | The jury is now present | |
| | | 8:59 | | | Continued direct examination of Mr. Kreger | |
| | A-105 | 6/2/08 | x | x | Defendant's Exhibit A-105 | Deft. |
| | A-106 | 6/2/08 | x | x | Defendant's Exhibit A-106 | Deft. |
| | A-107 | 6/2/08 | x | x | Defendant's Exhibit A-107 | Deft. |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | A-111 | 6/2/08 | x | x | Defendant's Exhibit A-111: admitted once redacted | Deft. |
| | A-112 | 6/2/08 | x | x | Defendant's Exhibit A-112 | Deft. |
| | A-113 | 6/2/08 | x | x | Defendant's Exhibit A-113 | Deft. |
| | A-114 | 6/2/08 | x | x | Defendant's Exhibit A-114 | Deft. |
| | | 10:00 | | | The court takes a 15 minute break | |
| | | 10:18 | | | The court is back in session | |
| | A-108 | 6/2/08 | x | x | Defendant's Exhibit A-108 | Deft. |
| | A-109 | 6/2/08 | x | x | Defendant's Exhibit A-109 | Deft. |
| | A-110 | 6/2/08 | x | x | Defendant's Exhibit A-110 | Deft. |
| | | | | | Defendant' requests to move A-105-A-114 into evidence. The court will deal with the exhibits after the testimony is complete. | |
| | | 10:42 | | | Cross examination of Mr. Kreger | |
| | | 11:20 | | | Re direct examination of Mr. Kreger | |
| | | 11:25 | | | Re cross examination of Mr. Kreger | |
| | | 11:26 | | | Re direct examination of Mr. Kreger | |
| | | 11:27 | | | Mr. Kreger is excused | |
| | | 11:28 | | | The defendant rests | |
| | | 11:28 | | | The jury is excused for a few minutes | |
| | | 11:29 | | | The court finalizes the jury instructions | |
| | | 11:44 | | | The jury is brought back in. The court will take a 45 minute lunch break. The jury is released for lunch | |
| | | 11:46 | | | The court will admit defendant's exhibit A-105-A-114. A-111 will need to be redacted before given to the jury. The court also admits defendant's exhibit A-95 | |
| | | 11:48 | | | The court breaks for lunch until 12:30 | |
| | | 12:35 | | | The court is back in session | |
| | | 12:36 | | | Closing arguments by the government | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:04 | | | Closing arguments by the defendant | |
| | | 1:45 | | | Final closing arguments by the government | |
| | | 1:55 | | | Jury instructions are read to the jury | |
| | | 2:15 | | | Deliberations begin | |
| | | 3:25 | | | Jury Note Number 1: The jury requests the use of a white board.  The court gives the jury a white board | |
| | | 4:00 | | | Jury Note Number 2:  the court receives a second note | |
| | | 4:05 | | | The jury is released for the day | |
| | | 4:06 | | | The court discusses how to address the second jury note.  the parties shall meet and confer and try to reach an agreement, otherwise each side shall submit a proposed instruction by tomorrow morning. | |
| | | 4:30 | | | The court is adjourned for the day | |
| | | | | | **TUESDAY JUNE 3, 2008** | |
| | | 8:20 | | | The court is back in session to discuss how to respond to jury note number 2. | |
| | | 8:47 | | | The jury is brought in and two additional instructions are read to them | |
| | | 8:50 | | | deliberations continue | |
| | | 1:30 | | | Jury Note Number 3:the clerk answers question after conferring with counsel via telephone | |
| | | 1:30 | | | Jury Note Number 4: the jury requests the transcript of Ms. Hojsak's testimony | |
| | | 1:55 | | | The jury is now present, the court informs the jury that a transcript is not available for their use but that the court reporter can read back the testimony if they would like.  The jury shall return to the jury room and discuss what specific portions of Ms. Hojsak's testimony they would like read back or if they would like the entire testimony read back.  The court security officer informs the court that the jury does not need a read back of testimony. | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:10 | | | Jury Note Number 5:the jury informs the court they will not be able to reach a unanimous decision on any of the 4 counts. | |
| | | 3:19 | | | The jury is brought out and given an additional instruction | |
| | | 3:20 | | | Jury deliberations continue | |
| | | 4:00 | | | The jury is now present | |
| | | 4:03 | | | The jury foreman informs the court that they are still unable to reach a unanimous decision. The jury is sent back to the jury room for a few minutes | |
| | | 4:04 | | | The court hears argument as to how to proceed | |
| | | 4:22 | | | The jury is now present.  The court informs the jurors that they shall return tomorrow for further deliberations.  The jury is released for the day. The jury foreman informs the court that they would like to hear read back of Ms. Hojsak's testimony and specifies which portions they would like read back. | |
| | | 4:30 | | | The court is adjourned for the day | |
| | | | | | **WEDNESDAY JUNE 4, 2008** | |
| | | 8:18 | | | The court is back in session.  The court hears argument as to what portions of the testimony of Ms. Hojsak will be read back to the jury. | |
| | | 8:50 | | | The jury is now present | |
| | | 8:50 | | | The court reporter reads back Ms. Hojsak's testimony | |
| | | 10:30 | | | The court takes a 10 minute break | |
| | | 10:42 | | | The court is back in session, continued read back of Ms. Hojsak's testimony | |
| | | 12:07 | | | The read back of Ms. Hojsak's testimony is complete and the jury is sent back to the jury room to continue deliberations. | |
| | | 12:08 | | | Court is in recess | |
| | | 2:51 | | | Jury Note Number 6- | |
| | | 3:15 | | | The jury is present and an additional instruction is read.  The jury is sent back to the jury room to continue deliberations. | |
| | | 3:45 | | | Jury Note Number 7-the jury has reached a decision | |

Case No:**CR-07-0325 PJH**                    Case Name: **United States v. Diana Hojsak**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---------|--------|--------------|----|----|-------------|----|
| | | 3:50 | | | The jury is brought out and the jury foreperson confirms that they have reached a unanimous decision | |
| | | | | | The court reads the verdict.  The jury finds the defendant guilty as to all counts (1-4). | |
| | | 3:55 | | | The jury is discharged | |
| | | 3:58 | | | The parties shall appear for a Status Conference on 6/18/08 at 2:30 p.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |