1

### 3.1 DUTIES OF JURY TO FIND FACTS AND FOLLOW LAW

2   Members of the jury, now that you have heard all the evidence, it is my duty to instruct

3   you on the law which applies to this case. A copy of these instructions will be available in the

4   jury room for you to consult.

5   It is your duty to find the facts from all the evidence in the case. To those facts you will

6   apply the law as I give it to you. You must follow the law as I give it to you whether you agree

7   with it or not. And you must not be influenced by any personal likes or dislikes, opinions,

8   prejudices, or sympathy. That means that you must decide the case solely on the evidence

9   before you. You will recall that you took an oath promising to do so at the beginning of the

10   case.

11   In following my instructions, you must follow all of them and not single out some and

12   ignore others; they are all equally important. You must not read into these instructions or into

13   anything the court may have said or done any suggestion as to what verdict you should

14   return—that is a matter entirely up to you.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## 3.6 WHAT IS EVIDENCE

2   The evidence from which you are to decide what the facts are consists of:

3   (1) the sworn testimony of any witness;

4   (2) the exhibits which have been received into evidence; and

5   (3) any facts to which all the lawyers have stipulated.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**3.7 WHAT IS NOT EVIDENCE**

2    In reaching your verdict you may consider only the testimony and exhibits received into
3  evidence. Certain things are not evidence and you may not consider them in deciding what the
4  facts are. I will list them for you:

5    1.    Arguments and statements by lawyers are not evidence. The lawyers are not
6          witnesses. What they have said in their opening statements, [will say in their]
7          closing arguments and at other times is intended to help you interpret the
8          evidence, but it is not evidence. If the facts as you remember them differ from
9          the way the lawyers state them, your memory of them controls.

10   2.    Questions and objections by lawyers are not evidence. Attorneys have a duty to
11         their clients to object when they believe a question is improper under the rules
12         of evidence. You should not be influenced by the question, the objection, or the
13         court's ruling on it.

14   3.    Testimony that has been excluded or stricken, or that you have been instructed
15         to disregard, is not evidence and must not be considered. In addition some
16         testimony and exhibits have been received only for a limited purpose; where I
17         have given a limiting instruction, you must follow it.

18   4.    Anything you may have seen or heard when the court was not in session is not
19         evidence. You are to decide the case solely on the evidence received at the trial.

20
21
22
23
24
25
26
27
28

Crim-jt.Ins2007
Updated to 2007 Edition

1

## 3.8 DIRECT AND CIRCUMSTANTIAL EVIDENCE

2      Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such

3 as testimony by a witness about what that witness personally saw or heard or did.

4 Circumstantial evidence is proof of one or more facts from which you could find another fact.

5 You should consider both kinds of evidence. The law makes no distinction between the weight

6 to be given to either direct or circumstantial evidence. It is for you to decide how much weight

7 to give to any evidence.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE FOLLOWING INSTRUCTIONS ARE
REQUESTED TO BE GIVEN AT THE END OF THE CASE

PROPOSED JURY INSTRUCTION NO.

The evidence you are to consider is only that provided through the official court translator. Although some of you may know the non-English language used, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English translation. You must disregard any different meaning of the non-English words.

Given: _____

Given as Modified: _____

Not Given: _____

6

PROPOSED JURY INSTRUCTION NO.

Certain charts and summaries have been shown to you in order to help explain the facts disclosed by the books, records, and other documents which are in evidence in the case. They are not themselves evidence or proof of any facts. If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

Given: _____

Given as Modified: _____

Not Given: _____

7

PROPOSED JURY INSTRUCTION NO. 

1

2        Certain charts and summaries have been received into evidence. Charts and summaries

3    are only as good as the underlying supporting material. You should, therefore, give them only

4    such weight as you think the underlying material deserves.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Given: _____

27    Given as Modified: _____

28    Not Given: _____

8

## 3.9 CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1. the opportunity and ability of the witness to see or hear or know the things testified to;

2. the witness's memory;

3. the witness's manner while testifying;

4. the witness's interest in the outcome of the case and any bias or prejudice;

5. whether other evidence contradicted the witness's testimony;

6. the reasonableness of the witness's testimony in light of all the evidence; and

7. any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

1                     **3.4 DEFENDANT'S DECISION TO TESTIFY**

2       The defendant has testified.  You should treat this testimony just as you would the

3 testimony of any other witness.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3

## TESTIMONY OF INFORMER

4
5      You have heard testimony that Mr. Yan, a witness, sought a reward from the

6  government in connection with this case. You should examine Yan's testimony with

7  greater caution than that of ordinary witnesses. In evaluating that testimony, you should

8                                                                    *anticipating*
9  consider the extent to which it may have been influenced by the receipt of [~~e.g., benefits~~]
                                                                         ʌ        *a reward*
10  from the government.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

1

## 3.2 CHARGE AGAINST DEFENDANT NOT
### EVIDENCE—PRESUMPTION OF
### INNOCENCE—BURDEN OF PROOF

2

3        The indictment is not evidence. The defendant has pleaded not guilty to the charge.

4   The defendant is presumed to be innocent and does not have to testify or present any evidence

5   to prove innocence. The government has the burden of proving every element of the charge

6   beyond a reasonable doubt.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Crim-jt.Ins2007
Updated to 2007 Edition

1     PROPOSED JURY INSTRUCTION NO.

2     THE SUPERSEDING INDICTMENT

3     The Superseding Indictment set forth four counts or charges. (Please read the

4     Superseding Indictment)

25    Given: _____

26    Given as Modified: _____

27    Not Given: _____

28

3

PROPOSED JURY INSTRUCTION NO.

<u>CONSIDER EACH COUNT SEPARATELY</u>

A separate crime is charged in each count. You must decide each count separately. Your verdict on one count should not control your verdict on any other counts.

Given: _____

Given as Modified: _____

Not Given: _____

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED JURY INSTRUCTION NO. 

<u>CONSIDER ONLY CRIME CHARGED</u>

The defendant is on trial only for the crime charged in the superseding indictment, not for any other activities.

5

1

PROPOSED JURY INSTRUCTION NO. 

2

EVIDENCE OF OTHER ACTS OF
DEFENDANT, OR ACTS AND STATEMENTS OF OTHER

3

4        You are here only to determine whether the defendant is guilty or not guilty of the

5    charge[s] in the superseding indictment.  Your determination must be made only for the evidence

6    in the case.  The defendant is not on trial for any conduct or offense not charged in the

7    superseding indictment.  You should consider evidence about the acts, statements, and intentions

8    of others, or evidence about other acts of the defendant, only as they relate to this charge against

9    this defendant.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

## OTHER CRIMES, WRONGS OR ACTS OF DEFENDANT

You have heard evidence of other acts engaged in by the defendant outside of the period covered by the indictment. You may consider that evidence only as it bears on defendant's intent, plan, knowledge or absence of mistake, and for no other purpose.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED JURY INSTRUCTION NO 

REASONABLE DOUBT - DEFINED

The government has the burden of proving that the defendant has committed each and every element of the offense charged beyond a reasonable doubt. Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the defendant is guilty. It is not required that the government prove guilt beyond all possible doubt. A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

7

PROPOSED JURY INSTRUCTION NO. ███

INCOME TAX EVASION (26 U.S.C. § 7201)

████████████████████████████████████████

The defendant is charged in Counts One and Two of the Superseding Indictment with income tax evasion for the tax years 2000 and 2001 in violation of Section 7201 of Title 26 of the United States Code. In order for the defendant to be found guilty of income tax evasion, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant owed more federal income tax for the tax year than was declared due on her income tax return for that same year;

Second, the defendant knew that more federal income tax was owed than was declared due on her income tax return for that same year;

Third, the defendant made an affirmative attempt to evade or defeat an income tax; and

Fourth, in attempting to evade or defeat such additional tax, the defendant acted willfully.

Fifth, the defendant did not have a good faith belief that she was complying with the provisions of the tax laws. A belief may be in good faith even if it is unreasonable.

8

1

PROPOSED JURY INSTRUCTION NO.

2

WILLFULLY -- DEFINED

3

4        Willfulness, requires the Government to prove that the law imposed a duty on the

5    defendant, that the defendant knew of this duty, and that she voluntarily and intentionally

violated that duty.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12

PROPOSED JURY INSTRUCTION NO. 

<u>FALSE STATEMENT OR DOCUMENT – STATUTE INVOLVED</u>

The defendant is charged in Counts Three and Four of the Superseding Indictment with filing false federal income tax returns for Allied Telecom International for the tax years 2000 and 2001 in violation of Section 7206(1) of Title 26 of the United States Code.

In order for the defendant to be found guilty of each charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant made and signed a tax return of Allied Telecom International that she knew contained false information as to a material matter;

Second, the return contained a written declaration that it was being signed subject to the penalties of perjury; and

Third, in filing the false tax return, the defendant acted willfully.

Fourth, the defendant did not have a good faith belief that she was complying with the provisions of the tax laws. A belief may be in good faith even if it is unreasonable.

13

## MATERIALITY

Information is material if it is necessary to a determination of whether income tax is owed by ▓▓▓▓▓▓▓ *ATI*

1

## 7.1 DUTY TO DELIBERATE

2        ₊When you begin your deliberations, you should elect one member of the jury as your

3    foreperson. That person will preside over the deliberations and speak for you here in court.

4        You will then discuss the case with your fellow jurors to reach agreement if you can do

5    so. Your verdict, whether guilty or not guilty, must be unanimous.

6        Each of you must decide the case for yourself, but you should do so only after you have

7    considered all the evidence, discussed it fully with the other jurors, and listened to the views of

8    your fellow jurors.

9        Do not be afraid to change your opinion if the discussion persuades you that you

10    should. But do not come to a decision simply because other jurors think it is right.

11        It is important that you attempt to reach a unanimous verdict but, of course, only if

12    each of you can do so after having made your own conscientious decision. Do not change an

13    honest belief about the weight and effect of the evidence simply to reach a verdict.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Crim-jt.Ins2007
Updated to 2007 Edition

1

## 7.2 CONSIDERATION OF EVIDENCE

2      Your verdict must be based solely on the evidence and on the law as I have given it to

3  you in these instructions. However, nothing that I have said or done is intended to suggest

4  what your verdict should be—that is entirely for you to decide.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## 7.3 USE OF NOTES

2          Some of you have taken notes during the trial.  Whether or not you took notes, you

3    should rely on your own memory of what was said.  Notes are only to assist your memory.

4    You should not be overly influenced by the notes.

5

6

7

8

9

10

11

12

13

14    .

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## 7.4 JURY CONSIDERATION OF PUNISHMENT

2    The punishment provided by law for this crime is for the court to decide. You may not

3  consider punishment in deciding whether the government has proved its case against the

4  defendant beyond a reasonable doubt.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## 7.5 VERDICT FORM

2          A verdict form has been prepared for you. [Any explanation of the verdict form may be

3    given at this time.]  After you have reached unanimous agreement on a verdict, your

4    foreperson will fill in the form that has been given to you, sign and date it and advise the Court

5    that you are ready to return to the courtroom.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## 7.6 COMMUNICATION WITH COURT

2       If it becomes necessary during your deliberations to communicate with me, you may

3 send a note through the bailiff, signed by your foreperson or by one or more members of the

4 jury. No member of the jury should ever attempt to communicate with me except by a signed

5 writing, and I will respond to the jury concerning the case only in writing, or here in open

6 court. If you send out a question, I will consult with the lawyers before answering it, which

7 may take some time. You may continue your deliberations while waiting for the answer to any

8 question. Remember that you are not to tell anyone—including me—how the jury stands,

9 numerically or otherwise, on the question of the guilt of the defendant, until after you have

10 reached a unanimous verdict or have been discharged.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28