## WILLFULLY

An act is done willfully if done voluntarily and intentionally with the purpose of avoiding a known legal duty.

## GOOD FAITH

The government has the burden of negating a defendant's claim of ignorance of the law or a claim that because of a misunderstanding of the law, she had a good-faith belief that she was not violating any of the provisions of the tax laws. Such a belief need not be reasonable; subjective good faith is sufficient for Ms Hojsak to prevail.

6