CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-677-9445

Attorney for Defendant DIANA JING JING HOJSAK,

a/k/a JING JING LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>**NOTICE OF MOTION AND MOTION FOR NEW TRIAL**<br><br>Date: June 18, 2008<br>Time: 2:30 p.m. |

TO THE UNITED STATES OF AMERICA, PLAINTIFF, UNITED STATES ATTORNEY JOSEPH RUSSONELLO AND TO ASSISTANT UNITED STATES ATTORNEY CYNTHIA STIER, ATTORNEYS FOR PLAINTIFF:

PLEASE TAKE NOTICE that on June 18, 2008, at 2:30 p.m., or as soon as the matter may be heard, before the Honorable Phyllis Hamilton, United States District Judge, for the Northern District of California, counsel for defendant Diana Hojsak will move for a new trial.

NOTICE OF MOTION AND MOTION FOR NEW TRIAL
CR-07-0325-PJH

Page 1 of 2

1    This Motion is based upon the o the Fifth and Sixth Amendments to the United States

2  Constitution and Rules 29 and 33 of the Rules of Criminal Procedure, the inherent

3  supervisory power of this Court, the Memorandum attached hereto and incorporated by this

4

5  reference, all records, filings and pleadings in this action, and any other material brought to

6  the attention of the Court.

7

8
9  DATED:                                              Respectfully submitted,

10

11                                                    Christopher Cannon