CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-362-6252
Facsimile: 415-677-9445

Attorney for Defendant DIANA JING JING HOJSAK,

a/k/a JING JING LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0325-PJH |
|---|---|
| Plaintiff, | ) **EXHIBIT IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE NEW TRIAL** |
| vs. | |
| DIANA JING JING HOJSAK, | |
| a/k/a JING JING LU, | |
| Defendant. | |

EXHIBITS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE NEW TRIAL
CR-07-0325-PJH

Page 1 of 1



**Australian Government**

**Australian Taxation Office**
21 Genge Street Civic ACT 2601
PO Box 900 Civic Square ACT 2608
AUSTRALIA

Contact Officer: Li Li Teh
Telephone: +61 2 6216 2129
Facsimile: +61 2 6216 6777
Email: lili.teh@ato.gov.au
Our reference: 08/4042
Your reference: 137109

22 April 2008

Mr Barry B Shott
Deputy Commissioner
Large and Mid-Size Business (International)
C/- Mr J D Carroll EOI Team 1
Internal Revenue Service
Attn: SE:LM:IN:OO:EOI 1
(Mint Annex MA 3-309D)
1111 Constitution Avenue NW
Washington D.C. 20224
UNITED STATES OF AMERICA



APR 2 3 2008
RECEIVED

Dear Mr Shott

**AUSTRALIA/UNITED STATES DOUBLE TAX CONVENTION**
**ARTICLE 25: EXCHANGE OF INFORMATION**

    **AUSTRALIA:**      **MR MICHAEL JON YELL**

    **UNITED STATES:**  **MS DIANA J HOJSAK**

I refer to my letter of 21 April 2008 in which I provided you with a CD of the audio file of our interview with Mr Michael Yell and his representatives.

I am now able to provide you with a copy of the transcript of this interview which I have attached as <u>Attachment A</u> to this letter.

I believe this now concludes all the outstanding matters in relation to this case.

This information is provided in accordance with Article 25 of the Double Tax Convention between our two countries and I request that its use and disclosure be governed accordingly.

Yours sincerely

*Michael Nugent*
for (Graham Whyte)
Assistant Commissioner (International Relations Practice)
International Strategy and Operations
Large Business and International
Competent Authority

**AUSCRIPT AUSTRALASIA PTY LTD**
ABN 72 110 028 825



Level 10, MLC Court, 15 Adelaide St BRISBANE QLD
PO Box 13038 George St Post Shop BRISBANE QLD 4003
Tel: 1300 308 420  Fax:(07) 3503-1199
Email: orders@auscript.com.au  Website: www.auscript.com.au

TRANSCRIPT OF PROCEEDINGS

---
TRANSCRIPT IN CONFIDENCE
---

O/N 78850

## AUSTRALIAN TAXATION OFFICE

TAPED RECORD OF INTERVIEW BETWEEN
IVAN BARBA, AN OFFICER OF
THE AUSTRALIAN TAXATION OFFICE
AND MICHAEL YELL CONDUCTED
AT LEVEL 19, 207 KENT STREET, SYDNEY
ON FRIDAY, 11 APRIL 2008

| PERSONS PRESENT: | Ivan BARBA |
| --- | --- |
| | Anjanna SATCHI |
| | Michael YELL |
| | Neil WICKENDEN |

| TIME COMMENCED: | 4.30 PM |
| --- | --- |

> THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE APPLICABLE PROVISIONS.

TRANSCRIBED BUT NOT RECORDED BY AUSCRIPT

|    |         |                                                                                                                                                                                                                                 |
|----|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | BARBA:  | Okay. So I am going to ask you some questions now in regards to your offshore consultancy work. Have you ever undertaken any offshore consultancy work?                                                                         |
| 5  | YELL:   | Offshore consultancy work, can you please explain?                                                                                                                                                                              |
|    | BARBA:  | Okay. In your own name or under the name of an entity that you can control, have you ever done any work offshore other than for an employer?                                                                                    |
| 10 | YELL:   | I have only given business advice to Diana Lu. Any other consultancy, no.                                                                                                                                                       |
| 15 | BARBA:  | Under what circumstances was that advice provided?                                                                                                                                                                              |
| 20 | YELL:   | She wanted me to offer some advice to ATI at the time. She was having some staffing issues in Asia. She was having some issues with ATI regarding some fibre optics issues she had and all I ever did was just offer her some opinions and looked at some spreadsheets that she created and adjusted those for her. |
| 25 | BARBA:  | Was this advice provided orally or was it provided in documents?                                                                                                                                                                |
|    | YELL:   | 99 per cent of it would have been done orally.                                                                                                                                                                                  |
| 30 | BARBA:  | So there were some documents provided?                                                                                                                                                                                          |
|    | YELL:   | There would be the odd spreadsheet a long time ago. I wouldn't have a copy or anything.                                                                                                                                         |
| 35 | BARBA:  | Okay. Did you have an agreement in regards to that arrangement you had with Diana Lu?                                                                                                                                           |
| 40 | YELL:   | Other than the consultancy thing. I am pretty sure you have a copy of. That was the only thing. Most of our agreement was verbal.                                                                                               |
| 45 | BARBA:  | Okay. So what I am going to show you is a consultant agreement, which is two pages. I understand that there is an appendix attached to that but it is not legible in terms of the copy that was given to us. So I haven't brought it with me. But can you confirm just by looking at that that that is the agreement that you had with Diana Lu? |

Yell 11.4.08                         P-9
Auscript Australasia Pty Ltd    In-Confidence

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE APPLICABLE PROVISIONS.

|   |         |                                                                                                                                                                                                                                                                                                                                                                                      |
|---|---------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | YELL:   | Yes, it is, yes.                                                                                                                                                                                                                                                                                                                                                                     |
| 5 | BARBA:  | Can you confirm on the second page that that is your signature that appears at the bottom of the second page?                                                                                                                                                                                                                                                                        |
|   | YELL:   | Correct.                                                                                                                                                                                                                                                                                                                                                                             |
| 10| BARBA:  | The date of that is the 1st of August 1998?                                                                                                                                                                                                                                                                                                                                          |
|   | YELL:   | Correct.                                                                                                                                                                                                                                                                                                                                                                             |
| 15| BARBA:  | Okay. So are you saying to me that the advice or the services you provided to Diana Lu were provided in accordance with this consulting agreement?                                                                                                                                                                                                                                   |
| 20 25 | YELL: | The consulting agreement was – the reason why – we had always had a I suppose a gentlemen's agreement or a verbal agreement with each other and her accountant advised her at the time that she needed to have a consultancy agreement with me because he was concerned that I may at some stage in the future make a claim on her for services rendered and advice given to her. So she was trying to create the consultancy agreement to make sure that I could never, ever make a financial claim on her for those services. |
| 30| BARBA:  | This agreement here contains a clause I think payment for services, clause 2. Would you suggest that that clause in this agreement here does contain a clause which allows her to pay you for services provided?                                                                                                                                                                     |
| 35| YELL:   | I would have to reread that.  ..... So it says here I agree to perform services as described.                                                                                                                                                                                                                                                                                        |
|   | BARBA:  | Yes.                                                                                                                                                                                                                                                                                                                                                                                 |
|   | YELL:   | ..... and applicable, yes.                                                                                                                                                                                                                                                                                                                                                           |
| 40| BARBA:  | So would you agree with me then that that agreement there does provide for payment for your services?                                                                                                                                                                                                                                                                                |
|   | YELL:   | It does provide for that.                                                                                                                                                                                                                                                                                                                                                            |
| 45| BARBA:  | Okay. Who did you provide these services to? Was it directly to Diana Lu or to any other person?                                                                                                                                                                                                                                                                                     |

Yell 11.4.08                         P-10                    [stamp: THIS INFORMATION IS FURNISHED UNDER
Auscript Australasia Pty Ltd    In-Confidence         THE PROVISIONS OF AN INCOME TAX
                                                      TREATY BETWEEN AUSTRALIA AND A
                                                      FOREIGN GOVERNMENT. ITS USE AND
                                                      DISCLOSURE MUST BE COVERED BY THE
                                                      APPLICABLE PROVISIONS.]

|    | YELL:  | Just directly to Diana Lu. |
|----|--------|----------------------------|
|    | BARBA: | Okay. Did you invoice for these services? |
| 5  | YELL:  | No. |
|    | BARBA: | No, okay. Have you ever used a trading name by the name of Yell Consulting? |
| 10 | YELL:  | I did create some documents to try and put some dollar values, not dollar values, but a value around my services. |
| 15 | BARBA: | So did you issue any of these documents or invoices to Diana Lu from Yell Consulting requesting payment for services? |
| 20 | YELL:  | I can't remember, long time ago, I couldn't tell you. It sounds familiar, yes. |
|    | BARBA: | So it is possible you did issue invoices. Do you hold copies of these invoices? |
| 25 | YELL:  | Not that I am aware of. |
| 30 | BARBA: | Can you tell me how you might have produced these invoices? Are they computer generated from an accounting software system or are there some other means of producing these invoices? |
|    | YELL:  | ..... it's a long time ago. They would have been just done on a Word document I think. |
| 35 | BARBA: | Okay. So there is no formal accounting system which would have produced these documents? |
|    | YELL:  | Correct. |
| 40 | BARBA: | Okay. Have you been paid for these services? |
|    | YELL:  | Absolutely not. |
|    | BARBA: | Okay. Did you seek to get paid for these services? |
| 45 | YELL:  | Absolutely not. |

Yell 11.4.08  
Auscript Australasia Pty Ltd

P-11  
In-Confidence

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE COVERED BY THE APPLICABLE PROVISIONS

|    | BARBA:     | So just to confirm, you provided services to Diana Lu. You issued invoices to Diana Lu? |
|----|------------|---|
| 5  | YELL:      | Yes. I believe so but I mean I can't remember. |
|    | BARBA:     | Do you recall around about the value of what those services would have been? |
| 10 | YELL:      | No. |
|    | BARBA:     | Would it have been $100,000? |
|    | YELL:      | No idea. |
| 15 | BARBA:     | Would it have been more than $100,000? |
|    | WICKENDEN: | Well, sorry for interrupting but I mean, I think I understand what you are asking but the services didn't have any value at all so far as Mike was concerned. |
| 20 |            |   |
|    | BARBA:     | Right. |
| 25 | WICKENDEN: | He was trying to repay what he felt was a moral obligation. |
|    | BARBA:     | What I am getting at is that it would appear that Mr Yell issued invoices to Diana Lu. What I am trying to ascertain is what was the dollar value of those invoices and if you can't recall exactly, what I am asking is an approximation. I mean if the figure of $100,000 is too high or too low? |
| 30 |            |   |
|    | YELL:      | I really couldn't tell you. |
| 35 |            |   |
|    | BARBA:     | Would $1 million be too high? |
|    | YELL:      | You are asking me the question for something I probably did 10 years ago. I can't recall. |
| 40 |            |   |
|    | BARBA:     | Can I suggest that maybe a dollar value of $1 million would be something that you would recall? |
| 45 | YELL:      | I would have been trying to reduce my moral obligation as quickly as possible. |

Yell 11.4.08                      P-13            In-Confidence
Auscript Australasia Pty Ltd

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY TH APPLICABLE PROVISIONS.

|    |         |                                                                                                          |
|----|---------|----------------------------------------------------------------------------------------------------------|
|    | BARBA:  | Okay. Could I put it to you then that possibly the amount of money that you invoiced Mrs Lu was in the vicinity of $2 million? |
| 5  | YELL:   | No.                                                                                                      |
|    | BARBA:  | Would you agree with that or would you say no?                                                           |
| 10 | YELL:   | It sounds like a lot to me.                                                                              |
|    | BARBA:  | Okay. So you have no recollection of that figure?                                                        |
|    | YELL:   | No.                                                                                                      |
| 15 | BARBA:  | Okay. I will just ask you, have you been paid for these invoices?                                        |
|    | YELL:   | Never.                                                                                                   |
| 20 | BARBA:  | When did you cease providing these services to Ms Lu?                                                    |
|    | YELL:   | Shit, I wish that was soon. I still find like I provide services today to her.                           |
| 25 | BARBA:  | Are you still in contact with her?                                                                       |
|    | YELL:   | Yes.                                                                                                     |
| 30 | BARBA:  | And she still continues to ask you to provide services?                                                  |
|    | YELL:   | She has recently now moved back to IGA to try and help her start a business in that.                     |
| 35 | BARBA:  | Okay. Would you say this agreement is still in force or has it ceased?                                   |
|    | YELL:   | I wish it was over. But I technically suppose you can ..... automatically renews which is a problem for me. |
| 40 | BARBA:  | Okay. So at this stage here you believe it is still in effect?                                           |
|    | YELL:   | Yes.                                                                                                     |
| 45 | BARBA:  | Okay. Can I bring you back to the HSBC account. Okay. Now I just want to clarify this point. You in fact |

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY TH. APPLICABLE PROVISIONS.

|     |        |     |
| --- | ------ | --- |
|     | BARBA: | What I am showing you is a copy of a declaration entitled "Declaration of Michael Yell in support of a motion to depose a foreign witness." Okay. Now can I ask you to confirm the date that declaration was made? |
| 5   | YELL:  | 10 December 2007. |
|     | BARBA: | If I could ask you to confirm is that your signature that appears on that page? |
| 10  | YELL:  | It is. |
|     | BARBA: | Okay. So you confirm making a declaration dated 10th of December 2007 in the US? |
| 15  | YELL:  | Based on that, yes. |
|     | BARBA: | Okay. Do you have a copy of that declaration? |
| 20  | YELL:  | I do somewhere, yes. |
|     | BARBA: | You confirm that the signature on page 3 of the declaration is in fact your signature? |
| 25  | YELL:  | Yes. |
|     | BARBA: | In that declaration you stated that in your deposition you would testify that ATI owed you substantial sums for consulting services. Do you confirm this? |
| 30  | YELL:  | I did state that, yes. I should point out that I actually didn't write that. That was written by Chris Cannon, who is Diana Lu's legal lawyer. |
| 35  | BARBA: | Okay. So did you read it? |
|     | YELL:  | I probably didn't read it with the level of care I should have in hindsight. |
| 40  | BARBA: | Right but do you agree that you signed this document and therefore by signing it you were declaring that the information contained in this deposition was in fact correct? |
| 45  | YELL:  | In hindsight, incorrect, yes. |

Yell 11.4.08    P-28    In-Confidence
Auscript Australasia Pty Ltd

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE APPLICABLE PROVISIONS.

|   |        |                                                                                                                                                                                                                                              |
|---|--------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | BARBA: | Okay. At the time of signing it would you agree that when you signed it you were signing with the intention that you were signing that this document was in fact correct?                                                                    |
| 5 | YELL:  | I was signing it based on the fact that I was trying to remember what the situation was at that time because most of these events happened many, many years ago. So I actually said to ..... at the time that I can only sign this based on my recollection at this point. |
| 10 |        |                                                                                                                                                                                                                                              |
|   | BARBA: | Right.                                                                                                                                                                                                                                       |
| 15 | YELL:  | I didn't – I have learned a lot since then.                                                                                                                                                                                                  |
|   | BARBA: | Where abouts was this document signed?                                                                                                                                                                                                       |
|   | YELL:  | Where abouts, no idea. It would have been – I would have signed it here in Australia.                                                                                                                                                        |
| 20 | BARBA: | Okay. How was the document given to you?                                                                                                                                                                                                     |
|   | YELL:  | By email I think.                                                                                                                                                                                                                            |
| 25 | BARBA: | So how would you have been able to actually sign?                                                                                                                                                                                            |
|   | YELL:  | I would have faxed that back to them.                                                                                                                                                                                                        |
| 30 | BARBA: | So faxed it back?                                                                                                                                                                                                                            |
|   | YELL:  | Yes.                                                                                                                                                                                                                                         |
| 35 | BARBA: | Okay. All right. In this declaration you further confirmed that prior to signing the consulting agreement with ATI you owed Diana Lu, also known as Diana Hojsak or Jin Jin Lu, several million dollars. Do you confirm this?                |
| 40 | YELL:  | No, I don't confirm that. I confirm that in her opinion she believes I have owed her several million dollars.                                                                                                                                |
| 45 | BARBA: | Okay. I am going to read to you on page 3 of the declaration the following words which appear on the declaration. "Prior to signing my consulting agreement with ATI I owed Diana Lu several million dollars." So I will just ask you to read that and just confirm whether in |

Yell 11.4.08                          P-29
Auscript Australasia Pty Ltd     In-Confidence

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY BETWEEN AUSTRALIA AND A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE APPLICABLE PROVISIONS.