UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 18, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:** UNITED STATES  v.  DIANA HOJSAK (Present)

**Attorney for Plaintiff:** Cynthia Stier; Tom Newman
**Attorney for Defendant:** Chris Cannon

**Deputy Clerk:** Nichole Heuerman   **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Status-Held. The court informs the parties that the motion for new trial will not go forward today. Defense counsel may file a reply brief by 6/25/08. The hearing on defendant's motion for new trial is set for 7/2/08 at 2:30 p.m.

**CASE CONTINUED TO:** July 2, 2008 at 2:30 p.m. for Defendant's Motion for New Trial.

cc: chambers; Wendy