**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date:** July 2, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-325 PJH

**Case Name:**   UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier; Tom Newman
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Kathy Wyatt


**PROCEEDINGS**

Defendant's Motion for New Trial-DENIED as stated on the record.


**CASE CONTINUED TO:** October 29, 2008 at 2:30 p.m. for Sentencing.

cc: chambers