**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

JPR:TGM:kpt

*Thomas Moore, Chief*
*David L. Denier*
*Cynthia L. Stier*
*Thomas Newman*

*9th Floor, Federal Building*  (415) 436-6999
*450 Golden Gate Avenue, Box 36055*  FAX:(415) 436-6748
*San Francisco, California 94102*  FAX:(415) 436-6927

July 15, 2008

The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California
450 Golden Gate Ave., 15th Fl.
San Francisco, CA 94102

    Re:    United States v. Diana Hojsak
            Case No. CR 07-0325-PJH (N.D. Calif.)

Dear Judge Zimmerman:

      The United States requests that the Court hold a bail review hearing on the conditions of release for the Defendant, Ms. Diana Hojsak, who was recently convicted of tax evasion and filing false tax returns.

      Could you please schedule a bail review hearing for August 20, 2008 at 1:30 p.m.

      If you have any questions, please contact me at 415-436-7000. Thank you for your assistance in this matter.

                                Very truly yours,

                                JOSEPH P. RUSSONIELLO
                              United States Attorney

                              CYNTHIA L. STIER
                              Assistant United States Attorney
                              Tax Division

cc: Chris Cannon