JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br>    Defendant. | No. CR 07- 0325 - PJH<br><br>**MOTION TO MODIFY RELEASE ORDER**<br><br>Date: August 20, 2008<br>Time: 1:30 |

**MOTION TO MODIFY RELEASE ORDER**

   The United States seeks a review of the conditions of release for the Defendant, Diana Hojsak. Specifically, the United States seeks to modify those conditions to prohibit Defendant Hojsak from traveling outside the Northern District of California because she is a flight risk. The grounds for this request are as follows:

   1. On June 7, 2008, Defendant Hojsak was released upon certain conditions, specifically: (a) she surrender her Chinese passport and that she not travel outside the Northern District of California; (b) she post a $250,000 bond secured by property located at 111 Chestnut Street,

1  San Francisco, California; and © that the proceeds of a civil settlement payable to her be
2  withheld pending further order of this Court.
3      2. The first condition, concerning travel outside the Northern District, was modified on
4  July 30, 2007, pursuant to a stipulation between the parties.  The modification allows the
5  Defendant to travel both internationally and domestically with advance notice and an itinerary to
6  pretrial services.[1]
7      3. On June 4, 2008,  Defendant Hojsak was convicted by a jury of two counts each of tax
8  evasion (26 U.S.C. §7201) and making and subscribing false corporate income tax returns (26
9  U.S.C. §7206(1).  Sentencing is scheduled before the Honorable Phyllis Hamilton on October 29,
10 2008.
11     4. Hojsak is not a citizen of the United States and may be subject to removal from the United
12 States for having been convicted of an aggravated felony as defined in §101(a)(43)(M) of the
13 Immigration and Nationality Act, 8 U.S.C. § 1101(a)(43)(M)(ii) (offense under §7201 (relating to
14 tax evasion) in which the revenue loss to the government exceeds $10,000); **Evangelista v.**
15 **Ashcroft**, 359 F.3d 145, 151-52 (2nd Cir. 2004); see also, **Kawashima v. Makasey**, 530 F.3d
16 1111 (9th Cir. 2008).
17    FOR THE REASONS SET FORTH ABOVE, the United States seeks to modify the
18 conditions of release on the grounds that the Defendant is a flight risk.  The United States
19 specifically requests that this Court modify the conditions or release to require the Defendant to
20 remain in the Northern District of California.

DATED: August 4, 2008        /s/ Cynthia Stier
                                         CYNTHIA STIER
                                         Assistant United States Attorney

---

[1] Counsel for the government agreed to the travel modification because the third condition, retention of civil settlement proceeds exceeding $1,000,000, assured Defendant's appearance at future court proceedings.  Since that Stipulation was entered, the Court has released all civil settlement funds to the Defendant except for approximately $250,000.

*US v. Diana Hojsak*,
Case No. CR 07- 0325 - PJH

2