UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>**[PROPOSED] ORDER ALLOWING TRAVEL TO CHINA** |

So that Ms. Hojsak may evaluate her ailing father's condition and advise him and the rest of her family on treatment options,

IT IS HEREBY ORDERED THAT:

Ms. Hojsak may travel to China, leaving on Sunday, August 24, 2008, and returning on September 18, 2008. Pretrial and the Clerk's Office are directed to return her passport to her.

Date: _____

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

ORDER ALLOWING TRAVEL TO CHINA
CR-07-0325-PJH