SUGARMAN & CANNON
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 362-6252

CHRISTOPHER J. CANNON
SCOTT A. SUGARMAN

OAKLAND OFFICE
385 GRAND AVENUE, SUITE 300
OAKLAND, CALIFORNIA 94610

(510) 272-0600

August 21, 2008

Honorable Bernard Zimmerman
450 Golden Gate Ave.
San Francisco, CA 94102-3483

      Re:    <u>United States v. Diana Jing Jing Hojsak</u>, No. CR 07-0325-PJH

Dear Judge Zimmerman,

As we discussed in Court yesterday, I am forwarding you the original Chinese medical reports for Ms. Hojsak's father as well as a translation of those reports. I am also forwarding a copy of an airline itinerary that United Airlines is holding for Ms. Hojsak should you grant her permission to travel to China to see her father.

At this time we are requesting that Ms. Hojsak be allowed to cancel her planned business trip to Las Vegas so that she may travel to China and see her father as soon as possible.

As you know, Ms. Hojsak has traveled without incident during the course of this case. She is neither a flight risk nor a danger. Her medical training makes it very important to her entire family that she be allowed to travel to China so that she may personally evaluate her father's condition and discuss treatment options with her father, mother, brother and sister, all of whom are now present in China.

In order for her to travel on Sunday (August 24th), she would need the order signed tomorrow, Friday the 22nd, in time for her to pick up her passport and travel on Sunday.

Thank you for your attention to this matter.

Sincerely,

Christopher Cannon

Encl.

## CERTIFICATION OF TRANSLATION

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, that I personally translated the document(s) listed as

Six (6) Page Hospitalization Record and Diagnosis of Lu Xiu Wen

and that they are complete and accurate translations of the originals to the best of my ability and knowledge.

Signed on  __August 20, 2008__  in Los Angeles, California

Samuel Shen Chong
California Court Certified Interpreter (License No. 301138)
Abacus Consulting Services
401 N. Garfield Ave.
#1
Alhambra, CA 91801
Tel: 626-487-8909
Fax: 626-282-9252

Certification of Translator
This is to certify under the penalty of perjury
that I am fluent in _Chinese_ and _English_
languages. It is a complete and accurate
translation of the original to the best of my
ability and knowledge.
Signed on _Aug 20, 2008_ in Los
Angeles California _____
Abacus Consulting Services

08/20/2008  21:08   6262829252         CHONGS HEALTH CARE A              PAGE  01/06

Page 1

# THE FIRST HOSPITAL OF LANZHOU UNIVERSITY

## Hospitalization Certificate

Division: Bed number _____        Date: 08/19/08

Name: Lu Xiu Wen Sex: Male; Age: 72, Weight: _____

Diagnosis: Chronicle Kidney Failure, Uremia

Body temperature in the hospital: _____

Pulse:

Breath:

Blood Pressure:

Temporary treatment: Hospitalization

Doctor signature: Liang (partially illegible)

Page 2

Biochemical Medical Check

Date: 08/11/2008

The First Hospital of Lanzhou University Biochemical lab examination Report

No: 20080811/S1HB03B

Name: Lu Xiu Wen Sex:    Age:    Sample Kind: Blood Serum

Medical exam NO:    Division medical check center

Clinical Diagnosis: TBD

| No. | Exam item: | result | indication | reference scope |
|---|---|---|---|---|
| 1 | BUN | 26.06 | 1 | 2.90-7.10 |
| 2 | CREA | 962.7 | 1 | 44.0-108.0 |
| 3 | BUN/CREA | 27 | | 24-97 |
| 4 | URIC | 487 | 1 | 125-420 |
| 5 | cholesterol | 5.06 | | 3.60-5.70 |
| 6 | Triglyceride | 2.59 | 1 | 0.80-1.80 |
| 7 | high density cholesterol | 0.86 | | 0.80-1.80 |
| 8 | low density cholesterol | 3.02 | | 1.55-3.70 |
| 9 | GLU | 6.61 | 1 | 3.90-6.10 |

sample status    illegible    examiner: illegible    auditor:  illegible

Doctor for instruction of medical exam

time of receipt of exam: 08/11/2008 10:43    Time of Report 08/11/2008 14:50

illegible

Page 3.

(Urine regular exam)

## OUT PATIENT SERVICE

**NAME: LU XIU WEN**    **SEX: MALE**    **AGE 72**    **8/15/2008**

**CLINIC/OUT PATIENT SERVICE  NUMBER:0548391**

NO: 1008081SNCB004
SAMPLE TYPE: URINE
CLINIC DIAGNOSIS: TBD

| NO | EXAM ITEM | | RESULT | REFERENCE SCOPE | UNIT | No | EXAM ITEM | RESULT | REFERENCE SCOPE | UNIT |
|----|-----------|---|--------|-----------------|------|----|-----------|--------|-----------------|------|
| 1 | GLU | | 0 | NEGATIVE | MMOL/L | 13 | WBC under Microscope | 0 | | /HP |
| 2 | bilirubin | BIL | 0 | NEGATIVE | UMOI/L | 14 | WBC 0-5/HPF/Pyocyte | 0 | | /HP |
| 3 | Ketone Bodi | KET | 0 | NEGATIVE | MG/L | 15 | Renal Cortical Epithelial Cell | 0 | | /HP |
| 4 | specific grav | SG | 1.026 | 1.010-1.030 | | 16 | NFEP | 0 | | /HP |
| 5 | Blood ( partially illegible) | | 11.25 partially illegible | NEGATIVE | MG/L | 17 | SQEP | 0 | | /HP |
| 6 | PH | | 8.6 | 5.5-7.6 | | | | | | |
| 7 | protein | PRO | 13>3.0 partially illegible | NEGATIVE | G/L | | | | | |
| 8 | UBG | | NORMAL | 3.2 | UMO1/L | | | | | |
| 9 | Nitrite | NIT | | NEGATIVE | | | | | | |
| 10 | vitamin C | | | NEGATIVE | | | | | | |
| 11 | LEU | | 0 | | /UL | | | | | |
| 12 | RBC under microscope | | 0 | | /HP | | | | | |

**SAMPLE STATUS**

DOCTOR FOR SAMPLE EXAM:    PENG YONG TAO          EXAMINER: LOU JIAJIN                    AUDITOR: YANG JIA partially illegible

TIME OF SAMPLE REDIRECT: 08/15/08 8:50    TIME OF REPORT: 08/15/08 8:56

* THIS RESULT IS BASED ON SAMPLE DELIVERED AND WILL BE RESPONSIBLE BASED ON THE SAMPLE. IF YOU HAVE ANY QUERY, PLEASE CONTACT US WITHIN 3 DAYS

INVOICE NO: 13573206

09/20/2008  21:08    6262829252                CHONGS HEALTH CARE A                    PAGE  04/06

Page 4

**Blood Regular Exam**

NAME: LU XIU WI SEX: MALE                    AGE 72
OUT PATIENT SEI DIVISION/DEPT: KIDNEY

NO: 12080815MOG024 partially illegible
SAMPLE TYPE: URINE
CLINIC DIAGNOSIS: TBD

8/15/2008

| NO | EXAM ITE | RESULT | REFERENCE SCOPE | UNIT | No | EXAM ITEM | RESULT | REFERENCE SCOPE | UNIT |
|----|----------|--------|-----------------|------|----|-----------|--------|-----------------|------|
| 1  | WBC      | 5.6    | 4.0-10.0        | 10 9/L | 13 | MXD     | 0.6 0.6-1.0 partially illegible |  | G/L |
| 2  | RBC      | 3.57   | 3.60-6.60       | 10-12/L | 14 | NEUT   | 3.7 2.0-7.0 |  | G/L |
| 3  | HGB      | 113    | 110-160         | G/L  | 15 | RDW       | 12.6 11.0-15.0 |  | % |
| 4  | HCT      | 33.1   | 30.0-48.0       | %    | 16 | PDW       | 18.9 10.0-17.0 |  | fl |
| 5  | MCV      | 92.7   | 80.0-100.0 partially illegible | fl | 17 | MPV | 10.2 9.0-13.0 |  | fl |
| 6  | MCH      | 31.7   | 27.0-34.0       | PG   | 18 | PCT       | 0.03 0.08-1.00 partially illegible |  | fl |
| 7  | MCHC     | 34     | 320-360         | G/L  |    |           |        |                 |      |
| 8  | PLT      | 88     | 100-300         | 10 9/L partially illegible |  |  |  |  |  |
| 9  | Lym()%   | 34.6   | 20.0-40.0       | %    |    |           |        |                 |      |
| 10 | MXD%     | 8.7    | 0.02-9.0 partially illegible | % |  |  |  |  |  |
| 11 | NEUT%    | 86.8 partially illegible | 50.0-70.0 | % |  |  |  |  |  |
| 12 | LYMPH    | 1  4 partially illegible | 0.8-4.0 | 10 9/L |  |  |  |  |  |

SAMPLE STATUS
DOCTOR FOR SAMPL PENG YONG TAO
TIME OF SAMPLE RECEIPT: 08/15/08 8:47

EXAMINER: CAI TIAN SHAN
TIME OF REPORT: 08/15/08 8:58

AUDITOR: YANG JIA partially illegible

* THIS RESULT IS BASED ON SAMPLE DELIVERED AND WILL BE RESPONSIBLE BASED ON THE SAMPLE. IF YOU HAVE ANY QUERY, PLEASE CONTACT US WITHIN 3 DAYS
INVOICE NO: 13573205

Page 5

# OUT-PATIENT SERVICE MEDICAL HISTORY

CT:

HOSPITALIZATION NO.

X-RAY NO.

Electrocardiogram/ Cardiograph/Cardiogram No.

| NAME | SEX | AGE | CAREER | MARRIAGE STATUS | BLOOD TYPE |
|---|---|---|---|---|---|

FIRST/INITIAL DIAGNOSIS DATE 8/15/2008   NATIONALITY

ADDRESS                                  CONTACT TELEPHONE

ALLERGY TO DRUG

OUT-PATIENT SERVICE DIVISION:                    KIDNEY

DIABETES 7-8 YEARS, UNDER GOOD CONTROL, VIA RECENT MEDICAL EXAM DISCOVERED KIDNEY partially illegible
illegible
BP 140/80MM( partially illegible)
Rx: Urine blood( partially illegible)

PAGE 6

# THE FIRST HOSPITAL OF LANZHOU UNIVERSITY

**Diagnosis:**

Diabetes
Chronicle Kidney Failure
Uremia

**Suggestions:** 1. Hospitalization for further medical check
2. Dialysis treatment

signature: Peng Yong tao
attached medical exam report

FROM :                          FAX NO. :                          2008.08.19  17:



兰州大学第一医院

入 院 证

科室 _____     床位 _____     日期 08.8.9

姓名 _____     性别 _____     年龄 2岁     体重 _____

诊断 _____     脉搏 _____     呼吸 _____     血压 _____

入院体温 _____

暂拟治法 _____

医生签字：_____

To: Translation
Frui:Dina





【[illegible]】

体检 兰州大学第一医院生化室检验报告单 2008-08-11

No：200808[illegible]B038

| | | | |
|---|---|---|---|
| 姓 名 曾修文 | 性别 | 年龄 | 样本类型 血清 |
| 体检号 | 科室 体检中心 | | 临床诊断 待查 |

| 序号 | 检验项目 | 结果 | 提示 | 参考范围 | 单位 |
|---|---|---|---|---|---|
| 1 | 尿素氮[BUN] | 26.08 | ↑ | 2.90～7.10 | mmol/L |
| 2 | 肌酐[CREA] | 982.7 | ↑ | 44.0～108.0 | umol/L |
| 3 | BUN/Crea | 27 | | 24～97 | |
| 4 | 尿酸[URIC] | 487 | ↑ | 125～420 | umol/L |
| 5 | 胆固醇 | 6.08 | | 3.60～5.70 | mmol/L |
| 6 | 甘油三脂 | 2.59 | ↑ | 0.80～1.80 | mmol/L |
| 7 | 高密度胆固醇 | 0.85 | | 0.80～1.80 | mmol/L |
| 8 | 低密度胆固醇 | 3.02 | | 1.55～3.70 | mmol/L |
| 9 | 葡萄糖[GLU] | 6.51 | ↑ | 3.90～6.10 | mmol/L |

标本状态 [illegible]

送检医生 检验 [illegible] 审核者 [illegible]

接收时间 2008-08-11 10:43 报告时间 2008-08-11 13:55

※ [illegible]

门诊病历
OUT-PATIENT SERVICE MEDICAL HISTORY

| CT: | | | | X线拍片号 | | |
|---|---|---|---|---|---|---|
| 住院号: | | | | 心电图号 | | |
| 姓名 | | 性别 | | 年龄 | 职业 | |
| 诊疗日期 8·8·15 | | 民族 | | 烟否 | 血型 | |
| 住址 | | | | 联系电话 | | |
| 药物过敏 | | | | | | |
| 就诊科室 | | | | | | |

半力麻痛史一8年 未安生活

烧, 蓝素·停稽 售配·喀善咽(4分

Cv作

R:



Subj:    **Fwd: United Itinerary On Hold XMWG3M**
Date:    8/20/2008 5:21:19 P.M. Pacific Daylight Time
From:    dianal@igimpact.com
To:    powpowpg@aol.com

Chris,

This is the new reservation that I was able to make just a few minutes ago. Because I could not afford purchasing ticket in such short period time, I am using my mileage to get ticket. The availability for this kind of a reward travel is very limited.

Best/Diana

**United Airlines <united@united.ipmsg.com>** wrote:

To: <DIANAL@IGIMPACT.COM>
From: "United Airlines" <united@united.ipmsg.com>
Subject: United Itinerary On Hold XMWG3M
Date: 21 Aug 2008 00:07:53 +0000



# Travel itinerary on hold

**Confirmation no.:** XMWG3M

### This e-mail address does not accommodate replies.

Thank you for choosing United. Your reservation has been created and placed on hold, however, **no tickets have been issued**. Please note that airfare is not guaranteed until the ticket is issued. To purchase your ticket, please contact United Reservations at the phone number(s) indicated below and refer to your confirmation number.

- **Airline tickets are non-transferable.** The name on your ticket must match the name on your government issued photo I.D.

- **Important travel tips.** If you are traveling to/from the U.S. please visit united.com for updated information on carry-on baggage restrictions and airport screening procedures, or check http://www.tsa.gov. Everything you need for a smooth travel experience can be found in our Traveler guide section on united.com. This section includes helpful information on baggage requirements, flight status, on-line and self-service check-in, airport maps, in-flight movie schedules, and information for customers with special needs.

- **International travel.** Be sure to bring a copy of your e-ticket receipt along with any required documents, including passport, for your international travel to the airport. International travel information such as State department advisories and visa information can be found on www.united.com/travelsupport, under "International travel information."

To make changes to your reservation within the United States, call 1-800-UNITED-1 (1-800-864-8331). For up-to-date flight information within the US, call 1-800-824-6200. Check

on united.com

For United reservations worldwide, call:

| US INTL RESERVATIONS | 1-800-538-2929 |
| US FLIGHT INFORMATION | 1-800-824-6200 |
| CANADA - TO OR FROM US | 1-800-241-6522 |

or visit: www.united.com

## Passenger information                                    Number in party: 1

**Name:**          LU/JINGJING MRS

## Travel itinerary                                Confirmation no.: XMWG3M

### SAN FRANCISCO to SHANGHAI/PUDON departing Sunday, August 24

| UNITED 857 | Depart:<br>SAN FRANCISCO 1:43 PM<br>Arrive:<br>SHANGHAI/PUDON 5:25 PM<br>Seat(s): | NONSTOP<br>Equip: 747<br>MP miles: 6168 | UNITED ECONOMY<br>In-Flight services: MOVIE<br>Meal: LUNCH, LUNCH |

### HONG KONG to VANCOUVER departing Thursday, September 18

| AIR CANADA<br>8 | Depart:<br>HONG KONG 12:45 PM<br>Arrive:<br>VANCOUVER 10:00 AM<br>Seat(s): | NONSTOP<br>Equip: 343<br>MP miles: ***** | ECONOMY<br>In-Flight services:<br>Meal: |

### VANCOUVER to SAN FRANCISCO departing Thursday, September 18

| UNITED 1137 | Depart:<br>VANCOUVER 1:05 PM<br>Arrive:<br>SAN FRANCISCO 3:23 PM<br>Seat(s): | NONSTOP<br>Equip: 319<br>MP miles: 800 | UNITED ECONOMY<br>In-Flight services:<br>Meal: |

### Hotel & Car Offers

Book a hotel from thousands of properties
worldwide, backed by our Best Price
Guarantee. Rent a Hertz car to receive
discounts, plus earn up to 1,000 miles and
a 500-mile online bonus.
Book a hotel
Reserve your Hertz car

### To Ensure Mileage Plus Credit

Please confirm your Mileage Plus number
is included in your reservation and keep
your original boarding pass and E-Ticket
receipt until all flights are credited.

United carrier passenger notices

© 2007 United Air Lines, Inc

Diana J. Lu
Chief Executive Officer
Image Global Impact
One Embarcadero Center
Suite 500
San Francisco, CA94111
Tel: 415 773 2888. Extn: 2886
Dir: 415 296 1188 Fax: 415 296 1198
www.dianalucouture.com, www.igimpact.com
================================================================
This is an email from Image Global Impact LLC. The information contained in this electronic mail message and
any attachments are confidential intended only for the use of the individual or entity named above, which it was
addressed and may contain copyright and/or legally privileged information. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination, copying, printing, or forwarding of this
communication all or any of it or its attachment is strictly prohibited. If you have received this message in error,
please immediately notify the sender by return electronic mail. Thank you.
======================================================