JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7234

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07- 0325 - PJH |
|     Plaintiff, | |
| v. | **REQUEST FOR STAY OF ORDER ALLOWING TRAVEL TO CHINA TO ALLOW THE UNITED STATES TO APPEAL** |
| DIANA JING JING HOJSAK, a/k/a JING JING LU, | |
|     Defendant. | |

**REQUEST TO STAY ORDER TO ALLOW TRAVEL TO CHINA**

This matter came before the Honorable Magistrate Judge Bernard Zimmerman on August 20, 2008 on the Motion by the United States to Modify the Conditions of Release. By that Motion the United States urged this Court to restrict Defendant's travel to the Northern District of California alleging she is a flight risk. At that hearing Defendant Hojsak requested that she be allowed to travel to Las Vegas on August 24, 2008 for a fashion event and thereafter to Hong Kong to visit her sick father. Over the government's objection, the Court granted Defendant's request to travel to Las Vegas and requested that the Defendant provide a translation of her

father's medical records to enable the Court to further consider her request to travel to China. The government objected to this request and urged the Court to evaluate the risk that the Defendant would not return to the United States for sentencing on October 29, 2008.[1]

The United States intends to appeal this Court's Order allowing travel to China. Accordingly, the United States requests that this Court stay its Order allowing travel to China pending resolution of the appeal in the District Court.

DATED: August 21, 2008            /s/ Cynthia Stier
                                  CYNTHIA STIER
                                  Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Order allowing Travel to China shall be stayed pending a resolution of on appeal by the District Court.

Date: _____            _____
                                         HONORABLE BERNARD ZIMMERMAN
                                         United States Magistrate Judge

---

[1] Defendant is a citizen of China and is not a United States citizen. Defendant is scheduled for sentencing before the Honorable Phyllis Hamilton on October 29, 2008. The guidelines range is 41 to 51 months. Thereafter, Defendant is subject to removal from the United States for having been convicted of an aggravated felony as defined in the INA, 8 U.S.C. §1101 (a)(43)(M)(ii).