UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANA JING JING HOJSAK,<br>a/k/a JING JING LU,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>[PROPOSED] ORDER ALLOWING TRAVEL TO CHINA |

So that Ms. Hojsak may evaluate her ailing father's condition and advise him and the rest of her family on treatment options,

IT IS HEREBY ORDERED THAT:

Ms. Hojsak may travel to China, leaving on Sunday, August 24, 2008, and returning on September 18, 2008. Pretrial and the Clerk's Office are directed to return her passport to her. *She shall provide Pretrial with contact information in China*

Date: ~~21~~ Aug 08

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

*Permission to travel to Las Vegas on business is revoked. This order is stayed until 2 pm. If the government wishes to appeal, Judge Hamilton will hear this matter on her afternoon calendar*

ORDER ALLOWING TRAVEL TO CHINA
CR-07-0325-PJH

Page 1 of 1