UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 22, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0325 PJH

**Case Name:**   UNITED STATES   v.   DIANA HOJSAK (Present)

**Attorney for Plaintiff:**   Cynthia Stier
**Attorney for Defendant:**   Chris Cannon

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Debra Pas

**PROCEEDINGS**

Government's Appeal of Magistrate Judge's Travel Order-DENIED as stated on the record.

**cc:** chambers