| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 16 min. | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Simone Voltz | | | REPORTER/FTR<br>1:58-2:14 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | | DATE<br>8/20/08 | | NEW CASE<br>☐ | CASE NUMBER<br>07-0325 PJH | |
| **APPEARANCES** | | | | | | |
| DEFENDANT<br>Diana Hojsak | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Christopher Cannon | | PD. ☐ RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Cynthia L. Stier | | INTERPRETER | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allen Lew | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | ☐ | JUGM'T & SENTG | ☐ STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☒ BOND HEARING<br>16 min. | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ | PROB. REVOC. | ☐ ATTY APPT HEARING |

FILED  
AUG 20 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

Amended Bond: Travel restrictions to the Northern District of California. Deft. may travel to Las Vegas between 8/24/08 to 8/25/08 a Itinerary will have to be submitted to Pretrial Services for that trip. Court to decide on travel to China once medical records have been translated.   cc: BZ, Pretrial

DOCUMENT NUMBER: