UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA JING JING HOJSAK,<br><br>Defendant. | No. CR 07-0325-PJH<br><br>[PROPOSED] ORDER TO RELEASE $20,000 OF FUNDS AND ALLOW TRAVEL TO CHINA |

So that Diana Hojsak may pay for medical costs for her ailing father, and so that she can assist her sick father with his transition to a different hospital and advise him and her family of treatment options:

IT IS HEREBY ORDERED that $20,000.00 from the $249,985.00 currently held by counsel be released to Diana Hojsak, and that Diana Hojsak be permitted to travel to China from February 27, 2009 through March 10, 2009.

Pretrial Services and the Clerk of Court are directed to provide Ms. Hojsak with her passport three days prior to Ms. Hojsak's departure date. Ms. Hojsak shall return the passport to the Clerk of Court upon her return to the United States.

DATED: 25 Feb 09

The Honorable Bernard Zimmerman
United States Magistrate Judge