CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant DIANA JING JING HOJSAK LU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 07-0325-PJH |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **RETURNING PASSPORT** |
| ) | |
| DIANA JING JING HOJSAK, ) | |
| a/k/a JING JING LU, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED BETWEEN the plaintiff, through its counsel, Assistant United States Attorney, Cynthia Stier, and defendant, through her counsel, Christopher J. Cannon, that the Clerk may return defendant Diana Hojsak's passport to her counsel, Christopher Cannon.

Date: March 18, 2011                             _____/s/_____
                                                 Christopher J. Cannon
                                                 Counsel for Diana Hojsak Lu

1
2  Date:  March 18, 2011                              _____/s/_____
3                                                    Cynthia Stier
                                                     Assistant United States Attorney
4
5
6
7        SO ORDERED.
8
9
10 Date:  September 1, 2011                           _____
11                                                   The Honorable Nandor J. Vadas
12                                                   United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE FOR FILING BY CM/ECF

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 180 Montgomery Street, Suite 2350, San Francisco, California 94104.

On March 18th, 2011 I served the within:

**STIPULATION AND [PROPOSED] ORDER RETURNING PASSPORT**

By electronically filing the foregoing with the United States District Court Northern California using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

------------------------------------------------------------------------

Cynthia Stier, U.S. Attorney's Office:  cynthia.stier@usdoj.gov

-------------------------------------------------------------------------------------------------

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 18th, 2011, at San Francisco, California.

//s// Rebecca Dinkel //s//<br>Rebecca Dinkel

PROOF OF SERVICE